# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY W. HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, RONALD E. LOGUE, EDWARD J. RESCH, PAMELA D. GORMLEY, AND JAMES J. MALERBA,<br><br>Defendants. | ) No.<br>)<br>)<br>) CLASS ACTION COMPLAINT FOR<br>) VIOLATIONS OF THE FEDERAL<br>) SECURITIES LAWS<br>)<br>)<br>)<br>)<br>)<br>)<br>) <u>JURY TRIAL DEMAND</u> |

Plaintiff, Timothy W. Hill ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by State Street Corporation ("State Street" or the "Company"), with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by State Street; and (c) review of other publicly available information concerning State Street.

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a federal class action on behalf of purchasers of State Street's securities between October 17, 2006 and October 19, 2009, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      State Street is a provider of financial services to institutional investors including investment servicing, investment management, and investment research and trading. As of September 30, 2009, the Company had $17.9 trillion in assets under custody and administration and $1.7 trillion in assets under management.

3.      On October 20, 2009, California Attorney General Edmund G. Brown Jr., announced that he had filed suit against State Street for committing "unconscionable fraud" against California's two largest pension funds -- California Public Employees' Retirement System ("CalPERS") and California State Teachers' Retirement System ("CalSTRS") -- by illegally overcharging CalPERS and CalSTRS for the costs of executing foreign currency trades since 2001.

4.      On this news, shares of State Street declined $4.41 per share, nearly 8.5%, to close on October 20, 2009, at $47.84 per share, on unusually heavy volume.

5.      Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company set up a scheme to substantially mark up foreign currency trades; (2) that such scheme caused State Street's clients to overpay for such trades; (3) that the scheme allowed the Company to reap illegal profits; (4) that, as a result, the Company's financial results were materially inflated; (5) that the Company's financial results were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); and (6) that the Company lacked adequate internal and financial controls.

6.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

9.     Venue is proper in this Judicial District pursuant to §28 U.S.C. §1391(b), §27 of the Exchange Act (15 U.S.C. §78aa(c)).

10.    Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this District. Additionally, State Street maintains its principal executive offices within this Judicial District.

11.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

12.    Plaintiff Timothy W. Hill, as set forth in the accompanying certification, incorporated by reference herein, purchased State Street common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

13.     Defendant State Street is a Massachusetts corporation with its principal executive offices located at One Lincoln Street, Boston, Massachusetts, 02111.

14.     Defendant Ronald E. Logue ("Logue") was, at all relevant times, Chairman of the Board of Directors and Chief Executive Officer ("CEO") of State Street, and additionally, was, at all relevant times, President and Chief Operating Officer ("COO") of State Street until April 30, 2008. Defendant Edward J. Resch ("Resch") was, at all relevant times, Executive Vice President and Chief Financial Officer ("CFO") of State Street.

15.     Defendant Pamela D. Gormley ("Gormley") was, at all relevant times, Executive Vice President and Corporate Controller until December 21, 2006, and thereafter, Executive Vice President and the head of corporate systems and operations.

16.     Defendant James J. Malerba ("Malerba") was employed by State Street since 2004 and was, at all relevant times, Senior Vice President and Corporate Controller of State Street since December 21, 2006.

17.     Defendants Logue, Resch, Gormley, and Malerba, are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of State Street's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were

4

then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     State Street is a provider of financial services to institutional investors including investment servicing, investment management, and investment research and trading. As of September 30, 2009, the Company had $17.9 trillion in assets under custody and administration and $1.7 trillion in assets under management.

### Fraudulent Scheme and Course of Business

19.     As set forth below, each of the Defendants is liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of State Street securities by disseminating materially false and misleading statements and/or concealing material adverse facts. Specifically, the Company inflated its earnings during the Class Period by utilizing an unsustainable business practice whereby the Company designed and executed a business plan by fraudulently pricing foreign currency ("FX") trades that State Street executed for its institutional investor clients. During the Class Period, State Street took in millions of dollars from these improper activities. Defendants' fraudulent scheme and course of business: (i) deceived the investing public regarding State Street's business, operations, management, prospects, and the intrinsic value of State Street securities; and (ii) caused Plaintiff and other members of the Class to purchase State Street securities at artificially inflated prices.

20.     The statements set forth below concerning the Company's revenue growth, earnings, and financial performance, were each false and misleading. As set forth herein, the Company's

fraudulent scheme violated state law regulations, inflated revenues and earnings, and subjected the Company to potentially significant penalties, fines, and loss of customer confidence. Defendants' scheme created a facade of extensive earnings and revenue for the Company, but failed to disclose it was unsustainable due to the nature of its fraudulent source and that, as a result, the Company's earnings and revenues would eventually fall.

21.    As a result of the Defendants' material omissions regarding State Street's unsustainable business practice alleged herein, the investing public (including Plaintiff and other members of the Class) could not and did not understand or assess the extent to which State Street's ongoing operations, reported revenue, earnings, and net income were dependent upon Defendants' scheme.

22.    Therefore, the investing public (including Plaintiff and other members of the Class) could not and did not understand nor assess the extent to which State Street's future operations, reported revenue, earnings, and net income would be dependent upon Defendants' scheme.

23.    As a result of Defendants' material omissions regarding its unsustainable business practice alleged herein, the investing public (including Plaintiff and other members of the Class) could not and did not understand nor assess the risk to State Street's operations, reported revenue, earnings, and net income when Defendants' scheme was exposed.

## Materially False and Misleading
## Statements Issued During the Class Period

24.    The Class Period begins on October 17, 2006. On this day, State Street issued a press release entitled, "State Street Corporation Achieves Third-Quarter EPS up 11% on Revenue Gain of 9% Driven by Solid Performance in Servicing and Management Fees Compared to 2005 Expenses Decline 7% from Second Quarter of 2006." Therein, the Company, in relevant part, stated:

6

BOSTON--(BUSINESS WIRE)--Oct. 17, 2006--State Street Corporation announced today third-quarter earnings per share of $0.83, an increase of 11% from $0.75 earnings per share from continuing operations in the third quarter of 2005. The third-quarter 2006 results include a cumulative gain of $15 million, or $0.03 per share, in trading services revenue related to the Corporation's tax-exempt investment programs. The comparative 2005 results included a $16 million, or $0.03 per share gain from the final settlement of the 2003 sale of the Corporation's Private Asset Management business. Revenue of $1.5 billion in the third quarter of 2006 is up 9%, or $127 million, compared to $1.4 billion in the year-ago quarter. Total expenses in the third quarter of 2006 of $1.1 billion are up 8%, or $82 million, compared to $1.0 billion in the year-ago quarter. For the third quarter of 2006, return on shareholders' equity is 16.4%, compared to 15.9% from continuing operations in the third quarter of 2005.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "In the third quarter, we saw seasonal declines in securities finance and trading services revenue, down from the very strong second quarter. Our continuing efforts in managing expenses resulted in a significant decline in costs, partially offsetting the decline in revenue."

Logue continued, "Compared to a strong quarter a year ago, the third-quarter results demonstrated the continuing growth in our servicing and management fee revenue, increasing 10% and 27%, respectively. These results were fueled by new wins, solid cross-selling to existing customers, as well as ongoing product innovation. We achieved modest positive operating leverage compared to the year-ago quarter. For the nine months revenues were up 16% and expenses increased 12%, also resulting in significant positive operating leverage."

Looking forward, Logue concluded, "Through nine months we are performing above the high end of our ranges for revenue, earnings per share, and return on equity, all on an operating basis excluding the second-quarter tax charges. We expect that we will moderately exceed the high end of the ranges we established for the full year."

THIRD-QUARTER RESULTS VS. YEAR-AGO QUARTER

Servicing fees are up 10%, to $685 million from $620 million in last year's third quarter. The increase is attributable to new business from existing and new customers in 2006 and higher average equity market valuations. Total assets under custody are $11.3 trillion, up 15%, compared with $9.8 trillion in the year-ago quarter. Daily average values for the S&P 500 Index are up 5% from the third quarter of 2005; daily average values for the MSCI(R) EAFE Index(SM) are up 19%. The average values for the NASDAQ are down slightly, less than 1%.

Investment management fees, generated by State Street Global Advisors, are $238 million, up 27% from $188 million a year ago. Management fees reflect continued

new business, increased performance fees, and an increase in average month-end equity valuations. Total assets under management are $1.6 trillion, up 16%, compared to $1.4 trillion the previous year.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees is $171 million for the quarter, down 3% from $176 million in an unusually strong quarter a year ago. Excluding the cumulative gain, trading services revenue would be down 11%. The decrease is driven by weaker brokerage volumes, as well as lower FX volatility.

Securities finance revenue is $87 million in the quarter, up 18% compared to $74 million in the year-ago quarter, reflecting an increase in volume and new business.

Processing fees and other revenue are down 16%, or $12 million, at $65 million, compared to $77 million a year ago, primarily due to lower customer activity.

Net interest revenue on a fully taxable-equivalent basis is $275 million, an increase of $30 million, or 12% from $245 million a year ago. The increase in net interest revenue is due to a favorable mix in non-US deposits, an increase in non-U.S. rates, as well as growth in the balance sheet due to customer activity levels. Net interest margin increased to 1.22% from 1.10% a year ago.

Expenses increased from $1,008 million to $1,090 million, up $82 million, or 8%. Salaries and benefits expenses are up 13% to $639 million, primarily attributable to additions to headcount, incentive compensation due to improved year-to-date performance, and increases in benefits. The increase in expenses also includes higher transaction processing services, up 9% to $121 million, due to higher volumes. Expenses for information systems & communications increased $4 million, or 3%, to $121 million. Occupancy expense decreased 5%, or $5 million, to $91 million. Other expenses are flat at $118 million.

The effective tax rate for the quarter is 34.6% compared with 34.0% in the third quarter of last year.

THIRD-QUARTER RESULTS VS. SECOND QUARTER

Third-quarter net income per share of $0.83 compares to net income per share from continuing operations of $0.68 per share which includes $.25 per share for tax charges in the second quarter. Net income in the third quarter of $0.83 per share would compare to $0.93, excluding these charges. Total revenue in the third quarter of $1.5 billion is down $136 million, or 8% versus $1.7 billion in the second quarter. Total expenses are $1.1 billion, down 7%, or $86 million, versus $1.2 billion in the second quarter. For the third quarter of 2006, return on shareholders' equity is 16.4% compared to 19.2% in the second quarter, excluding the tax charges.

Servicing fees are flat at $685 million due to slightly improved average market valuations and new business, offset by lower transaction volumes. Management fees are up 3% to $238 million principally due to performance fees, new business and slightly higher month-end equity valuations. Trading services revenue declined 34% to $171 million due to seasonal weakness in foreign exchange and brokerage. Excluding the cumulative gain, trading services revenue would have been down 40%. Securities finance revenue decreased 32%, from $128 million to $87 million, due to seasonally high volumes in the second quarter. Processing fees and other declined 12% from $74 million to $65 million due to lower customer activity. Net interest revenue on a fully taxable-equivalent basis was flat at $275 million, compared to the second quarter.

All expense categories declined compared to the second quarter. Salaries and employee benefits expense total $639 million, a decline of $45 million, or 7%, from $684 million, attributable primarily to reductions in incentive compensation. Transaction processing services expense decreased $13 million, or 10%, to $121 million due to reduction in volumes. Information systems and communication expense was down 6%, or $8 million, to $121 million and occupancy expense was down 4%, or $4 million, to $91 million. Other expenses are down $16 million, or 12%, from $134 million to $118 million due to continuing emphasis on cost containment.

25.     On November 3, 2006, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2006 fiscal third quarter.  The Company's Form 10-Q was signed by Defendants Resch and Gormley and reaffirmed the Company's financial results previously announced on October 17, 2006.  The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, who certified:

I have reviewed this quarterly report on Form 10-Q of State Street Corporation;

Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

9

The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

26.    On January 17, 2007, State Street issued a press release entitled, "State Street Reports Fourth-Quarter Earnings Per Share of $.86, up 16%; for 2006, Revenue up 15%; EPS from Continuing Operations up 14% and up 23% Excluding Q2 Tax Charges." Therein, the Company, in relevant part, stated:

> BOSTON--(BUSINESS WIRE)--Jan. 17, 2007--State Street Corporation today announced 2006 fourth-quarter earnings per share of $0.86 on net income of $291 million. Earnings per share increased 16% versus the 2005 fourth quarter's results of $0.74 per share on net income of $249 million. Total revenue of $1.622 billion in the fourth quarter of 2006 is up 15% from $1.416 billion in the fourth quarter a year ago. Expenses of $1.18 billion are up 13% from $1.04 billion in the year-ago quarter. For the fourth quarter of 2006, return on shareholders' equity of 15.9% is flat with the fourth quarter of 2005.
>
> For the full year, earnings per share from continuing operations of $3.21 per share, on net income of $1.1 billion, increased 14% from $2.82 per share from continuing operations in 2005. Earnings per share in 2006 includes $0.25 per share, or $83 million, of tax charges recorded in the second quarter. Excluding these charges, earnings per share from continuing operations would have been $3.46, up 23%, on net income of $1.2 billion, compared to $2.82 per share from continuing operations on income from continuing operations of $945 million in 2005. Return on shareholders' equity from continuing operations in 2006 of 16.0 %, or 17.1% excluding the tax charges, compares with return on equity from continuing operations of 15.3% in 2005.
>
> Total revenue, on a fully taxable-equivalent basis, is up 15%, from $5.52 billion in 2005 to a record level of $6.35 billion in 2006. Operating expenses in 2006 of $4.54 billion increased 12% from $4.04 billion in 2005.
>
> Commenting on the performance, Ronald E. Logue, State Street's chairman and chief executive officer, said, "I'm pleased that we exceeded the financial goals we set for the year, helped by a favorable operating environment. Nearly every revenue item on our income statement increased in double digits on a year-over-year basis, and we achieved positive operating leverage again this year. Our servicing fees continued strong. Revenue at State Street Global Advisors, our investment management arm, grew 26% in 2006 compared to 2005, and it is increasingly becoming a more meaningful contributor to State Street's results. Our strategy of more actively managing the balance sheet contributed to an annual increase of 21% in fully taxable-equivalent net interest revenue. Net interest margin equaled 1.24% for 2006. Additionally, our non-U.S. revenue now represents approximately 43% of total revenue, in line with our long-term goal of 50% over several years."

Logue concluded, "During 2007 we will build on the progress we made in 2006, particularly internationally. We continue to target positive operating leverage on an annual basis. We will continue to execute against our long-term financial goals of revenue growth of 8% to 12%, earnings per share growth of 10% to 15%, and return on equity of 14% to 17%. Our 2007 target is to achieve in the top half of these ranges."

FOURTH-QUARTER RESULTS VS. YEAR-AGO QUARTER

Total revenue of $1.622 billion in the fourth quarter of 2006 is up from $1.416 billion, or 15%, from the fourth quarter of 2005.

Servicing fees are $698 million, up $61 million or 10%, from $637 million in the year-ago quarter. The increase is attributable to new business from existing and new clients and higher equity valuations in 2006. Total assets under custody at quarter end are $11.85 trillion, a record level, up 17%, compared with $10.12 trillion in the year-ago quarter.

Management fees, generated by State Street Global Advisors, are $253 million, up $40 million, or 19%, compared to $213 million in the year-ago quarter. The increase in management fees reflects new business from existing and new clients and higher equity valuations in 2006. Total assets under management at quarter end are at a record level, $1.7 trillion, up 21%, compared to $1.4 trillion in the previous year-ago quarter.

Average month-end values compared to the fourth quarter of 2005, are up 13% for the S&P 500 Index and up 10% for the NASDAQ; average month-end values for the MSCI(R) EAFE Index(SM) are up 24%. The total return of the Lehman US Aggregate bond index for the fourth quarter is 1.24%.

