**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TIMOTHY W. HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, RONALD E. LOGUE, EDWARD J. RESCH, PAMELA D. GORMLEY, AND JAMES J. MALERBA,<br><br>        Defendants. | No. 1:09-cv-12146-NG<br><br>**ECF CASE** |
| MARILYN DEMORY, on behalf of herself and all similarly situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, RONALD E. LOGUE, EDWARD J. RESCH, PAMELA D. GORMLEY, JAMES J. MALERBA, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, LEHMAN BROTHERS INC., UBS SECURITIES LLC, TENLEY E. ALBRIGHT, KENNETT F. BURNES, TRUMAN S. CASNER, PETER COYM, NADER F. DAREHSHORI, AMEILIA C. FAWCETT, ARTHUR L. GOLDSTEIN, DAVID P. GRUBER, LINDA A. HILL, CHARLES R. LAMANTIA, MAUREEN J. MISKOVIC, RICHARD P. SERGEL, RONALD L. SKATES, GREGORY L. SUMME, DIANA CHAPMAN WALSH, ROBERT E. WEISSMAN, and ERNST & YOUNG LLP,<br><br>        Defendants. | No. 1:10-cv-10064-NG<br><br>**ECF CASE** |

**MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND <u>CONSOLIDATION OF ALL RELATED ACTIONS</u>**

The Public Employees' Retirement System of Mississippi ("MPERS") and Union Asset Management Holding AG ("Union"), by their counsel, hereby respectfully move this Court for an Order: (i) appointing MPERS and Union as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP and Motley Rice LLC to serve as Lead Counsel for the Class, and Berman DeValerio to serve as Liaison Counsel; and (iii) consolidating all related actions.

In support of this Motion, MPERS and Union respectfully submit herewith a Memorandum of Law, the Declaration of Gerald H. Silk, and a Proposed Order.

Dated: February 17, 2010               Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Jeffrey C. Block
Jeffrey C. Block (BBO #600747)
Leslie R. Stern (BBO # 631201)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: jblock@bermandevalerio.com

*Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
Michael D. Blatchley
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for the Public Employees' Retirement System of Mississippi and Proposed Lead Counsel for the Class*

**MOTLEY RICE LLC**
James M. Hughes
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
Fax:  (843) 219-9440
Email:  jhughes@motleyrice.com

William H. Narwold
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1676
Fax:  (860) 882-1682
Email:  bnarwold@motleyrice.com

*Counsel for Union Asset Management Holding AG
and Proposed Lead Counsel for the Class*

CERTIFICATE OF SERVICE

      I, Jeffrey C. Block, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 17, 2010.

Dated: February 17, 2010                /s/ Jeffrey C. Block
                                              Jeffrey C. Block (BBO 600747)