Trading services revenue, which includes foreign exchange trading revenue and brokerage services, is up 12%, from $182 million to $203 million. The increase is driven by higher volumes in foreign exchange, offset partially by lower volatility.

Securities finance revenue is $90 million in the quarter, compared to $73 million in the year-ago quarter, an increase of 23%. The increase primarily reflects improving demand for securities on loan.

Processing and other revenue is down 14%, or $10 million to $61 million partially due to the third-quarter transfer of tax-exempt investments onto the balance sheet.

Fully taxable-equivalent net interest revenue is $325 million, up 28% from $253 million in last year's fourth quarter. The increase is due to a higher level of customer deposits, a more favorable non-US rate environment, and a higher level of lower-cost funding.

Total expenses of $1.18 billion in the fourth quarter of 2006 are up 13% from expenses of $1.04 billion in the fourth quarter of 2005. Salaries and employee benefits expenses increased $105 million from $589 million to $694 million, driven principally by incentive compensation due to improved performance and a higher headcount. Transaction processing expense increased slightly to $121 million. Information systems and communications expense was down slightly at $119 million. Occupancy expenses of $94 million in 2006 compare to $89 million in 2005. Other expenses increased $29 million to $150 million, which includes costs to support growth initiatives.

The effective tax rate was 34.6% in the fourth quarter of 2006 compared with 34% in the fourth quarter of 2005. We expect the rate for 2007 to be 35.0%.

FOURTH-QUARTER RESULTS VS. THIRD QUARTER

Fourth-quarter earnings per share of $0.86 is up 4%, or $0.03, compared to third quarter earnings per share of $0.83. The third-quarter results include a cumulative gain of $15 million, or $0.03 per share, in trading services revenue related to the Corporation's tax-exempt investment programs. Excluding this gain, earnings per share would have increased 8%. Total revenue in the fourth quarter of $1.6 billion is up 7%, or $107 million, or $122 million excluding the cumulative gain in the third quarter, versus $1.5 billion in the third quarter. Total expenses in the fourth quarter of $1.2 billion are up $88 million compared to $1.1 billion in the third quarter.

Servicing fee revenue is up 2% and management fee revenue is up 6%, both improvements due to higher equity valuations and business from new and existing customers. Trading services revenue is up 19% to $203 million due to increased volumes in FX and improved fees from transition management, offset by lower volatilities in FX trading. Excluding the impact of the third-quarter $15 million cumulative gain noted above, the increase would have been 30%. Securities finance revenue increased 3% to $90 million. Processing fees and other revenue declined 6% to $61 million due to lower tax-advantaged investment income. Fully taxable-equivalent net interest revenue increased 18% to $325 million due to higher levels of customer deposits and lower-cost funds.

Salaries and employee benefits expense is up 9% due to increased incentive compensation expense. Occupancy expense was up 3% due to higher operating costs. Other expense increased 27%, or $32 million, to $150 million partially due to higher professional fees to support growth initiatives.

FULL YEAR 2006 VS. 2005

Total revenue on a fully taxable-equivalent basis increased 15% from $5.52 billion to $6.35 billion. Servicing fees increased 10%, from $2.47 billion to $2.72 billion.

Management fees increased 26%, from $751 million to $943 million. Trading services revenue increased 24%, from $694 million to $862 million and securities finance revenue increased 17%, from $330 million to $386 million. Processing fees and other revenue decreased 10%, to $272 million from $302 million. Fully taxable-equivalent net interest revenue increased 21%, from $949 million to $1.15 billion.

Expenses increased 12%, from $4.04 billion to $4.54 billion, including increases of 19% to $2.65 billion in salaries and employee benefits expense. Transaction processing expense increased 10% to $496 million and information systems and communications increased 3% to $501 million. Occupancy expense decreased 5% to $373 million. Other expenses increased 7% to $518 million.

27.    On February 20, 2007, State Street filed its Annual Report with the SEC on Form 10-K for the 2006 fiscal year.  The Company's Form 10-K was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on January 17, 2007. The Company's Form 10-K also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

28.    On April 17, 2007, State Street issued a press release entitled, "State Street Corporation Achieves Record Revenue of $1.7 Billion and EPS of $.93 in the First Quarter, Both up 11% versus Year-Ago Quarter."  Therein, the Company, in relevant part, stated:

Tenth Consecutive Quarter of Positive Operating Leverage

BOSTON--(BUSINESS WIRE)--April 17, 2007--State Street Corporation announced today first-quarter net income per share of $0.93, up 11% from earnings per share from continuing operations of $0.84 in last year's first quarter. Operating-basis revenue of $1.708 billion in the first quarter of 2007, representing a State Street record for a quarter, is up 11.3% from $1.534 billion compared to the year-ago quarter. Total expenses in the first quarter of 2007 of $1.213 billion are up 10.7% from $1.096 billion compared to the year-ago quarter. As a result, State Street achieved positive operating leverage of approximately 60 basis points. Net income of $314 million for the quarter is up 11% from income from continuing operations of $282 million for the year-ago quarter. For the first quarter of 2007, return on shareholders' equity was 17.4% compared to 17.6% from continuing operations in the first quarter of 2006.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "We

14

continue to grow our revenue and earnings per share and generate return on equity consistent with our long-term goals. Our ability to control expenses and achieve positive operating leverage contributed to this result, while revenue from investment servicing and securities finance increased significantly. I'm particularly pleased with the performance of State Street Global Advisors this quarter, which continues to generate increased revenue and profit driven largely by demand from clients for its range of innovative enhanced and quantitative active investment strategies. Our net interest revenue and net interest margin continue to benefit from a favorable mix of customer deposits, especially from non-US customers. Trading services revenue declined moderately as foreign exchange markets were not as robust as they were in last year's first quarter, which, as we stated at the time, were unusually strong.

"During the first quarter, we closed the Currenex transaction and are excited about the capabilities resulting from this acquisition. We look forward to completing the proposed acquisition of Investors Financial Services Corporation, which is expected to close in the middle of the year. We expect that these transactions will enhance our leadership in several high-growth segments of the investment servicing markets and deliver important benefits for our customers."

FIRST QUARTER 2007 RESULTS VS. YEAR-AGO QUARTER

Servicing fees are up 9% to $718 million from $657 million in last year's first quarter. The increase is attributable to new business from existing and new customers in 2007 and to higher daily-average equity market valuations. Total assets under custody are $12.3 trillion at March 31, 2007, up 15%, compared with $10.7 trillion at March 31, 2006. Daily average values for the S&P 500 Index are up 11% from the first quarter of 2006; daily average values for the MSCI(R) EAFE Index(SM) are up 19%.

Investment management fees, generated by State Street Global Advisors, are $261 million, up 19% from $220 million in the year-ago quarter. Growth in management fees reflect continued new business, as well as an increase in average month-end equity market valuations. Total assets under management are $1.8 trillion, up 20%, compared to $1.5 trillion at March 31, 2006.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $220 million for the quarter, down 4% from $230 million in the year-ago quarter. The decrease in foreign exchange is due to weaker volatility, offset partially by increased volumes. Brokerage and other fees increased 5% due primarily to fees from one month of Currenex revenue, partially offset by weaker transition management and brokerage volumes.

Securities finance revenue is $98 million in the quarter, up 21% from $81 million compared to the year-ago quarter, primarily reflecting an increase in the volume of securities lent.

Net interest revenue on a fully taxable-equivalent basis is $337 million, an increase of 22% from $277 million a year ago. The increase is due primarily to a higher level of customer deposits, the continued benefit from the non-US rate environment, and stable U.S. rates.

Expenses increased to $1.213 billion, up 10.7% from $1.096 billion a year ago. Salaries and benefits expenses are up 16% to $739 million from $635 million, primarily as a result of the impact of incentive compensation, merit increases, increased headcount due to new business wins, and higher benefit costs.

The increase in total expenses also includes higher transaction processing services, up 8% to $129 million from $120 million a year ago, due to higher volumes in the investment servicing business. Expenses for information systems & communications decreased 5%, to $125 million from $132 million and occupancy increased 1%, to $94 million from $93 million. Other expenses were up 9%, or $10 million at $126 million from $116 million due primarily to costs to support growth initiatives.

The effective tax rate in the first quarter of 2007 is 35.0%, up from 34.0% in the year-ago quarter.

FIRST-QUARTER 2007 RESULTS VS. FOURTH QUARTER 2006

First-quarter net income per share of $0.93 is up from $.91 per share in the fourth quarter of 2006. Excluding the fourth-quarter tax-related adjustment of $0.05 per share, net income per share increased 8% compared to net income per share of $0.86. Total revenue in the first quarter is $1.708 billion, up 4.5% versus $1.634 billion in the fourth quarter of 2006. Total expenses are $1.213 billion up 3.0% versus $1.178 billion in the fourth quarter. On a sequential basis, we achieved positive operating leverage of about 150 basis points. Return on shareholders' equity of 17.4% in the first quarter compares with 16.9% or with 15.9%, excluding 100 basis points that resulted from the fourth-quarter tax-related adjustments.

Servicing fees are $718 million, up 3% from $698 million due to new business as well as an increase in daily equity market valuations. Management fees are $261 million, up 3% from $253 million primarily due to new business, as well as an increase in month-end equity market valuations, partially offset by a decline in performance fees. Trading services revenue is $220 million, up 8% from $203 million due to strength in foreign exchange revenue and brokerage and other fee revenue, primarily related to one month of Currenex revenue. Securities finance revenue increased 9%, from $90 million to $98 million due primarily to increased volumes and slightly improved spreads. Processing fees and other revenue increased 20% to $73 million from $61 million primarily due to an increase in equity income from the joint ventures. Net interest revenue on a fully taxable-equivalent basis is $337 million, up 3% from $328 million, due primarily to a higher level of transaction

deposits and continued benefit from the non-US rate environment.

Salaries and employee benefits expense increased 6% to $739 million from $694 million due to the impact of incentive compensation, higher benefit costs and the impact of increased headcount due to new business wins. Transaction processing expense is up 7% from $121 million to $129 million due to increased volumes in the investment servicing business, and Information systems and communications expense increased 5% from $119 million to $125 million, due primarily to costs associated with increased global infrastructure investments, particularly in Europe. Other expenses are down 16% from $150 million to $126 million due primarily to a decline in expenses for securities processing and professional fees.

29.    On May 4, 2007, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2007 fiscal first quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on April 17, 2007. The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

30.    On July 17, 2007, State Street issued a press release entitled, "State Street Corporation Achieves Record Revenue and Operating EPS in Second Quarter."  Therein, the Company, in relevant part, stated:

Positive Operating Leverage Continues Strong Momentum at Investors Financial as Customer Conversions Begin

BOSTON--(BUSINESS WIRE)--July 17, 2007--State Street Corporation announced today second-quarter earnings per share of $1.07 compared to $0.68 per share for the second quarter of 2006, which included non-cash tax adjustments of $0.25 per share, or $0.93 per share without those adjustments. Revenue of $1.921 billion in the second quarter of 2007 represented a record and is up 16.4%, compared to $1.651 billion in the year-ago quarter. Total expenses in the second quarter of 2007 of $1.358 billion are up 15.5%, compared to $1.176 billion in the year-ago quarter. As a result, the Corporation generated about 90 basis points of positive operating leverage. For the second quarter of 2007, return on shareholders' equity is 19.2%, compared to 14.0% in the second quarter of 2006 including the tax adjustments or 19.2% excluding the tax adjustments. State Street's acquisition of Investors Financial Services Corp. closed on July 2, 2007, and consequently, State Street's results for the quarter do not reflect any contribution from the acquisition.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "Our strong performance during the first six months of this year demonstrates the successful execution of our global strategy, while we continue to build for the future with our acquisition of Investors Financial. The improved results are particularly significant in view of last year's strong second quarter. The 12 percent increase in servicing fees this quarter highlights our ability to win new business globally while deepening relationships with existing customers."

Logue added, "State Street Global Advisors, which grew 22 percent from last year's second quarter, continues to make a larger contribution to our bottom line as it places greater emphasis on its quantitative active strategies. We are pleased to achieve the eleventh consecutive quarter of positive operating leverage compared to the prior-year quarter. We also continued to benefit from our balance sheet strategy. We achieved 1.64 percent in net interest margin on a 44 percent improvement in fully taxable-equivalent net interest revenue."

Logue concluded, "The results of Investors Financial in the second quarter were strong, like State Street's, and so we are revising our financial goals for 2007: We now expect that revenue growth will be between 20 percent and 22 percent; up from 16 percent to 18 percent we forecast in February when we announced the deal. Excluding merger and integration charges, growth in operating earnings per share will be between 10 percent and 15 percent; and operating return on equity will be between 14 percent and 17 percent, both of which were our original financial goals we established more than two years ago. We expect to achieve in the upper half of each of these ranges for 2007."

SECOND QUARTER RESULTS VS. YEAR-AGO QUARTER

Total revenue increased 16.4% to $1.9 billion in the second quarter of 2007 compared to the second quarter of 2006, and total expenses grew 15.5% to $1.4 billion over the same period.

Servicing fees are up 12%, to $766 million from $683 million in last year's second quarter. The increase is attributable to new business from existing and new customers in 2007 and higher equity market valuations. Total assets under custody are $13.04 trillion at June 30, 2007, up 20%, compared with $10.86 trillion a year ago. Daily average values for the S&P 500 Index are up 17%, for the MSCI(R) EAFE Index(SM) are up 22%, and for the NASDAQ are up 14%, during the second quarter 2007 from the year-ago quarter.

Investment management fees, generated by State Street Global Advisors, are $284 million, up 22% from $232 million a year ago. Management fees reflect continued new business and an increase in average month-end equity valuations. Total assets under management are $1.93 trillion at June 30, 2007, up 26%, compared to $1.53 trillion the previous year.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $260 million for the quarter, up 1% from $258 million a year ago. The slight improvement was due primarily to new revenue streams generated from our Currenex acquisition, offset somewhat by weaker volatility in foreign exchange.

Securities finance revenue is $162 million in the quarter, up 27% compared to $128 million in the year-ago quarter, primarily reflecting an increase in demand. Both quarters' results represent seasonally high activity.

Processing fees and other revenue are down 12% at $65 million, compared to $74 million primarily due to the consolidation of tax-exempt investments onto the balance sheet in the third quarter of 2006.

Net interest revenue on a fully taxable-equivalent basis is $397 million, an increase of $122 million, or 44%, from $275 million a year ago. The increase in net interest revenue is due to a favorable mix of deposits and improved spreads. Net interest margin increased to 1.64% from 1.20% a year ago.

Expenses increased from $1.176 billion to $1.358 billion, up $182 million, or 15.5%. Salaries and benefits expenses are up 18% to $808 million, primarily attributable to incentive compensation due to improved performance, increased staffing to support new business, and merit increases. Expenses for information systems & communications decreased $1 million, to $128 million. The increase in expenses includes higher transaction processing services, up 5% to $141 million, due to higher volumes. Occupancy expense increased 3%, or $3 million, to $98 million. Other expenses increased 37% to $183 million from $134 million due to costs associated with the acquisitions and with new business initiatives, as well as sales promotion expenses.

SECOND-QUARTER 2007 RESULTS VS. FIRST QUARTER 2007

Second-quarter earnings per share of $1.07 is up 15%, compared to earnings per share of $0.93 in the first quarter. Total revenue in the second quarter of $1.921 billion is up 13.3% versus $1.696 billion in the first quarter. Total expenses are $1.358 billion, up 12.0% versus $1.213 billion in the first quarter. As a result, the Corporation generated about 130 basis points of positive operating leverage. For the second quarter of 2007, return on shareholders' equity is 19.2% compared with 17.4% in the first quarter.

Servicing fees are up 7% to $766 million and management fees are up 9% to $284 million, both due to new business and higher equity valuations. Trading services increased 18% to $260 million due to strength in foreign exchange volumes and brokerage. Securities finance revenue increased 65%, from $98 million to $162

million, due to improved spreads and seasonally high volumes. Processing fees and other revenue are down from $73 million to $65 million primarily due to lower fees from leasing and structured products. Net interest revenue on a fully taxable-equivalent basis increased $60 million, or 18%, to $397 million, compared to $337 million in the first quarter.

Salaries and employee benefits total $808 million, an increase of $69 million, or 9%, from $739 million, attributable to the impact of incentive compensation due to improved performance, increased staffing to support new business, and benefit increases. Transaction processing services increased $12 million, or 9%, to $141 million due to an increase in volumes. Information systems and communications expense is up 2%, or $3 million, to $128 million. Occupancy increased $4 million or 4% to $98 million. Other expenses are up $57 million, or 45%, from $126 million to $183 million primarily as a result of costs associated with new business initiatives and with the acquisitions, as well as increased securities processing expenses.

31.    On August 3, 2007, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2007 fiscal second quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on July 17, 2007.  The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

32.    On October 16, 2007, State Street issued a press release entitled, "State Street Corporation Reports Third-Quarter EPS up 10% Including Investors Financial Integration Costs.  Record Operating EPS up 39% on Revenue Gain of 48% Compared to 2006."  Therein, the Company, in relevant part, stated:

Strong Growth from Core Servicing and Management Businesses with Significant Wins This Quarter

Investors Financial Consolidation Exceeds Expectations; Projected 2007 EPS Dilution Significantly Reduced

BOSTON--(BUSINESS WIRE)--Oct. 16, 2007--State Street Corporation announced today third-quarter earnings per share of $0.91, an increase from $0.83 earnings per share in the third quarter of 2006. Earnings per share in the third quarter of 2007 include $141 million, or $0.24 per share, of merger and integration costs associated with the July 2, 2007, acquisition of Investors Financial Services Corp. ("Investors

Financial"). On an operating basis, which excludes these costs, record earnings are 1.15 per share, up 39% from the third quarter of 2006.

Revenue of $2.240 billion in the third quarter of 2007 is up 48%, or 725 million, compared to $1.515 billion in the year-ago quarter. Total expenses in the third quarter of 2007 are $1.689 billion. Excluding merger and integration costs associated with the Investors Financial acquisition, expenses are $1.548 billion, up 42%, or $458 million, compared to $1.090 billion in the year-ago quarter. For the third quarter of 2007, return on shareholders' equity is 12.6%, compared to 16.4% in the third quarter of 2006. The return on shareholders' equity reflects the increase in shareholders' equity due to the shares issued to shareholders of Investors Financial, net of shares repurchased in the quarter. Excluding the impact of the merger and integration costs, return on equity is 15.8%.

Revenue of $2.240 billion in the third quarter of 2007 is up 48%, or $725 million, compared to $1.515 billion in the year-ago quarter. Total expenses in the third quarter of 2007 are $1.689 billion. Excluding merger and integration costs associated with the Investors Financial acquisition, expenses are $1.548 billion, up 42%, or $458 million, compared to $1.090 billion in the year-ago quarter. For the third quarter of 2007, return on shareholders' equity is 12.6%, compared to 16.4% in the third quarter of 2006. The return on shareholders' equity reflects the increase in shareholders' equity due to the shares issued to shareholders of Investors Financial, net of shares repurchased in the quarter. Excluding the impact of the merger and integration costs, return on equity is 15.8%.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "Our core revenue was strong across both investment servicing and investment management with significant new business from existing and new customers globally. On a year-over-year basis, excluding $221 million in revenue during the third quarter from the acquired Investors Financial business, revenue increased $512 million, or 34%. Servicing and management fees performed particularly well, up 34% (including Investors Financial) from last year's third quarter. We won $825 billion of assets in new business in servicing and $26 billion of net new business in asset management. Net interest revenue, also including Investors Financial, is up $198 million, or 74%. Net interest margin is 1.73%. Excluding merger and integration costs associated with the acquisition, we achieved significant positive operating leverage compared both to the year-ago quarter and to the second quarter."

Logue continued, "Both State Street and the acquired business from Investors Financial performed very well during the quarter. Due to the strong performance of Investors Financial, we now expect this year's dilution from the acquisition to be approximately $0.06 per share, reduced by more than half from our original outlook, and modestly accretive in 2008. Our improved outlook is due to our success in retaining revenue, converting accounts, and reducing costs."

21

Commenting on the impact of recent market activity affecting fixed-income investments, Logue added, "The fixed-income markets have experienced unprecedented disruption in this past quarter. We believe we are well positioned with both our portfolio and our asset-backed commercial paper conduits. While liquidity in the fixed income market remains challenging, our concentration in high-quality assets in our own portfolios as well as in the conduits, have limited the impact of this disruption on our business. We believe that we weathered the disruption in the fixed-income market well--without significantly affecting State Street's results. We're disappointed in the performance of a small number of fixed-income strategies at State Street Global Advisors which performed below our expectation."

Looking forward, Logue concluded, "Through nine months we are performing near or above the top of our ranges for growth in earnings per share (10% - 15%), revenue (20% - 22%), and achievement of return on equity (14% - 17%), all on an operating basis, which excludes merger and integration costs in 2007 and tax adjustments in the second quarter of 2006. We now expect to exceed the top of the ranges for the year for all three goals, assuming markets remain relatively stable."

\*      \*      \*

THIRD-QUARTER RESULTS VS. YEAR-AGO QUARTER

Total revenue in the third quarter increased 47.9% to $2.2 billion, compared to last year's third quarter and total operating expenses, excluding $141 million of merger and integration costs, grew 42.0% to $1.5 billion over the same period. As a result, excluding merger and integration costs, State Street generated about 580 basis points of positive operating leverage.

Servicing fees are up 37%, to $937 million from $685 million in last year's third quarter. The increase is attributable to business from customers added from the Investors Financial acquisition, business from new and existing customers, and higher average equity market valuations. Total assets under custody are $15.1 trillion at September 30, 2007, up 34%, compared with $11.3 trillion at September 30, 2006. Daily average values for the S&P 500 Index are up 16%, for the MSCI(R) EAFE Index(SM) are up 20%, and for the NASDAQ are up 22% during the third quarter of 2007 from the year-ago quarter.

Investment management fees, generated by State Street Global Advisors, are $299 million, up 26% from $238 million in last year's third quarter. Management fees reflect continued new business and an increase in average month-end equity valuations, partially offset by lower performance fees. Total assets under management are $2.0 trillion at September 30, 2007, up 22%, compared to $1.6 trillion at September 30, 2006.

Trading services revenue, which includes foreign exchange trading revenue and

brokerage and other fees is $320 million for the quarter, up 87% from $171 million a year ago. The increase is driven by improved volumes and higher FX volatility. Higher brokerage and other fee revenue is due to the impact of the Currenex acquisition, increased transition management, and strong trading volumes.

Securities finance revenue is $165 million in the quarter, up 90% compared to $87 million in the year-ago quarter, reflecting an improvement in spreads and an increase in volume due to disruption in the fixed income markets.

Processing fees and other revenue are down 6%, or $4 million, at $61 million, compared to $65 million a year ago, due to a reduction in the fee income from the asset- backed commercial paper program primarily due to disruption in the fixed-income markets as well as the consolidation of tax-exempt investments onto the balance sheet at the end of the third quarter of 2006, partially offset by revenue from the Investors Financial acquisition.

Net interest revenue on a fully taxable-equivalent basis is $481 million, an increase of $206 million, or 75% from $275 million a year ago. The increase in net interest revenue is due to a favorable mix of non-US deposits, the impact of the Investors Financial acquisition, and the improved yields from reinvested assets. Net interest margin increased to 1.73% from 1.22% a year ago.

Total expenses in the third quarter are $1.7 billion. Excluding merger and integration costs, total expenses in the third quarter of 2007 increased from $1.090 billion to $1.548 billion, up $458 million, or 42.0%, from the year-ago quarter primarily due to the inclusion of Investors Financial's operating expenses as a result of the acquisition. Baseline expenses increased 26%, while the remainder of the increase was due to the acquired Investors Financial business. Salaries and benefits expenses are up 43% to $916 million, primarily attributable to additions to headcount resulting from the Investors Financial acquisition, incentive compensation due to improved year-to-date performance, and increases in benefits. The increase in expenses also includes higher transaction processing services, up 36% to $165 million, due to higher volumes. Expenses for information systems and communications increased $24 million, or 20%, to $145 million. Occupancy expense increased 20%, or $18 million, to $109 million due to costs associated with the acquired Investors Financial business. Other expenses are up 81% at $213 million due primarily to costs associated with the acquired Investors Financial business, as well as increased securities processing costs.

The effective tax rate for the quarter is 35.0% compared with 34.6% in the third quarter of last year.

RESULTS OF THE THIRD QUARTER OF 2007 VS. THE SECOND QUARTER OF 2007

Third-quarter earnings per share of $0.91 compares to earnings per share of $1.07 per share in the second quarter. Excluding merger and integration costs associated with the Investors Financial acquisition, earnings per share in the third quarter are $1.15 per share, up 7% from the second quarter of 2007. Total revenue in the third quarter of $2.240 billion is up $319 million, or 16.6% versus $1.921 billion in the second quarter. Excluding merger and integration costs, total expenses are $1.548 billion, up 14.0%, or $190 million, versus $1.358 billion in the second quarter. As a result, excluding merger and integration costs, State Street achieved 260 basis points in positive operating leverage, comparing the third quarter with the second quarter. For the third quarter of 2007, return on shareholders' equity is 12.6% compared to 19.2% in the second quarter and is 15.8% excluding the impact of the merger and integration costs.

Servicing fees are up 22% at $937 million due to the impact of revenue from Investors Financial and new business. Management fees are up 5% to $299 million principally due to new business. Trading services revenue increased 23% to $320 million due to higher volatility and volumes in foreign exchange, as well as the impact of the Currenex acquisition and strong trading volumes. Securities finance revenue was up 2% at $165 million, due to the impact of revenue from the Investors Financial acquisition, offset partially by lower volumes and slightly lower spreads, compared to a seasonally high second quarter. Processing fees and other decreased 6% from $65 million to $61 million due primarily to the impact of lower revenue from the asset-backed commercial paper program, partially offset by the impact of the Investors Financial acquisition. Net interest revenue on a fully taxable-equivalent basis was up 21% at $481 million, compared to the second quarter, due primarily to the impact of the Investors Financial acquisition, the mix of non-U.S. deposits, and the re-investment of maturing securities at higher yields.

All expense categories increased compared to the second quarter primarily due to the impact of the Investors Financial acquisition. Salaries and employee benefits expense total $916 million, an increase of $108 million, or 13%, from $808 million, attributable primarily to headcount growth from Investors Financial and increases in incentive compensation. Transaction processing services expense increased $24 million, or 17%, to $165 million due to higher volumes. Due primarily to Investors Financial, information systems and communication expense was up 13%, or $17 million, to $145 million and occupancy expense was up 11%, or $11 million, to $109 million. Other expenses are up $30 million, or 16%, from $183 million to $213 million also due primarily to costs associated with the Investors Financial acquisition.

33.     On November 2, 2007, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2007 fiscal third quarter. The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on October 16,

2007.  The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by

Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

34.     On January 15, 2008, State Street issued a press release entitled, "State Street Reports

Fourth-Quarter Earnings Per Share of $.57, Including a Net after-Tax Charge of $279 Million, or

$.71 Per Share."  Therein, the Company, in relevant part, stated:

2007 Revenue Climbs 32% Compared to 2006

$300 Billion in Assets from Wins in Servicing and $30 Billion in Assets from Wins
in Asset Management Sustain Momentum in Core Business in Fourth Quarter

BOSTON--(BUSINESS WIRE)--Jan. 15, 2008--State Street Corporation today
announced 2007 fourth-quarter earnings per share of $0.57 on net income of $223
million, compared to earnings per share of $0.91 on net income of $309 million in
the fourth quarter of 2006. Revenue in the fourth quarter is $2.479 billion compared
to $1.622 billion in the fourth quarter of 2006. Return on shareholders' equity is 7.7%
in the fourth quarter of 2007 compared to 16.9% in the fourth quarter of 2006.
Average shares outstanding for the fourth quarter of 2007 are 392 million shares. For
the full year 2007, earnings of $3.45 per share on net income of $1.261 billion
compares with $3.26 per share on income from continuing operations of $1.096
billion in 2006. Return on shareholders' equity in 2007 is 13.4% compared with
return on shareholders' equity from continuing operations of 16.2% in 2006. Average
shares for the full year 2007 are 365 million shares.

Results presented on an "operating basis" for the fourth quarter of 2007 exclude a
previously announced after-tax charge of $279 million ($467 million on a pre-tax
operating basis) associated with the underperformance of certain active fixed-income
strategies at State Street Global Advisors (SSgA) and $57 million, or $38 million of
after-tax merger and integration costs related to the July 2, 2007, acquisition of
Investors Financial Services Corp. ("Investors Financial"). Results presented on an
"operating basis" for the fourth quarter of 2006 exclude an $18 million adjustment to
reduce income-tax expense. Revenue for both quarters is presented on a fully
taxable-equivalent basis. Full-year 2007 results presented on an "operating basis"
exclude the $279 million after tax-charge associated with State Street Global
Advisors and $198 million, or $129 million of after-tax merger and integration costs
relating to the acquisition of Investors Financial. Full-year 2006 results presented on
an "operating basis" exclude a $65 million adjustment to increase income-tax
expense. Revenue for both years is presented on a fully tax-equivalent basis.

Management presents results on an operating basis in order to provide financial
information that is comparable from period to period, and to present comparable

financial trends with respect to our ongoing business operations. Management believes such presentation facilitates an investor's understanding and analysis of our underlying performance and trends in addition to financial information prepared in accordance with GAAP.

The following financial information is presented on an operating basis. Earnings per share in the fourth quarter are $1.38 per share on net income of $540 million, up 60% from $0.86 per share in the fourth quarter of 2006. Revenue of $2.496 billion in the fourth quarter of 2007 is up 52.8% from $1.634 billion in the fourth quarter a year ago. Expenses of $1.649 billion in the fourth quarter of 2007 are up 40.0% from $1.178 billion in the year-ago quarter. For the fourth quarter of 2007, return on shareholders' equity is 18.7%, compared to 15.9% for the fourth quarter of 2006.

The following financial information is presented on an operating basis. Earnings for the full-year 2007 is $4.57 per share on net income of $1.669 billion, up 32% from $3.46 per share on income from continuing operations of $1.161 billion in 2006. Revenue in 2007 is up 32.1% to a record level of $8.394 billion from $6.356 billion in 2006. Expenses in 2007 of $5.768 billion increased 27.0% from $4.540 billion in 2006. Return on shareholders equity in 2007 is 17.7%, up from 17.1% in 2006.

Commenting on the performance, Ronald E. Logue, State Street's chairman and chief executive officer, said, "Nearly every revenue item on our income statement increased in double digits this year, compared to 2006, resulting in 32% growth in earnings per share on an operating basis. While investment servicing and investment management fees were both strong, revenue from trading services and securities finance benefited from continuing market volatility, particularly in the fixed-income markets in the second half of 2007. The consolidation of Investors Financial continues on schedule, and the impact on our bottom line in 2007 was dilution of $.06 per share, a significant improvement from our original model of $0.14 per share dilutive. Our strategy of more actively managing the balance sheet and the growth of our non-US business contributed to an annual increase of 55% in fully taxable-equivalent net interest revenue. Net interest margin equaled 1.71% for 2007. Additionally, our non-U.S. revenue now represents approximately 41% of total revenue, up from 39% in 2006."

Logue added, "As we explained on our call earlier this month, we expect that by establishing the fourth-quarter reserve to address the legal exposure and other costs associated with the underperformance of certain active fixed-income strategies at State Street Global Advisors, we can address customer concerns and help to put the issue behind us, particularly given the current momentum in our business. Management fee revenue at SSgA grew 21% in 2007 compared to 2006, and SSgA continues to be a strong contributor to State Street's results. Total assets under management as of December 31, 2007, grew 13% from the level at the end of 2006, and specifically SSgA's fixed income assets increased 21% in the same period."

Logue concluded, "During 2008 we will build on the progress we made in 2007, particularly outside the U.S. We continue to target positive operating leverage on an annual basis. For 2008, due to the acquisition of Investors Financial on July 2, 2007, our goal for growth in revenue is 14% to 17%, up from our long-term goal of 8% to 12%. We expect earnings per share growth of 10% to 15% and return on equity of 14% to 17%, both on an operating basis. Our 2008 target is to achieve near the lower end of these ranges."

*    *    *

FOURTH-QUARTER RESULTS VS. YEAR-AGO QUARTER

Total revenue on a fully taxable-equivalent basis is $2.496 billion in the fourth quarter of 2007 is up from $1.634 billion, or 52.8%, from the fourth quarter of 2006. Expenses on an operating basis are $1.649 billion, up 40.0% compared with $1.178 billion in the fourth quarter of 2006. As a result, on an operating basis, State Street generated about 1280 basis points of positive operating leverage.

Servicing fees are $967 million, up $269 million or 39%, from $698 million in the year-ago quarter. The increase is attributable to business from customers added from the Investors Financial acquisition, business from new and existing clients and higher average equity valuations. Total assets under custody at quarter end are $15.30 trillion, a record level, up 29%, compared with $11.85 trillion at the end of the year-ago quarter.

Daily average values for the S&P 500 Index are up 8%, for the MSCI(R) EAFE Index(SM) are up 16%, and for the NASDAQ are up 13% during the fourth quarter of 2007 from the year-ago quarter.

Management fees, generated by State Street Global Advisors, are $297 million, up $44 million, or 17%, compared to $253 million in the year-ago quarter. The increase in management fees reflects new business from existing and new clients and an increase in average month-end equity valuations, offset partially by lower performance fees. Total assets under management at quarter end are $1.98 trillion, up 13%, compared to $1.75 trillion at the end of the year-ago quarter.

Average month-end values compared to the fourth quarter of 2006, are up 7% for the S&P 500 Index and up 13% for the NASDAQ; average month-end values for the MSCI(R) EAFE Index(SM) are up 15%. The total return of the Lehman US Aggregate bond index for the fourth quarter is 3.00%.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fee revenue, is up 73%, from $203 million to $352 million. The increase is driven by improved volumes and higher volatility in foreign exchange, as well as an increase in brokerage and other revenue principally due to the acquisition

of Currenex in March, 2007.

Securities finance revenue is $256 million in the quarter, compared to $90 million in the year-ago quarter, an increase of 184%. The increase primarily reflects improved spreads and increased demand for securities on loan as a result of turmoil in the fixed-income markets.

Processing and other revenue is down 38%, or $23 million to $38 million primarily due to increased costs of funding for our asset-backed commercial paper.

Fully taxable-equivalent net interest revenue is $573 million, up 75% from $328 million in last year's fourth quarter. The increase is due to reinvestment of assets at higher rates and lower-cost funding, the impact of the Investors Financial acquisition, and favorable spreads and increased volumes of non-US deposits.

The increase in expenses on an operating basis to $1.649 billion in the fourth quarter of 2007 from $1.178 billion in the fourth quarter of 2006 is primarily due to the inclusion of Investors Financial's operating expenses for the second half of 2007. Baseline expenses increased 26%.

Salaries and employee benefits expense on an operating basis increased $240 million to $934 million, attributable to additions to headcount from the Investors Financial acquisition. Transaction processing expense increased 52% to $184 million principally due to the acquisition. Also primarily as a result of the acquisition, information systems and communications expense increased 24% to $148 million, and occupancy expenses of $107 million in 2007 quarter compare to $94 million in the 2006 quarter. On an operating basis, other expenses increased 84%, or $126 million, to $276 million, primarily due to acquisition costs, fees, such as for professional services and recruiting, and securities processing costs.

The effective tax rate was 27.1% in the fourth quarter of 2007 compared with 30.4% in the fourth quarter of 2006. We expect the rate for 2008 to be 34.5%.

FOURTH-QUARTER RESULTS VS. THIRD QUARTER

On an operating basis, fourth-quarter earnings are $1.38 per share as compared to third-quarter earnings of $1.15 per share, which excluded $91 million, or $0.24 per share of after-tax merger and integration costs. On an operating basis in both periods, earnings per share would have increased 20%. Total revenue on a fully tax-equivalent basis in the 2007 fourth quarter of $2.496 billion is up 10.6%, or $239 million compared to $2.257 billion in the third quarter. On an operating basis, expenses in the fourth quarter of 2007 are $1.649 billion up 6.5%, or $101 million, from third quarter expenses of $1.548 billion.

Servicing fee revenue is up 3% due to business from new and existing customers and

higher average equity valuations. Management fees are down 1% due to lower performance fees, offset partially by new business wins and higher equity valuations. Trading services revenue is up 10% to $352 million primarily due to higher volatility and increased volumes and higher volatility in FX. Securities finance revenue improved 55% to $256 million due to improved spreads. Processing fees and other revenue declined 38% to $38 million due to lower results from the structured products business and lower earnings from joint-venture equity investments. Fully taxable-equivalent net interest revenue increased 19% to $573 million due to reinvestment of assets at higher rates and a higher level of lower-cost funding and the impact of the Investors Financial acquisition.

Salaries and employee benefits expense is up 2% on an operating basis due to higher headcount added to service new business. Occupancy expense was down 2% due to lower operating costs. On an operating basis, other expense increased 30%, or $63 million, to $276 million primarily due to acquisition costs, fees, such as for professional services and recruiting, and securities processing costs.

FULL YEAR 2007 VS. 2006

Total revenue on a fully taxable-equivalent basis increased 32.1% from $6.356 billion to $8.394 billion. Servicing fees increased 24%, from $2.723 billion to $3.388 billion. Management fees increased 21%, from $943 million to $1.141 billion. Trading services revenue increased 34%, from $862 million to $1.152 billion and securities finance revenue increased 76%, from $386 million to $681 million. Processing fees and other revenue decreased 13%, to $237 million from $272 million. Fully taxable-equivalent net interest revenue increased 55%, from $1.155 billion to $1.788 billion.

On an operating basis, expenses increased 27.0%, from $4.540 billion to $5.768 billion, excluding merger and integration costs and the impact of the charge. Operating expenses included an increase of 28% to $3.397 billion in salaries and employee benefits expense. Transaction processing expense increased 25% to $619 million and information systems and communications increased 9% to $546 million. Occupancy expense increased 9% to $408 million. Other expenses increased 54% to $798 million.

35.    On February 15, 2008, State Street filed its Annual Report with the SEC on Form 10-K for the 2007 fiscal year. The Company's Form 10-K was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on January 15, 2008. The Company's Form 10-K also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra.*

36.    On April 15, 2008, State Street issued a press release entitled, "State Street Corporation Achieves Record Revenue of $2.6 Billion in the First Quarter, up 52% from Year-Ago Quarter." Therein, the Company, in relevant part, stated:

EPS of $1.35 up 45%, Including $0.04 in Merger and Integration Costs

Strong Financial Performance Continues in Challenging Environment

BOSTON--(BUSINESS WIRE)--April 15, 2008--State Street Corporation announced today first-quarter earnings per share of $1.35, up 45% from earnings per share of $0.93 in last year's first quarter. Earnings per share in the first quarter of 2008 includes $17 million of after-tax merger and integration costs associated with the July 2007 acquisition of Investors Financial Services Corp. ("Investors Financial"), or $0.04 per share. Excluding these costs, operating earnings per share of $1.39 would have been up 49% compared to $.93 in the first quarter of 2007. Revenue of $2.577 billion in the first quarter of 2008, representing a State Street record for a quarter, is up 52% from $1.696 billion compared to the year-ago quarter and includes $220 million in revenue from the acquired Investors Financial business. Total expenses in the first quarter of 2008 of $1.774 billion are up 46.2% from $1.213 billion compared to the year-ago quarter and excluding the merger and integration costs would be $1.748 billion, up 44.1%. Excluding the results of Investors Financial and the merger and integration costs, revenue would be up 39% and expenses would be up 31.1%. On an operating basis, excluding the merger and integration costs, State Street achieved positive operating leverage of approximately 810 basis points. For the first quarter of 2008, return on shareholders' equity was 18.7% and was 19.4%, excluding the merger and integration costs, up from 17.4% in the first quarter of 2007.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "I am extremely pleased with this record revenue performance, particularly in today's challenging environment. The momentum we have achieved over the past 12 months continues, despite the negative equity markets. The neutral earnings-per-share result for the acquired Investors Financial business demonstrates our success in consolidating this business. In the first quarter, we grew our revenue and operating earnings per share and generated operating return on equity above our financial goals. Compared to the year-ago quarter, we experienced growth in nearly all lines of our income statement and recorded positive operating leverage for the fourteenth consecutive quarter when measured on a year-over-year basis.

Servicing fee revenue was up 34% and asset management fee revenue grew 7% from the prior year's first quarter. We won $600 billion of assets in new business in servicing and $69 billion of net new business in asset management. Growth outside the U.S. continues to provide momentum. Growth in revenue was particularly strong

in our trading business and our securities finance business in this volatile business environment. Growth in net interest revenue is due to a favorable U.S. rate environment as well as the successful execution of our balance sheet strategy."

Logue continued, "During the first quarter, we strengthened our regulatory capital position with strong net income of more than $500 million and the issuance of $500 million of tier-1 qualified regulatory capital."

Logue concluded, "Given the continued unsettled economic environment, for now we continue to expect to achieve in the middle of the ranges we established for this year. Excluding the impact of the fourth-quarter 2007 charge and the impact of merger and integration costs in both 2007 and 2008, these ranges reflect an increase in operating earnings per share of between 10 and 15 percent; an increase in revenue of 14 to 17 percent; and operating return on equity of 14 to 17 percent."

\*       \*       \*

FIRST QUARTER 2008 RESULTS VS. YEAR-AGO QUARTER

Servicing fees are up 34% to $960 million from $718 million in last year's first quarter. The increase is attributable to business from Investors Financial as well as new business from existing and new customers in 2008. Total assets under custody are $14.900 trillion at March 31, 2008, up 21%, compared with $12.331 trillion at March 31, 2007. Daily average values for the S&P 500 Index are down 5% from the first quarter of 2007; daily average values for the MSCI(R) EAFE Index(SM) are down 3%.

Investment management fees, generated by State Street Global Advisors, are $278 million, up 7% from $261 million in the year-ago quarter. Growth in management fees reflects continued net new business, offset partially by a decrease in performance fees and in average month-end equity market valuations. Total assets under management at March 31, 2008, are $1.955 trillion, up 6%, compared to $1.849 trillion at March 31, 2007.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $366 million for the quarter, up 66% from $220 million in the year-ago quarter. The 74% increase in foreign exchange revenue is due to higher volatility and increased volumes. Brokerage and other fees increased 49% due primarily to fees from the acquired Currenex business, as well as strength in transition management.

Securities finance revenue is $303 million in the quarter, up 209% from $98 million in the year-ago quarter, primarily reflecting improved spreads. This unusually strong growth reflects the recent actions by the Federal Reserve in reducing interest rates.

Processing fees and other is $54 million, down 26% from $73 million in the first

31

quarter of 2007 due primarily to lower revenue from structured products.

Net interest revenue on a fully taxable-equivalent basis is $648 million, an increase of 92% from $337 million a year ago. The increase is due primarily to the benefit of recent cuts in U.S. rates, the benefit of the revenue from the acquired Investors Financial business, and increased volumes in transaction deposits from non-US customers.

Expenses increased to $1.774 billion, up 46.2% from $1.213 billion a year ago, partially due to the acquisition of Investors Financial. Excluding $158 million in operating costs associated with Investors Financial and $26 million in merger and integration costs, expenses are up 31.1% to $1.590 billion. Salaries and benefits expenses are up 44% to $1.062 billion from $739 million, primarily as a result of increased incentive compensation due to improved performance and the accounting impact of stock-related compensation for retirement-eligible employees, the impact of the Investors Financial acquisition, and increased headcount due to new business wins.

The increase in total expenses also includes higher transaction processing services, up 26% to $162 million from $129 million a year ago, due to higher volumes in the investment servicing business primarily as a result of the acquisition of Investors Financial. Expenses for information systems & communications increased 24%, to $155 million from $125 million and occupancy increased 17%, to $110 million from $94 million, with both increases due primarily to the acquisition of Investors Financial. Other expenses were up 106%, or $133 million at $259 million from $126 million due primarily to increased professional fees and securities processing costs, as well as Investors Financial's costs associated with amortization of intangibles.

The effective tax rate in the first quarter of 2008 is 34.0%, down from 35.0% in the year-ago quarter.

FIRST-QUARTER 2008 RESULTS VS. FOURTH QUARTER 2007

First-quarter earnings per share of $1.35 is up from $0.57 in the fourth quarter of 2007. Excluding the non-operating costs of $38 million of after-tax merger and integration costs in the fourth quarter and $17 million in the first quarter and an after-tax charge of $279 million related to certain active fixed-income strategies at State Street Global Advisors (SSgA) in the fourth quarter of 2007, operating earnings per share of $1.39 is up slightly from operating earnings per share of $1.38 in the fourth quarter of 2007. Total revenue in the first quarter is $2.577 billion, up 4.0% versus $2.479 billion in the fourth quarter of 2007. Total expenses for the first quarter of 2008 are $1.774 billion versus $2.173 billion in the fourth quarter of 2007. Excluding the fourth-quarter charge and the merger and integration expenses, total expenses are $1.748 billion up 6.0% versus $1.649 billion in the fourth quarter. Return on shareholders' equity of 18.7% in the first quarter compares with 7.7% in

the fourth quarter. Excluding the non-operating charges, operating return on equity would have been 19.4% in the first quarter of 2008 up from 18.7% in the fourth quarter of 2007.

Servicing fees are $960 million, down slightly from $967 million in the fourth quarter due to a decline in daily equity valuations, partially offset by business from new and existing customers. Management fees are $278 million, down 6% from $297 million primarily due to a 10% decline in month-end equity valuations and lower performance fees. Trading services revenue is $366 million, up 4% from $352 million primarily due to increased volatility in foreign exchange markets. Securities finance revenue is $303 million, up 18% from the prior quarter due to increased spreads reflecting the recent actions by the Federal Reserve in reducing interest rates, offset partially by lower volumes due to a decline in market values. Processing fees and other revenue decreased slightly to $54 million from $55 million. Net interest revenue on a fully taxable-equivalent basis is $648 million, up 13% from $573 million, due primarily to the impact of the recent rate cuts in the U.S., partially offset by a slight change in customer mix.

Salaries and employee benefits expense increased 14% to $1.062 billion from $934 million due to the impact of incentive compensation as a result of the accounting impact of stock-related compensation for retirement-eligible employees and improved performance, and higher benefit costs. Transaction processing expense is down 12% from $184 million to $162 million due primarily to receipt of a depository rebate, and Information systems and communications expense increased 5% from $148 million to $155 million, due primarily to costs associated with increased global infrastructure investments. Other expenses are down 6% from $276 million to $259 million due primarily to a decline in expenses related to Investors Financial, as well as lower securities processing costs.

37.    On May 9, 2008, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2008 fiscal first quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on April 15, 2008. The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants  Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

38.    On July 15, 2008, State Street issued a press release entitled, "State Street Corporation Achieves Record Revenue of $2.7 Billion in the Second Quarter, Up 39% From A Year Ago."  Therein, the Company, in relevant part, stated:

Earnings Per Share of $1.35 up 26%, Including $0.05 in Merger and Integration Costs

Outlook Raised for 2008 Due to Momentum from Strong Year-Over-Year and Sequential Quarter Performance

BOSTON--(BUSINESS WIRE)--July 15, 2008--State Street Corporation announced today second-quarter 2008 earnings per share of $1.35 compared to $1.07 per share for the second quarter of 2007. Earnings per share in the second quarter of 2008 includes $22 million of after-tax merger and integration costs associated with the July 2007 acquisition of Investors Financial Services Corp. ("Investors Financial"), or $0.05 per share. Excluding these costs, operating earnings per share of $1.40 would have been up 31% compared to $1.07 in the second quarter of 2007. Revenue of $2.672 billion in the second quarter of 2008 represented a State Street record and is up 39.1%, compared to $1.921 billion in the year-ago quarter. Total expenses in the second quarter of 2008 of $1.841 billion are up 35.6%, compared to $1.358 billion in the year-ago quarter and, excluding the merger and integration costs, would be $1.809 billion, up 33.2%. Total revenue on a fully taxable-equivalent basis is $2.700 billion, up 39.7% from $1.933 billion a year ago. As a result, on an operating basis, State Street generated about 650 basis points of positive operating leverage. Excluding the results of Investors Financial and the merger and integration costs, revenue would be up 27% and expenses would be up 22%. For the second quarter of 2008, return on shareholders' equity is 18.6%, and is 19.3%, excluding the merger and integration costs, compared to 19.2% in the second quarter of 2007.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "Our strong performance in the second quarter following outstanding performance in the first quarter demonstrates our core business strength and our ability to sustain strong momentum globally. Additionally, the performance of the acquired Investors Financial business continues to meet or exceed the financial targets we established with more than 90% of the customer revenue now retained. Our year-over-year and sequential quarterly growth in servicing fees is fueled by new business wins and increased cross selling. On the investment management side, I am pleased with SSgA's financial performance amid market disruption."

Logue added, "In these markets, we continue to experience strong year-over-year results in securities finance and trading, as well as net interest revenue. We are pleased to achieve positive operating leverage on both a quarter-to-quarter and on a year-over-year basis, the fifteenth consecutive quarter as measured on a year-over-year basis."

Logue concluded, "Our strong results of the quarter, plus the benefit of the $2.8 billion in equity capital that we issued in early June, enhanced the Corporation's solid capital position. Given the strength of the first half of the year, we now expect both growth in operating earnings per share to approach the high end of the 10 to 15

percent range and achievement of operating return on equity to approach the high end of the 14 percent to 17 percent range in 2008. We are also increasing our outlook for growth in revenue, expecting to exceed the high end of the 14 percent to 17 percent range in 2008. We continue to be focused on achieving positive operating leverage on an annual basis."

\*        \*        \*

SECOND QUARTER RESULTS VS. YEAR-AGO QUARTER

Total revenue increased 39.1% to $2.7 billion in the second quarter of 2008 compared to the second quarter of 2007, and total expenses grew 35.6% to $1.8 billion over the same period.

Servicing fees are up 28%, to $977 million from $766 million in last year's second quarter. The increase is attributable to the impact of the acquisition of Investors Financial as well as to business from existing and new customers in 2008, offset partially by lower average daily equity market valuations. Total assets under custody are $15.26 trillion at June 30, 2008, up 17%, compared with $13.04 trillion a year ago. Daily average values for the S&P 500 Index are down 8%, for the MSCI(R) EAFE Index(SM) are down 6%, and for the NASDAQ are down 5%, during the second quarter 2008 from the year-ago quarter.

Investment management fees, generated by State Street Global Advisors, are $280 million, down $4 million, or 1%, from $284 million in the second quarter of 2007, a period which preceded the disruption in the fixed-income markets. The decline is primarily due to lower performance fees and a 10% decrease in average month-end equity valuations, offset partially by new business. Total assets under management are $1.89 trillion at June 30, 2008, down 2%, compared to $1.93 trillion the previous year.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $320 million for the quarter, up 23% from $260 million a year ago. The improvement was due primarily to increased volatility and higher volumes in foreign exchange.

Securities finance revenue is $352 million in the quarter, up 117% compared to $162 million in the year-ago quarter, primarily reflecting an increase in spreads. Both quarters' results represent seasonally high activity.

Processing fees and other revenue are up 18% at $77 million, compared to $65 million due to revenue associated with Investors Financial. Total assets in our asset-backed commercial paper program at June 30, 2008, are $28.4 billion, which are not recorded on our consolidated balance sheet. The unrealized after-tax mark-to-market loss on the investment securities in our asset-backed commercial

paper program at June 30, 2008, increased about $130 million to $1.6 billion from $1.5 billion at March 31, 2008, due to continued disruption in the fixed-income markets.

Net interest revenue on a fully taxable-equivalent basis is $685 million, an increase of $288 million, or 73%, from $397 million a year ago. The increase in net interest revenue is due to improved spreads and a favorable mix of deposits. Net interest margin increased to 2.31% from 1.64% a year ago. The balance sheet increased 30% to $146.2 billion at June 30, 2008 from June 30, 2007. The unrealized after-tax mark-to-market loss on the investment portfolio increased $72 million, or 4%, to $2.012 billion at June 30, 2008 compared to $1.940 billion at March 31, 2008, due to increases in fixed-income rates, offset partially by tighter credit spreads.

Expenses increased to $1.841 billion, up 35.6% from $1.358 billion a year ago, partially due to the acquisition of Investors Financial. Excluding $158 million in operating costs associated with Investors Financial and $32 million in merger and integration costs, expenses are up 21.6% to $1.651 billion. Salaries and benefits expenses are up 31% to $1.060 billion, primarily attributable to the additional expense from the Investors Financial acquisition and increased staffing to support new business, as well as higher benefits expense. The increase in expenses includes higher transaction processing services, up 22% to $172 million, due to the impact of Investors Financial and higher volumes. Expenses for information systems & communications increased $36 million, to $164 million, primarily due to the impact of Investors Financial and costs to support growth in Europe. Occupancy expense increased 17%, or $17 million, to $115 million. Other expenses increased 63% to $298 million from $183 million due to costs associated with professional fees and our acquisition of Investors Financial, as well as higher securities processing expenses.

SECOND-QUARTER 2008 RESULTS VS. FIRST QUARTER 2008

Second-quarter earnings per share of $1.35 is flat, compared to the first quarter, but excluding merger and integration costs of $0.05 per share in the second quarter of 2008 and of $0.04 per share in the first quarter of 2008, is up 1% from $1.39 to $1.40. Total revenue in the second quarter of $2.672 billion is up 3.7% versus $2.577 billion in the first quarter. Total expenses are $1.841 billion, up 3.8% versus $1.774 billion in the first quarter. Excluding merger and integration costs of $32 million in the second quarter and $26 million in the first quarter, operating expenses would be up 3.5%. Total revenue on a fully taxable-equivalent basis is $2.700 billion, up 3.8% from $2.600 billion in the first quarter of 2008. As a result, on an operating basis, State Street generated about 30 basis points of positive operating leverage. For the second quarter of 2008, return on shareholders' equity is 18.6% and 19.3% excluding the merger and integration costs, compared with 18.7% and 19.4% excluding the merger and integration costs in the first quarter.

Servicing fees are up 2% to $977 million due to business from new and existing customers and slightly higher daily equity valuations. Management fees are up slightly at $280 million, primarily due to favorable equity markets, offset partially by lower performance fees. Trading services decreased 13% to $320 million due principally to lower revenue in foreign exchange. Securities finance revenue increased 16%, from $303 million to $352 million, due to seasonally high volumes and improved spreads. Processing fees and other revenue are up from $54 million to $77 million. Net interest revenue on a fully taxable-equivalent basis increased $37 million, or 6%, to $685 million, compared to $648 million in the first quarter due primarily to improved spreads.

Salaries and employee benefits total $1.060 billion, down slightly from $1.062 billion. Transaction processing services increased $10 million, or 6%, to $172 million. Information systems and communications expense is up 6%, or $9 million, to $164 million primarily due to infrastructure expenses for investment management, trading services, and hedge fund servicing. Occupancy increased $5 million or 5% to $115 million. Other expenses are up $39 million, or 15%, from $259 million to $298 million primarily as a result of costs associated with professional fees and globalization efforts.

The effective tax rate for the second quarter is 34.0%, flat with the first quarter. We completed the divestiture of our 50% interest in CitiStreet in early July, resulting in a gain of about $0.47 per share. Taking into account the effect of the CitiStreet divestiture, the expected effective tax rate for 2008 is 34.6%. Excluding the impact of the divestiture, the expected effective tax rate for 2008 is 34.0%.

39.    On August 1, 2008, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2008 fiscal second quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on July 15, 2008.  The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

40.    On October 15, 2008, State Street issued a press release entitled, "State Street Corporation Reports Third-Quarter EPS of $1.09 Including Net Non-Operating Items of $(0.15)." Therein, the Company, in relevant part, stated:

Operating EPS of $1.24 is up 8% Compared to Q3 2007 Strong Momentum Continues with Revenue up 24% and Operating Revenue up 12% Compared to Q3 2007 State Street Invited as One of the First Nine Financial Institutions to Take a

Leadership Position in Treasury's Capital Purchase Program

BOSTON--(BUSINESS WIRE)--

State Street Corporation announced today third-quarter 2008 earnings per share of $1.09, an increase from $0.91 per share in the third quarter of 2007. Earnings per share in the third quarter include a $0.48 per share gain on the July 2008 sale of CitiStreet, $0.01 per share from acting as an intermediary under the Federal Reserve Bank's Asset-Backed Commercial Paper Money Market Liquidity Facility ("AMLF"), a $(0.31) per share charge related to an increase in our reserve for sale-in, lease-out transactions ("SILOs"), a $(0.28) per share charge to establish a reserve to address our estimated net exposure on an indemnification obligation associated with collateral repurchase agreements with Lehman Brothers ("Lehman"), and $(0.05) per share in merger and integration costs associated with the July 2, 2007, acquisition of Investors Financial Services Corp. ("Investors Financial"). Operating-basis results are reported excluding these items. Earnings per share in the third quarter of 2007 include $(0.24) per share of merger and integration costs. On an operating basis, earnings in the third quarter of 2008 are $1.24 per share, up 8% from $1.15 per share in the third quarter of 2007.

Revenue of $2.771 billion in the third quarter of 2008 is up 24%, compared to $2.240 billion in the year-ago quarter. Excluding the $350 million gain we recognized on the sale of CitiStreet, $8 million in net interest revenue from the AMLF, and $(98) million for a reduction of net interest revenue related to SILO lease transactions, operating revenue is $2.536 billion, up 12.4% from $2.257 billion in last year's third quarter. Total expenses in the third quarter of 2008 are $1.925 billion, up 14% from $1.689 billion in the third quarter of 2007. Excluding the $200 million reserve associated with our estimated net exposure on an indemnification obligation relating to collateralized repurchase agreements with Lehman, and merger and integration costs of $30 million in the third quarter of 2008 and $141 million in the third quarter of 2007 associated with the Investors Financial acquisition, expenses on an operating basis are $1.695 billion, up 9.5%, or $147 million, compared to $1.548 billion in the year-ago quarter. On an operating basis, State Street generated about 290 basis points of positive operating leverage. For the third quarter of 2008, return on shareholders' equity is 13.6%, compared to 12.6% in the third quarter of 2007. The return on shareholders' equity reflects the impact of the equity capital issuance in June 2008, as well as the non-operating items listed above. Excluding the non-operating items, operating return on equity is 15.4% in the third quarter of 2008 compared to 15.8% in the third quarter of 2007.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "We are pleased to be one of the nine financial institutions key to the infrastructure of the global financial markets, selected by the U.S. Treasury to initiate the TARP Capital Purchase Program, a program aimed at addressing the financial turmoil and restoring confidence in the markets. Our selection demonstrates the important role that State

Street plays for its customers and in the global markets and reflects our core financial strengths. Although we have always been and remain well capitalized, the program adds additional capital and affords us additional flexibility to continue our leadership role in meeting the challenges and opportunities in current markets. It's my belief that the companies that will emerge from this turmoil are those, like State Street, with the right mix of businesses, a focus on customer service, and a prudent plan for this environment. As part of this program, State Street will issue $2 billion of senior preferred shares to the U.S. Treasury along with warrants to purchase common stock with a total market price equal to about $300 million at the time of issuance, which we anticipate will be minimally dilutive to our shareholders."

He continued, "In the third quarter, the volatility of both the equity and fixed-income markets resulted in increased business for State Street as customers sought us out because of our reputation for stability and safety. Market events drove growth in our balance sheet from $146 billion at June 30, 2008, to $286 billion at quarter end. Our normalized balance sheet has grown to $155 billion, excluding a temporary balance of $77 billion due to the AMLF and $54 billion in excess balances held at central banks, which we believe reflect current market conditions. We bear no risk or any capital assessment relative to the AMLF balances. We are pleased to be a significant participant and one of the first banks to be fully operational in the AMLF program of the Federal Reserve. We are also pleased to have been appointed by the U.S. Treasury to manage a portion of the assets for its mortgage-backed securities portfolio."

Logue added, "The recently announced Commercial Paper Funding Facility, that the Federal Reserve Bank has also appointed us to service, will provide liquidity to the commercial paper markets. In addition to its primary role in providing liquidity in the commercial paper markets, we expect this program to provide an additional source of liquidity for State Street's asset-backed commercial paper program in these disrupted markets with a substantial amount of the program's asset-backed commercial paper qualifying for the program."

Logue noted, "Due to the unprecedented market illiquidity in the third quarter, the unrealized after-tax mark-to-market losses at quarter end on State Street's investment portfolio have increased to $3.3 billion and in the asset-backed commercial paper conduits to $2.1 billion. However, as we have said in the past, the asset quality of both our investment portfolio and the conduit program remains high."

Speaking of the Company's secured exposure to Lehman Brothers, Logue said, "As we announced on September 18, 2008, we have no unsecured exposure to Lehman. However, we held mortgages as collateral for certain repurchase agreements. Following the Lehman bankruptcy, we evaluated the collateral securing our obligations in light of current market conditions and established a reserve of $200 million to address our estimated net exposure on indemnification obligations relating to these agreements."

Addressing the future outlook, Logue concluded, "Due to our strong performance in the first nine months of 2008, we continue to confirm our earlier statements regarding our performance to our financial goals for 2008. We continue to expect our growth in operating earnings per share to be approaching the high end of the 10 to 15 percent range; growth in operating revenue to be above the high end of the 14 to 17 percent range and our operating return on equity to approach the high end of the 14 to 17 percent range."

As State Street has previously disclosed, the market value of the portfolios that State Street Global Advisors manages in accounts that have entered into contracts with third-party financial institutional guarantors, continues to be under pressure, reflecting the illiquidity in the fixed-income markets. While State Street is not contractually obligated to do so, the Company is evaluating various options including providing some form of support to these accounts. This decision could result in a pre-tax charge of between $400 and $450 million in the fourth quarter. State Street is still reviewing this issue and has not yet determined what action, if any, to take.

*    *    *

THIRD-QUARTER RESULTS VS. YEAR-AGO QUARTER

Total operating revenue increased 12.4% compared to the third quarter of 2007. Total operating expenses grew 9.5% to $1.7 billion.

Servicing fees are up 3%, to $966 million from $937 million in last year's third quarter. The increase is attributable to business from new and existing customers, offset partially by lower average equity market valuations. Total assets under custody are $14.045 trillion at September 30, 2008, down 7%, compared with $15.148 trillion at September 30, 2007. Daily average values for the S&P 500 Index are down 16%, for the MSCI(R) EAFE Index(SM) are down 19%, and for the NASDAQ are down 12% during the third quarter of 2008 from the year-ago quarter.

Investment management fees, generated by State Street Global Advisors, are $261 million, down 13% from $299 million in last year's third quarter. Management fees reflect the impact of lower average month-end equity valuations and lower performance fees. Total assets under management are $1.686 trillion at September 30, 2008, down 16%, compared to $1.998 trillion at September 30, 2007.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $363 million for the quarter, up 13% from $320 million a year ago, itself an unusually strong quarter. The increase is driven by higher FX volatility, especially at the end of the quarter, and higher revenue from brokerage and other fees.

Securities finance revenue is $246 million in the quarter, up 49% compared to $165 million in the year-ago quarter, reflecting an improvement in spreads, partially offset by lower volumes.

Processing fees and other revenue declined 19% at $63 million, compared to $78 million a year ago due to lower fees and lower contributions from joint ventures.

Operating net interest revenue on a fully taxable-equivalent basis, is $640 million, an increase of $159 million, or 33% from $481 million a year ago. The increase in net interest revenue is due to lower funding costs as a result of the reductions in the Fed Funds rate in the first and second quarters, as well as a larger balance sheet. Net interest margin increased to 2.22% from 1.73% a year ago. During the quarter, the Company recorded $29 million in other-than-temporary impairment charges on five investment securities, offset partially by $26 million in security gains.

Total expenses in the third quarter are $1.925 billion, up 14% compared to $1.689 billion in the year-ago quarter. Total operating expenses in the third quarter of 2008 increased from $1.548 billion to $1.695 billion, up $147 million, or 9.5%, from the year-ago quarter. On an operating basis, the Company achieved 290 basis points of positive operating leverage in the third quarter of 2008 compared to the third quarter of 2007. Salaries and benefits expenses are up 12% to $1.0 billion, primarily attributable to increases in headcount due to new business and higher benefits costs. Transaction processing expenses in the third quarter of $165 million were flat compared to the year-ago quarter. Expenses for information systems and communications increased $6 million, or 4%, to $151 million due to new product development. Occupancy expense increased 6% to $116 million due to costs associated with non-U.S. expansion. Other expenses, excluding the Lehman charge, were up 13% at $241 million due primarily to increased professional fees.

On a reported basis the tax rate is 43.5% for the quarter, compared with 35.0% in the third quarter of 2007, and on an operating basis is 34.0%, compared with 35.0% in the third quarter of last year.

RESULTS OF THE THIRD QUARTER OF 2008 VS. THE SECOND QUARTER OF 2008

Third-quarter earnings per share of $1.09 compares to earnings per share of $1.35 per share in the second quarter. Second quarter earnings per share include $0.05 of after-tax merger and integration costs associated with the acquisition of Investors Financial. Operating earnings per share in the third quarter are $1.24, down 11.4% from $1.40 in the second quarter of 2008. Total revenue on an operating basis in the third quarter is $2.536 billion, down 6.1% from the second quarter. Total expenses on an operating basis are $1.695 billion, down 6.3%, or $114 million, versus $1.809 billion in the second quarter. On an operating basis, the Company achieved 20 basis points of positive operating leverage. For the third quarter of 2008, return on

shareholders' equity is 13.6% compared to 18.6% in the second quarter and is 15.4% excluding non-operating items compared to 19.3% on an operating basis in the second quarter.

Servicing fees are down 1% at $966 million due to the lower daily average equity valuations, partially offset by business from existing and new customers. Management fees are down 7% at $261 million principally due to lower daily average equity valuations, offset partially by higher performance fees. Trading services revenue increased 13% to $363 million due to higher volatility near the end of the quarter and higher equity trading volumes. Securities finance revenue was down 30%, or $106 million, at $246 million, due to lower spreads and less demand, compared to a seasonally high second quarter. Processing fees and other decreased from $77 million to $63 million. Operating net interest revenue on a fully taxable-equivalent basis, was down 7% at $640 million, compared to the second quarter, due primarily to lower investment yields on assets and a decline in revenue from non-U.S. transaction deposits.

On an operating basis, expenses declined 6% compared to the second quarter. Salaries and employee benefits expenses total $1.022 billion, a decrease of $38 million, or 4%, from $1.060 billion in the second quarter, attributable primarily to lower incentive compensation. Transaction processing services expense decreased $7 million, or 4%, to $165 million due to lower valuations. Information systems and communication expense was down 8%, or $13 million, to $151 million due to lower infrastructure spending, and occupancy expense was about flat at $116 million. Other expenses are down $57 million, or 19%, from $298 million to $241 million due primarily to reductions in professional fees, lower costs in bank operations, and lower securities processing costs.

41.    On November 5, 2008, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2008 fiscal third quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on October 15, 2008.  The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants  Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

42.    On January 20, 2009, State Street issued a press release entitled, "State Street Reports 2008 Earnings Per Share of $3.89, up 13% on a Revenue Gain of 28% Compared to 2007."  Therein, the Company, in relevant part, stated:

Full-Year Operating Earnings Per Share Increased 14% to a Record $5.21 Per Share

on a 25% Gain in Operating Revenue

BOSTON--(BUSINESS WIRE)--Jan. 20, 2009--State Street Corporation today announced full-year 2008 earnings of $3.89 per share on net income of $1.620 billion compared with $3.45 per share on net income of $1.261 billion in 2007. Revenue in 2008 is $10.693 billion, up 28% from $8.336 billion in 2007. Return on common shareholders' equity in 2008 is 13.4% equal to 13.4% in 2007. In the fourth quarter of 2008, State Street reported earnings of $0.15 per share on net income of $65 million, compared to net income of $223 million, or $0.57 per share in the fourth quarter of 2007. Revenue in the fourth quarter of 2008 is $2.673 billion, up 8% from $2.479 billion in the fourth quarter of 2007. Return on common shareholders' equity is 2.3% in the fourth quarter of 2008 compared to 7.7% in the fourth quarter of 2007.

Management also presents results on an operating basis in order to provide financial information that is comparable from period to period and to present comparable financial trends with respect to our ongoing business operations. A full reconciliation of operating-basis results to U.S. generally accepted accounting principals (GAAP) is included in the addendum at the end of this press release.

"Operating-basis" results for the full-year 2008 exclude previously reported net effects of $(28) million, or $(0.25) per share, as well as fourth-quarter net effects of $(723) million, or $(1.03) per share, including $(450) million related to the previously disclosed transaction with certain stable value funds managed by State Street Global Advisors; restructuring charges of $(306) million, primarily associated with our previously announced reduction in force; merger and integration costs of $(27) million associated with the 2007 acquisition of Investors Financial Services Corp. ("Investors Financial"); partially offset by net interest revenue of $60 million from acting as an intermediary under the Federal Reserve Bank's Asset-Backed Commercial Paper Money Market Liquidity Facility ("AMLF"). "Operating- basis" results for the full-year 2007 exclude $(665) million in pre-tax charges associated with active fixed-income strategies at State Street Global Advisors and merger and integration costs associated with Investors Financial. "Operating-basis" results for the fourth-quarter of 2007 exclude $(524) million in pre-tax charges associated with active fixed-income strategies at State Street Global Advisors and merger and acquisition costs associated with Investors Financial. Operating-basis revenue for all periods is presented on a fully taxable-equivalent basis.

The following financial results are presented on an operating basis, as discussed below.

Operating-basis earnings for the full-year 2008 are $5.21 per share, up 14% from $4.57 per share in 2007. Operating-basis revenue in 2008 is up 24.8% to a State Street record of $10.477 billion from $8.394 billion in 2007. Operating-basis expenses in 2008 of $7.058 billion increased 22.4% from $5.768 billion in 2007. On an operating basis, we achieved 240 basis points in positive operating leverage in the

year-over-year comparison. Operating-basis return on common shareholders' equity in 2008 is 17.9%, up from 17.7% in 2007.

Operating-basis earnings per share in the fourth quarter are $1.18 per share down 14 % from $1.38 per share in the fourth quarter of 2007. Operating revenue of $2.641 billion in the fourth quarter of 2008 is up 5.8% from $2.496 billion in the fourth quarter a year ago. Operating-basis expenses of $1.806 billion in the fourth quarter of 2008 are up 9.5% from $1.649 billion in the year-ago quarter. For the fourth quarter of 2008, operating return on common shareholders' equity is 18.3%, down from 18.7% for the fourth quarter of 2007.

The balance sheet declined from $286 billion at September 30, 2008, to $174 billion at year end. Excluding $52 billion in excess deposits held at central banks at December 31, 2008, compared with $54 billion at September 30, 2008, and $6 billion of investment securities related to the AMLF, compared to $77 billion at September 30, 2008, the normalized balance sheet was $116 billion at December 31, 2008. At December 31, 2007 the balance sheet was $143 billion. Our regulatory ratios continue to be strong as of December 31, 2008. The tier-1 capital ratio stood at 20.49% and our tier-1 leverage ratio was 7.74%.

Reflecting the ongoing illiquidity in the markets at December 31, 2008, the after-tax, unrealized mark-to-market losses in the investment portfolio increased to $6.3 billion ($5.45 billion recorded in OCI and $.87 billion in HTM, not recorded in OCI), up $3.0 billion from September 30, 2008, and in the State Street-administered asset-backed commercial paper conduits increased to $3.6 billion up $1.4 billion from September 30, 2008. Since year end the unrealized after-tax losses in the investment portfolio have improved $400 million to $5.9 billion as of Friday, January 16, 2009.

Commenting on the performance, Ronald E. Logue, State Street's chairman and chief executive officer, said, "I am pleased that we either met or exceeded our financial goals in 2008. Fiscal year 2008 represents our fourth consecutive year of double-digit growth both in revenue and operating earnings per share. New business wins in 2008 totaled $1.66 trillion in asset servicing with $317 billion to be installed in 2009 and $198 billion in asset management with $24 billion to be installed this year. Servicing fees, trading services, securities finance and net interest revenue each recorded significant double-digit revenue growth in 2008."

Logue commented on the quality of State Street's assets, "We continue to believe that the asset quality of both our investment portfolio and the conduit program remains strong. None of the securities is in default and all are current for principal and interest. In 2008, more than $8 billion in structured securities in our investment portfolio paid down at par, yet had a fair market value, which on average was at a 7.8% discount to book value. We expect the vast majority of our securities to behave similarly as they mature. The current trend in the market is encouraging, but we

recognize it only measures two-weeks' progress."

Logue added, "While we expect 2009 to present industry-wide challenges, we believe that the revenue drivers we have identified and the expense controls we have in place, will allow us to meet the following 2009 financial goals, all stated on an operating basis. We expect our revenue in 2009 to be approximately flat with our record revenue in 2008, down from our long term goal of 8% to 12% growth. We expect our operating earnings per share to also be approximately flat with 2008, below our long-term goal of 10% - 15% growth, and we expect operating return on equity to be slightly below the long-term goal of 14% to 17%. We continue to target positive operating leverage on an annual basis."

Citing specific revenue drivers for 2009, Logue said, "Our business pipeline is strong. In addition to those 2008 wins that are scheduled for installation in 2009, we are meeting with potential customers from very large fund complexes that are considering outsourcing their back and/or middle office to us in order to create some variable expense for their organizations. Also large hedge funds, that have historically self-administered their holdings are looking for an outsource partner to create more transparency for their funds and their shareholders. Further, we are expecting new government mandates for increased regulations and transparency to create opportunities for us to develop products for our customers."

Logue concluded, "Regarding net interest income, we expect 2009 net interest income and net interest margin to be approximately flat with 2008. We have $15 billion of low-yielding securities maturing, which we will re-invest in AAA-rated asset-backed and mortgage-backed securities at higher yields if government programs begin to normalize markets."

State Street evaluates the market from time to time. Following recent discussions with investors, State Street has determined not to raise equity capital in this turbulent market.

*     *     *

FULL YEAR 2008 VS. 2007

On an operating basis, total revenue increased 24.8% from $8.394 billion to $10.477 billion. Servicing fees increased 11%, from $3.388 billion to $3.745 billion. Management fees decreased 10%, from $1.141 billion to $1.028 billion. Trading services revenue increased 27%, from $1.152 billion to $1.467 billion and securities finance revenue increased 81%, from $681 billion to $1.230 billion. Processing fees and other revenue increased 2%, to $277 million from $271 million. Fully taxable-equivalent net interest revenue increased 56%, from $1.788 billion to $2.784 billion.

On an operating basis, expenses increased 22.4%, from $5.768 billion to $7.058 billion. On an annual, operating basis, the Company achieved approximately 240 basis points of positive operating leverage. Operating expenses included an increase of 21% to $4.120 billion in salaries and employee benefits expense. Transaction processing expense increased 4% to $644 million and information systems and communications increased 16% to $633 million. Occupancy expense increased 14% to $465 million. Other expenses increased 50% to $1.196 billion.

RESULTS OF THE FOURTH-QUARTER OF 2008 VS. YEAR-AGO QUARTER

On an operating basis, total revenue is $2.641 billion in the fourth quarter of 2008, up from $2.496 billion, or 5.8%, from the fourth quarter of 2007. Expenses on an operating basis are $1.806 billion, up 9.5% compared with $1.649 billion in the fourth quarter of 2007.

Servicing fees are $842 million, down 13%, from $967 million in the year-ago quarter. The decrease is primarily attributable to lower equity valuations. Total assets under custody at quarter end are $12.04 trillion, down 21%, compared with $15.30 trillion at the end of the year-ago quarter.

Daily average values for the S&P 500 Index are down 39%, for the MSCI(R) EAFE IndexSM are down 47%, and for the NASDAQ are down 41% during the fourth quarter of 2008 from the year-ago quarter.

Management fees, generated by State Street Global Advisors, are $209 million, down 30%, compared to $297 million in the year-ago quarter. The decrease in management fees reflects lower average month-end equity valuations and lower performance fees. Total assets under management at quarter end are $1.44 trillion, down 27%, compared to $1.98 trillion at the end of the year-ago quarter.

Average month-end values compared to the fourth quarter of 2007, are down 38% for the S&P 500 Index and down 41% for the NASDAQ; average month-end values for the MSCI(R) EAFE IndexSM are down 48%. The total return of the Lehman US Aggregate bond index for the fourth quarter is 4.58%.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fee revenue, is up 19%, from $352 million to $418 million. The increase is driven by higher volatility in foreign exchange, offset partially by a decline in foreign exchange volumes and in brokerage and other revenue.

Securities finance revenue is $329 million in the quarter, compared to $256 million in the year-ago quarter, an increase of 29%. The increase reflects improved spreads, offset partially by a lower level of demand for securities on loan reflecting the overall deleveraging of securities that occurred during the third and fourth quarters of 2008.

Processing and other revenue is up 51%, to $83 million primarily due to increases in product-related revenue.

Fully taxable-equivalent net interest revenue is $811 million, up 42% from $573 million in last year's fourth quarter. The increase in net interest revenue is due to wider spreads on assets due to lower funding costs as a result of the reductions in the Fed Funds rate near the end of the third quarter and in fourth quarter. Net interest margin during the fourth quarter of 2008 increased to 2.28% from 1.95% in the year-ago period. During the quarter the Company recorded $78 million in other-than-temporary impairment charges on eleven investment securities, offset partially by $27 million in gains from the sales of securities and gains on security dispositions.

The 9.5% increase in expenses on an operating basis from $1.649 billion in the fourth quarter of 2007 to $1.806 billion in the fourth quarter of 2008 is primarily due to an increase in other expenses as well as in salaries and benefits costs. Salaries and employee benefits expense on an operating basis increased $42 million to $976 million, attributable to a higher headcount and benefits costs, offset partially by lower incentive compensation. Transaction processing expense decreased 21% to $145 million principally due to lower subcustodian and brokerage fees. Information systems and communications expense increased 10% to $163 million, and occupancy expenses of $124 million in 2008 quarter compare to $107 million in the 2007 quarter. On an operating basis, other expenses increased 44%, or $122 million, to $398 million, primarily due to increased securities processing costs and regulatory fees and assessments.

On an operating basis, the effective tax rate was 34.0% in the fourth quarter of 2008 compared with 34.9% in the fourth quarter of 2007. We expect the rate for 2009 to be approximately 34.0%.

RESULTS OF THE FOURTH-QUARTER OF 2008 VS. THIRD QUARTER OF 2008

On an operating basis, fourth-quarter earnings are $1.18 per share as compared to third-quarter earnings of $1.24 per share. Total revenue on a fully tax-equivalent basis in the 2008 fourth quarter of $2.641 billion is up 4.1%, or $105 million compared to $2.536 billion in the third quarter. On an operating basis, expenses in the fourth quarter of 2008 are $1.806 billion up 6.5%, or $111 million, from third-quarter expenses of $1.695 billion.

Servicing fee revenue is down 13% due to significantly lower average equity valuations. Management fee revenue is down 20% due to significantly lower average month-end equity valuations and lower performance fees. Trading services revenue is up 15% to $418 million primarily due to higher volatility, partially offset by lower

volumes in foreign exchange. Securities finance revenue improved 34% to $329 million due to improved spreads, partially offset by a lower level of loaned securities. Processing fees and other revenue increased 32% to $83 million due to increases in product-related revenue.

Fully taxable-equivalent net interest revenue increased 27% to $811 million due to the wider spreads on assets following a significant cut in the Fed Funds rate in the fourth quarter and an increase in lower-cost funding.

Salaries and employee benefits expense is down 5% on an operating basis primarily due to lower incentive compensation. Transaction processing expense is down 12% due to lower brokerage and subcustodian fees. Information systems and communication is up 8% to and occupancy expense is up 7%. On an operating basis, other expense increased 65%, or $157 million, to $398 million. Other expenses included increased securities processing costs, additional regulatory fees and assessments, as well as legal and compliance costs.

43.    On February 27, 2009, State Street filed its Annual Report with the SEC on Form 10-K for the 2008 fiscal year. The Company's Form 10-K was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on January 20, 2009. The Company's Form 10-K also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

44.    On April 21, 2009, State Street issued a press release entitled, "State Street Corporation Reports First-Quarter Earnings Per Share of $1.02 on Total Revenue of $2.0 Billion; Ongoing Expense Controls Drive Positive Operating Leverage; Progress Made On TCE Improvement Plan." Therein, the Company, in relevant part, stated:

BOSTON--(BUSINESS WIRE)--Apr. 21, 2009-- State Street Corporation today announced first-quarter earnings per common share of $1.02, a decline from earnings per share of $1.35 in last year's first quarter. Revenue of $2.002 billion in the first quarter of 2009 is down 22.3% from $2.577 billion in the year-ago first quarter. Total expenses in the first quarter of 2009 of $1.304 billion are down 26.5% from $1.774 billion compared to the year-ago first quarter. For the first quarter of 2009, return on common shareholders' equity was 15.7%, down from 18.7% in the first quarter of 2008.

In addition to presenting State Street's financial results in conformity with US

48

generally accepted accounting principles (GAAP), management also presents results on an operating basis in order to highlight comparable financial trends and other characteristics with respect to State Street's ongoing business operations from period to period. A full reconciliation of operating-basis results to GAAP results is included in the addendum at the end of this press release.

"Operating-basis" results in the first quarter of 2009 exclude $(17) million in merger and integration costs associated with the 2007 acquisition of Investors Financial Services Corp. ("Investors Financial"), partly offset by net interest revenue of $7 million related to State Street's participation in the Federal Reserve Bank's Asset-Backed Commercial Paper Money Market Mutual Fund Liquidity Facility ("AMLF"). "Operating-basis" results for the first quarter of 2008 excluded merger and integration costs of $(26) million associated with the Investors Financial acquisition. "Operating-basis" results for the fourth quarter of 2008 exclude the net effects of pre-tax adjustments of $(723) million, or $(1.04) per common share, including $(450) million related to a transaction with certain stable value funds managed by State Street Global Advisors; restructuring charges of $(306) million, primarily associated with our reduction in force; and merger and integration costs of $(27) million associated with the Investors Financial acquisition; partially offset by net interest revenue of $60 million related to the AMLF. "Operating-basis" revenue for all periods is presented on a fully taxable-equivalent basis.

Operating-basis earnings per common share in the first quarter of 2009 are $1.04, down 25.2% from $1.39 per share in the first quarter of 2008. Operating-basis revenue of $2.027 billion in the first quarter of 2009 is down 22.0% from $2.600 billion in the first quarter a year ago. Operating-basis expenses of $1.287 billion in the first quarter of 2009 are down 26.4% from $1.748 billion in the year-ago quarter. These first quarter 2009 revenue and expense results represent 440 basis points of positive operating leverage compared to the first quarter of 2008. For the first quarter of 2009, operating-basis return on common shareholders' equity is 15.9%, down from 19.4% for the first quarter of 2008.

The balance sheet is $142 billion at March 31, 2009, compared to $174 billion at December 31, 2008. Excluding $30 billion in excess deposits held at central banks at March 31, 2009, compared with $52 billion at December 31, 2008, and $740 million of investment securities related to the AMLF, compared to $6 billion at December 31, 2008, the normalized balance sheet was $111 billion at March 31, 2009, compared to a normalized balance sheet of $116 billion at December 31, 2008. At March 31, 2008, the balance sheet was $154 billion. Our regulatory capital ratios continue to be strong as of March 31, 2009, with our tier-1 capital ratio at 19.13% and our tier-1 leverage ratio at 10.44%.

Reflecting the ongoing illiquidity in the financial markets, at March 31, 2009, the after-tax, unrealized mark-to-market losses in the investment portfolio are $5.9 billion, down from $6.3 billion at December 31, 2008, and in the State

Street-administered asset-backed commercial paper conduits are $3.6 billion, flat with December 31, 2008. Since March 31, 2009, the unrealized after-tax losses in the investment portfolio have improved $91 million to $5.8 billion as of Friday, April 17, 2009.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "In one of the toughest operating environments in decades, the strength in new business from prior quarters benefited our results. This momentum combined with expense controls, comparing the first quarter of 2009 with the first quarter of 2008, enabled us to achieve 440 basis points of operating leverage, demonstrating our ability to reduce expenses in line with market-driven reductions in revenue. While our servicing fee and management fee revenue declined 20% and 35% respectively from the year-ago quarter, both compared with the more than 40% decline in the equity markets for the same periods. In servicing this quarter we won $111 billion in assets, demonstrating continued strength in our core business and increased demand for servicing driven by the stressed markets and heightened product complexity. At State Street Global Advisors, we are seeing a continuing move to passive strategies and ETF strategies, as the $37 billion in net new business in the first quarter demonstrates. We expect our continuing investment in solutions and products for our customers to put us in a strong position when markets return to a more normalized state."

Regarding capital, Logue commented, "Our regulatory capital ratios remain high, and we are making progress on our TCE improvement plan. Our tangible common equity ratio at March 31, 2009, stands at 5.87% and our pro forma TCE ratio, assuming consolidation of the asset-backed commercial paper conduits we administer, has improved 103 basis points from 1.19% at December 31, 2008, to 2.22% when calculated as a percentage of total assets. Our TCE ratio calculated as a percentage of risk-weighted assets is 8.15% at March 31, 2009, an increase from 7.29% at December 31, 2008 and on a pro forma basis is 3.34% as of March 31, 2009, up from 2.18% at December 31. 2008. Assuming prospective stability or improvement in fixed-income markets and operating results consistent with expectations, we expect to achieve an estimated pro forma TCE ratio calculated as a percentage of total assets of about 4.57% by year-end 2009, approximately in line with our long-range target for TCE of 4.25% to 4.75%. We expect the pro forma TCE ratio calculated as a percentage of risk-weighted assets to be about 6.57% by December 31, 2009. Our unrealized losses improved at the end of the first quarter, compared with December 31, and this improvement continues through April 17."

Logue concluded, "We have taken steps to align our expenses to a weaker market environment, so we believe we're well positioned for an economic recovery. Given the continued unsettled economic environment and more weakness in the first quarter than we expected, we now believe that in 2009 we will achieve nearer the weaker end of the ranges we established at our Investor and Analyst Forum in February: operating revenue to decline between 8% and 12%; operating earnings per share to

decline between 12% and 16%; and operating return on equity to be between 14% and 17%."

FIRST QUARTER 2009 RESULTS VS. YEAR-AGO FIRST QUARTER

Servicing fees are only down 20% to $766 million from $960 million in last year's first quarter. The decrease is attributable primarily to a more than 40% decline in daily average asset valuations. Total assets under custody are $11.337 trillion at March 31, 2009, down 24%, compared with $14.900 trillion at March 31, 2008. Daily average values for the S&P 500 Index are down 40% from the first quarter of 2008; daily average values for the MSCI® EAFE IndexSM are down 47%.

Investment management fees, generated by State Street Global Advisors, are $181 million, down 35% from $278 million in the year-ago quarter. The decline in management fees primarily reflects the greater than 40% decrease in average month-end equity valuations and lower performance fees. Total assets under management at March 31, 2009, are $1.395 trillion, down 29%, compared to $1.955 trillion at March 31, 2008.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $245 million for the first quarter of 2009, down 33% from $366 million in a very strong first quarter a year-ago. The 28% decrease in foreign exchange revenue is due to lower volumes, partially offset by higher volatility. Brokerage and other fees decreased 47% due primarily to the impact of lower market valuations on several securities held in the trading account.

Securities finance revenue is $181 million in the quarter, down 40% from $303 million in the year-ago first quarter. This significant decline is due primarily to lower volumes, offset very modestly by a slight improvement in spreads.

Processing fees and other is $49 million, down 9% from $54 million in the first quarter of 2008.

Net interest revenue on an operating basis is $589 million, a decrease of 9% from $648 million the year-ago first quarter. The decline is due primarily to the decrease in customer deposit volumes and spreads, partially offset by a decline in interest rates worldwide.

We recorded a provision for loan losses of $84 million during the first quarter due to deteriorating economic conditions, in order to provide for expected losses related to the commercial mortgage loans held on our balance sheet that were acquired in the fourth quarter of 2008.

Operating-basis expenses decreased to $1.287 billion, down 26% from $1.748 billion a year ago, due primarily to a 31% reduction in salaries and benefits expense, as well

as measures to reduce other expenses by 45%.

The decrease in total expenses also includes lower transaction processing services, down 19% to $131 million from $162 million a year ago, due to lower volumes in the investment servicing business. Expenses for information systems & communications increased to $161 million from $155 million and occupancy increased 10% to $121 million from $110 million. Other expenses were down 45%, or $116 million to $143 million from $259 million due primarily to lower professional fees and lower securities processing costs.

The effective tax rate in the first quarter of 2009 is 22.5%, down from 34.0% in 2008, and is expected to be about 31.5% for full-year 2009. Consistent with our business strategy, our intent to reinvest the earnings in certain of our non-US subsidiaries overseas allowed us to reduce taxes accrued with respect to 2009 earnings as well as certain taxes accrued in prior periods by $63 million.

FIRST-QUARTER 2009 RESULTS VS. FOURTH QUARTER 2008

Earnings per share of $1.02 in the first quarter of 2009 on revenue of $2.002 billion, compares with $0.54 per share in the fourth quarter of 2008 on revenue of $2.673 billion. Expenses in the first quarter of 2009 are $1.304 billion compared with $2.311 billion in the fourth quarter of 2008. Return on common shareholders' equity is 15.7% in the first quarter of 2009 compared to 8.4% in the fourth quarter of 2008. References to fourth-quarter 2008 results are to the updated results announced on February 5, 2009.

On an operating basis earnings per common share in the first quarter of 2009 of $1.04 is down from $1.58 per share in the fourth quarter of 2008. On an operating basis, total revenue in the first quarter is $2.027 billion, down 23.2% versus $2.641 billion in the fourth quarter of 2008. On an operating basis, total expenses for the first quarter of 2009 are $1.287 billion versus $1.528 billion in the fourth quarter of 2008. Operating-basis return on common shareholders' equity of 15.9% in the first quarter compares with 24.3% in the fourth quarter.

Servicing fees are $766 million, down 9% from $842 million in the fourth quarter and includes the impact of an 11% decline in daily average equity valuations. Management fees are $181 million, down 13% from $209 million primarily due to a 15% decline in average month-end equity valuations. Trading services revenue is $245 million, down 41% from $418 million primarily due to decreased volatility and lower volumes in the foreign exchange markets and to a decline in our core brokerage business as well as the impact of market values on the trading account. Securities finance revenue is $181 million, down 45% from the prior quarter primarily due to lower spreads as the benefit of the Federal Reserve's December rate reductions dissipates as well as lower demand. Processing fees and other revenue declined to $49 million from $83 million due to lower revenue from structured

products. Net interest revenue on an operating basis is $589 million, down 27% from $811 million, due primarily to the decline in Libor rates after year end and narrower spreads in both the investment portfolio and on customer deposits.

Salaries and employee benefits expense increased 5% to $731 million from $698 million due to the impact of the significant reduction in 2008 incentive compensation recorded in the fourth quarter of 2008, partially offset by the impact of the headcount reduction. Transaction processing expense is down 10% from $145 million to $131 million due to lower volumes in the asset servicing (or securities processing) business. Other expenses are down 64% from $398 million to $143 million due primarily to reduced securities processing costs and a decline in professional fees.

45.    On May 4, 2009, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2009 fiscal first quarter. The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on April 21, 2009. The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

46.    On July 21, 2009, State Street issued a press release entitled, "State Street Corporation Reports Second-Quarter 2009 Earnings Per Share of $0.79 before Extraordinary Loss Due to Conduit Consolidation, Which Includes Previously Disclosed Repayment of TARP CPP of $0.23 Per Share." Therein, the Company, in relevant part, stated:

Operating-Basis Earnings Per Share Are $1.04 in Second Quarter

Fee Revenue Increased 7% Compared to First Quarter and Continued Expense Control Drives Q2 2009 Positive Operating Leverage on an Operating Basis, Relative to Both Q2 2008 and Q1 2009

BOSTON--(Business Wire)– State Street Corporation today announced second-quarter results per common share of $(7.12), including an after-tax extraordinary loss of $(7.91) per share related to the effect of the previously disclosed consolidation of the State Street-administered asset-backed commercial paper (ABCP) conduits onto the Company`s balance sheet, $(0.23) per share related to repayment of the U.S. Treasury`s TARP CPP investment, and $(0.02) per share in merger and integration costs associated with the 2007 acquisition of Investors Financial Services Corp. ("Investors Financial") . Revenue of $2.122 billion in the second quarter of 2009 is down 20.6% from $2.672 billion in the year-ago second

quarter. Total expenses in the second quarter of 2009 of $1.364 billion are down 25.9% compared to $1.841 billion in the year-ago second quarter. As reflected in the after-tax per share loss noted above, the Company recorded an extraordinary pre-tax loss in the second quarter of $(6.096) billion as a result of the previously reported consolidation of the ABCP conduits. For the second quarter of 2009, before the extraordinary loss and reflecting the effect of the equity issuances in 2008 and 2009, return on common shareholders` equity was 13.0%, down from 18.6% in the second quarter of 2008.

*       *       *

Operating-basis results in the second quarter of 2009 exclude the effects noted above of the TARP repayment, the consolidation of the ABCP conduits and $(12) million in pre-tax merger and integration costs associated with the Investors Financial acquisition. Operating-basis results for the second quarter of 2008 excluded merger and integration costs of $(32) million associated with the Investors Financial acquisition. Operating-basis results for the first quarter of 2009 excluded $(17) million in merger and integration costs associated with the Investors Financial acquisition and $7 million of net interest revenue associated with the Federal Reserve's AMLF. Operating-basis revenue for all periods is presented on a fully taxable-equivalent basis.

*       *       *

Operating-basis earnings per common share in the second quarter of 2009 are $1.04, down 25.7% from $1.40 per share in the second quarter of 2008. Operating-basis revenue of $2.153 billion in the second quarter of 2009 is down 20.3% from $2.700 billion in the second quarter a year ago. Operating-basis expenses of $1.352 billion in the second quarter of 2009 are down 25.3% from $1.809 billion in the year-ago quarter. These second quarter 2009 revenue and expense results represent 500 basis points of positive operating leverage compared to the second quarter of 2008. For the second quarter of 2009, operating-basis return on common shareholders` equity is 17.0%, down from 19.3% for the second quarter of 2008.

The balance sheet is $153 billion at June 30, 2009, compared to $142 billion at March 31, 2009. Excluding $20 billion in excess deposits held at central banks at June 30, 2009, compared with $30 billion at March 31, 2009, the normalized balance sheet was $133 billion at June 30, 2009, compared to a normalized balance sheet of $112 billion at March 31, 2009. Our regulatory capital ratios continue to be strong as of June 30, 2009, with our tier 1 capital ratio at 14.5% and our leverage ratio at 7.3%. In addition, our tier 1 common ratio is 12.5%, our TCE to risk-weighted assets ratio is 8.5%, and our TCE ratio is 5.0%.

At June 30, 2009, the after-tax, unrealized mark-to-market losses in the consolidated investment portfolio are $4.75 billion, down from $5.85 billion after-tax at March 31,

2009 and down from $6.32 billion after-tax as of December 31, 2008.

Ronald E. Logue, State Street's chairman and chief executive officer, said, "While markets have remained challenging, we achieved a number of significant milestones during the second quarter. We strengthened our TCE ratio, passed the Federal Reserve's stress test, conducted a successful equity and debt issuance in mid-May, and re-paid the TARP CPP preferred stock investment in June. We also repurchased the TARP common stock warrant in early July. With these actions, our capital ratios are among the strongest in our industry, and we have performed well against the TCE Improvement Plan that we announced on February 5."

Logue continued, "Fee revenue in the second quarter increased 7% from the first quarter. This performance, combined with our continued focus on expense control, resulted in 500 basis points of positive operating leverage compared to the second quarter of 2008 and 110 basis points on a sequential-quarter basis, each on an operating basis. We remain focused on what we can control - servicing our customers, managing our expenses and investing for the future."

SECOND QUARTER 2009 RESULTS VS. YEAR-AGO SECOND QUARTER

Servicing fees are down 19% to $795 million from $977 million in last year`s second quarter. The decrease is attributable primarily to the approximately 38% decline in daily average equity valuations. Total assets under custody and administration are $16.39 trillion at June 30, 2009, down 17%, compared with $19.73 trillion at June 30, 2008. Daily average values for the S&P 500 Index are down 35% from the second quarter of 2008; daily average values for the MSCI® EAFE Index SM are down 41% from the same period.

Investment management fees, generated by State Street Global Advisors, are $193 million, down 31% from $280 million in the year-ago quarter. The decline in management fees is attributable primarily to the approximately 36% decrease in average month-end equity valuations. Total assets under management at June 30, 2009, are $1.56 trillion, down 18%, compared to $1.89 trillion at June 30, 2008.

Trading services revenue, which includes foreign exchange trading revenue and brokerage and other fees, is $310 million for the second quarter of 2009, down 3% from $320 million the second quarter a year-ago. A 16% decrease in foreign exchange revenue is due to lower volumes, partially offset by higher volatility. Brokerage and other fees increased 29% due primarily to improved transition management business.

Securities finance revenue is $201 million in the quarter, down 43% from $352 million in the very strong year-ago second quarter. This significant decline is due primarily to lower volumes, offset partially by slightly higher spreads.

Processing fees and other is $17 million, down 78% from $77 million in the second quarter of 2008. The decline is primarily due to lower revenue from structured products, as well as the consolidation of the ABCP conduits onto our balance sheet. As a result of the consolidation, the fees earned from conduit activities after May 15 are reported as net interest revenue.

Net interest revenue on an operating basis is $611 million, a decrease of 11% from $685 million in the year-ago second quarter. The decline is due primarily to the decrease in customer deposit volumes and spreads, partially offset by $112 million of discount accretion on securities in the investment portfolio recorded following the consolidation of the ABCP conduits.

In the quarter, due to the improving markets, we recorded $26 million in net gains related to investment securities-$90 million from sales of securities, partially offset by $64 million in other-than-temporary impairment. In addition, we recorded a $14 million provision for loan losses in order to provide for expected losses related to the commercial mortgage loans held on our balance sheet that were acquired in the fourth quarter of 2008.

Operating-basis expenses decreased to $1.352 billion, down 25.3% from $1.809 billion a year ago, due primarily to a 34% reduction in salaries and benefits expense due to a lower level of accrual for incentive compensation as well as the benefit of the reduction in force. Other expenses also declined due to measures which we undertook that contributed to a 26% decrease.

The decrease in total expenses also includes lower transaction processing services, down 15% to $146 million from $172 million a year ago, due to lower volumes in the investment servicing business. Occupancy increased 5% to $121 million from $115 million. Other expenses were down 26% or $76 million to $222 million from $298 million due primarily to lower professional fees and lower securities processing costs, partially offset by a special assessment from the FDIC.

The effective tax rate in the second quarter of 2009 is 32.6%, down from 34.0% in the second quarter of 2008. It is expected to be 30.7% for full-year 2009.

SECOND-QUARTER 2009 RESULTS VS. FIRST QUARTER 2009

The GAAP loss per share of $(7.12) in the second quarter of 2009 on revenue of $2.122 billion, compares with earnings per share of $1.02 per share in the first quarter of 2009 on revenue of $2.002 billion. Expenses in the second quarter of 2009 are $1.364 billion, compared with $1.304 billion in the first quarter of 2009. Return on common shareholders` equity is 13.0% in the second quarter of 2009, which excludes the impact of the extraordinary loss, compared to 15.7% in the first quarter of 2009.

The following information is presented on an operating basis. Earnings per common share in the second quarter of 2009 of $1.04 are flat with the first quarter of 2009. Total revenue in the second quarter is $2.153 billion, up 6.2% versus $2.027 billion in the first quarter of 2009. Total expenses for the second quarter of 2009 are $1.352 billion, up 5.1% compared to $1.287 billion in the first quarter of 2009. Return on common shareholders` equity of 17.0% in the second quarter compares with 15.9% in the first quarter.

*       *       *

Servicing fees are $795 million, up 4% from $766 million in the first quarter due primarily to the approximately 12% increase in daily average equity valuations, as well as new business. Management fees are $193 million, up 7% from $181 million primarily due to the greater than 16% increase in the average month-end equity valuations and net new business. Trading services revenue is $310 million, up 27% from $245 million primarily due to strength in brokerage and other fee revenue. Securities finance revenue is $201 million, up 11% from the prior quarter primarily due to higher spreads as well as higher volumes. Processing fees and other revenue declined 65% from $49 million to $17 million due to lower revenue from structured products. In addition, the fees earned from the ABCP conduit activities were reported as net interest revenue after consolidation of the conduits on May 15, 2009. Net interest revenue on an operating basis is $611 million, up 4% from $589 million, due primarily to the effect of $112 million of discount accretion recorded following the consolidation of the conduits, offset partially by the decline in Libor rates and narrower spreads both in the investment portfolio and on customer deposits.

*       *       *

Salaries and employee benefits expense decreased 5% to $696 million from $731 million primarily due to a lower level of 2009 incentive compensation. Information systems and communications increased 3.7% from $161 million to $167 million due to increases in investment servicing. Transaction processing expense is up 11% from $131 million to $146 million due to higher volumes in the asset servicing business. Other expenses are up 55% from $143 million to $222 million due to increases in FDIC fees, including a special assessment, professional fees and securities processing costs.

47.    On August 10, 2009, State Street filed its Quarterly Report with the SEC on Form 10-Q for the 2009 fiscal second quarter.  The Company's Form 10-Q was signed by Defendants Resch and Malerba and reaffirmed the Company's financial results previously announced on July 21,

2009. The Company's Form 10-Q also contained Sarbanes-Oxley required certifications, signed by Defendants Logue and Resch, substantially similar to the certifications contained in ¶26, *supra*.

48.     The statements contained in ¶¶25-48, were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company set up a scheme to substantially mark up foreign currency trades; (2) that such scheme caused State Street's clients to overpay for such trades; (3) that the scheme allowed the Company to reap illegal profits; (4) that, as a result, the Company's financial results were materially inflated; (5) that the Company's financial results were not prepared in accordance with GAAP; and (6) that the Company lacked adequate internal and financial controls.

## Disclosures At The End Of The Class Period

49.     On October 20, 2009, California Attorney General Edmund G. Brown Jr., issued a press release entitled, "Brown Sues State Street Bank for Massive Fraud Against CalPERS and CalSTRS." The press release, in relevant part, stated:

> SACRAMENTO - Seeking to recover more than $200 million in illegal overcharges and penalties, Attorney General Edmund G. Brown Jr. today announced that he has filed suit against State Street Bank and Trust -- one of the world's leading providers of financial services to institutional investors -- for committing "unconscionable fraud" against California's two largest pension funds -- CalPERS and CalSTRS.
>
> The suit, which was unsealed today by a Sacramento Superior Court judge, contends that Boston-based State Street illegally overcharged CalPERS and CalSTRS for the costs of executing foreign currency trades since 2001.
>
> "Over a period of eight years, State Street bankers committed unconscionable fraud by misappropriating millions of dollars that rightfully belonged to California's public pension funds," Brown said. "This is just the latest example of how clever financial traders violate laws and rip off the public trust."
>
> The case was originally filed under seal by whistleblowers - "Associates Against FX Insider Trading," who alleged that State Street added a secret and substantial mark-up to the price of interbank foreign currency trades. The interbank rate is the price at which major banks buy and sell foreign currency.

Subsequently, Brown launched an independent investigation into the allegations.

Brown's investigation revealed that State Street was indeed overcharging the two funds. Despite being contractually obligated to charge the interbank rate at the precise time of the trade, State Street consistently charged at or near the highest rate of the day, even if the interbank rate was lower at the time of trade.

Additionally, State Street concealed the fraud by deliberately failing to include time stamp data in its reports, so that the pension funds could not determine the true execution costs by verifying when State Street actually executed the trades. Commenting on this deception, one State Street senior vice president said to another executive that "…if providing execution costs will give [CalPERS] any insight into how much we make off of FX transactions, I will be shocked if [State Street] or anyone would agree to reveal the information."

Brown's office estimates that the pension funds were overcharged by more than $56.6 million over eight years. The lawsuit asks for relief in the amount of triple California's damages, civil penalties of $10,000 for each false claim; and recovery of costs, attorneys' fees and expenses. It is estimated that damages and penalties could exceed more than $200 million.

Under California's False Claims Act, anyone who has previously undisclosed information about a fraud, overcharge, or other false claim against the state, can file a sealed lawsuit on behalf of California to recover the losses. They must notify the Attorney General as well.

Such a case is called a "qui tam" case. If there is a monetary recovery, the law provides that the whistleblower "qui tam plaintiff" receives a share of the amount recovered if the requirements of the statute are met.

50.    On this news, shares of State Street declined $4.41 per share, or 8.44%, to close on October 20, 2009, at $47.84 per share, on heavy volume.

## CLASS ACTION ALLEGATIONS

51.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased State Street's securities between October 17, 2006 and October 19, 2009, inclusive (the "Class Period") and who were damaged thereby.  Excluded from the Class are Defendants, the officers and directors of the

Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

52.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, State Street's securities were actively traded on New York Stock Exchange ("NYSE").  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Millions of State Street shares were traded publicly during the Class Period on the NYSE and as of October 30, 2009, State Street had 494,665,224 shares of common stock outstanding.  Record owners and other members of the Class may be identified from records maintained by State Street or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

53.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

54.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

55.      Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)     Whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     Whether statements made by Defendants to the investing public during the

Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of State Street; and

> (c)     To what extent the members of the Class have sustained damages and the proper measure of damages.

56.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

57.     The market for State Street's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, State Street's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired State Street's securities relying upon the integrity of the market price of the Company's securities and market information relating to State Street, and have been damaged thereby.

58.     During the Class Period, Defendants materially misled the investing public, thereby inflating the price of State Street's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about State Street's business, operations, and prospects as alleged herein.

59.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about State Street's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

60.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

61.     During the Class Period, Plaintiff and the Class purchased State Street's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors's losses.

## SCIENTER ALLEGATIONS

62.     As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or

disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding State Street, his/her control over, and/or receipt and/or modification of State Street's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning State Street, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
### (FRAUD-ON-THE-MARKET DOCTRINE)

63.     The market for State Street's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, State Street's securities traded at artificially inflated prices during the Class Period.  On January 3, 2008, the price of the Company's common stock reached a Class Period high of $85.37 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of State Street's securities and market information relating to State Street, and have been damaged thereby.

64.     During the Class Period, the artificial inflation of State Street's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about State Street's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of State Street and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially

inflated at all relevant times, and when disclosed, negatively affected the value of the Company

stock. Defendants' materially false and/or misleading statements during the Class Period resulted in

Plaintiff and other members of the Class purchasing the Company's securities at such artificially

inflated prices, and each of them has been damaged as a result.

65.    At all relevant times, the market for State Street's securities was an efficient market

for the following reasons, among others:

(a)    State Street stock met the requirements for listing, and was listed and actively
traded on the NYSE, a highly efficient and automated market;

(b)    As a regulated issuer, State Street filed periodic public reports with the SEC
and the NYSE;

(c)    State Street regularly communicated with public investors *via* established
market communication mechanisms, including through regular dissemination
of press releases on the national circuits of major newswire services and
through other wide-ranging public disclosures, such as communications with
the financial press and other similar reporting services; and

(d)    State Street was followed by securities analysts employed by major
brokerage firms who wrote reports about the Company, and these reports
were distributed to the sales force and certain customers of their respective
brokerage firms. Each of these reports was publicly available and entered the
public marketplace.

66.    As a result of the foregoing, the market for State Street's securities promptly digested

current information regarding State Street from all publicly available sources and reflected such

information in State Street's stock price. Under these circumstances, all purchasers of State Street's

securities during the Class Period suffered similar injury through their purchase of State Street's securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

67.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of State Street who knew that the statement was false when made.

### FIRST CLAIM
### Violation of Section 10(b) of
### The Exchange Act and Rule 10b-5
### Promulgated Thereunder Against All Defendants

68.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

69.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public,

including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase State Street's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

70. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for State Street's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

71. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about State Street's financial well-being and prospects, as specified herein.

72. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of State Street's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about State Street and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly

herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

73. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

74. The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing State Street's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by

deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

75.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of State Street's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired State Street's securities during the Class Period at artificially high prices and were damaged thereby.

76.    At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that State Street was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their State Street securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

77.    By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

78.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of
### The Exchange Act Against the Individual Defendants

79.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

80.     The Individual Defendants acted as controlling persons of State Street within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

81.     In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

82.     As set forth above, State Street and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.  By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the

Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.


DATED:  December 18, 2009          **LAW OFFICE OF PETER A. LAGORIO**


/s/ Peter A. Lagorio
Peter A. Lagorio (BBO#567379)
Lynda Carey Paris (BBO#651108)
63 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 367-4200
Facsimile: (617) 227-3384

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Richard A. Maniskas
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

***Attorneys for Plaintiff Timothy W. Hill***