# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), certifies as follows:

1. Plaintiff has reviewed the Complaint, authorized the filing of a similar complaint, and has retained Abraham Fruchter & Twersky, LLP to seek its appointment as lead plaintiff and pursue this securities class action on its behalf and on behalf of the proposed class.

2. Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Plaintiff's transactions in State Street Corporation ("STT") securities during the proposed class period (between October 17, 2006 and October 19, 2009) are attached as Exhibit A.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve as a representative party on behalf of a class in the following actions filed under the federal securities laws: *Minneapolis Firefighters' Relief Assoc. v. Medtronic, Inc.*, Case. No. 08-6324 (D. Minn.); *In re Societe Generale Sec. Litig.*, Case No. 08-2495 (S.D.N.Y.); *In re Smith & Wesson Holding Corp. Sec. Litig.*, Case No. 07-30238 (D. Mass.); *Stocke v. Shuffle Master, Inc.*, Case No. 2:07-00715 (D. Nev.); *In re Sunrise Senior Living Inc. Sec. Litig.*, Case No. 07-102 (D.D.C.); and *City of Roseville Employees' Retirement System v. Textron, Inc. et. al.*, Case No. 09-CV-00367-ML-LDA (D.R.I.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification on behalf of Oklahoma Firefighters Pension and Retirement System and declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2010, at Oklahoma City, Oklahoma.

On Behalf Of Oklahoma Firefighters Pension and Retirement System

_____
Robert Jones, Executive Director

**EXHIBIT A: CLASS PERIOD TRANSACTIONS IN STATE STREET CORPORATION**

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

**Class Period:**
**Total Buys**  43100
**Total Sells**  (44100)

| Date | Transaction | Qty | Price | Total |
|---|---|---|---|---|
| 11/28/2006 | SELL | (1200) | $ 62.49 | $ (74,987.52) |
| 12/22/2006 | SELL | (1200) | $ 67.40 | $ (80,879.52) |
| 1/12/2007 | SELL | (1000) | $ 70.72 | $ (70,715.00) |
| 2/16/2007 | SELL | (700) | $ 70.07 | $ (49,045.85) |
| 3/7/2007 | SELL | (700) | $ 65.60 | $ (45,922.87) |
| 4/11/2007 | SELL | (1200) | $ 66.41 | $ (79,686.60) |
| 5/7/2007 | SELL | (500) | $ 69.70 | $ (34,850.95) |
| 6/1/2007 | SELL | (600) | $ 68.08 | $ (40,848.66) |
| 6/19/2007 | SELL | (700) | $ 70.31 | $ (49,217.35) |
| 7/9/2007 | SELL | (700) | $ 69.28 | $ (48,494.32) |
| 7/25/2007 | SELL | (600) | $ 68.39 | $ (41,035.68) |
| 8/10/2007 | SELL | (700) | $ 67.66 | $ (47,364.66) |
| 9/14/2007 | SELL | (600) | $ 63.78 | $ (38,267.76) |
| 9/24/2007 | SELL | (300) | $ 67.23 | $ (20,168.73) |
| 1/25/2008 | BUY | 17800 | $ 80.95 | $ 1,440,910.00 |
| 2/11/2008 | BUY | 10900 | $ 83.78 | $ 913,191.10 |
| 4/22/2008 | SELL | (13400) | $ 65.99 | $ (884,299.50) |
| 4/23/2008 | SELL | (15300) | $ 66.25 | $ (1,013,652.54) |
| 5/9/2008 | BUY | 600 | $ 72.77 | $ 43,661.22 |
| 5/28/2008 | BUY | 900 | $ 70.80 | $ 63,723.96 |
| 6/23/2008 | BUY | 600 | $ 66.64 | $ 39,982.92 |
| 7/1/2008 | BUY | 600 | $ 62.16 | $ 37,297.14 |
| 7/29/2008 | BUY | 400 | $ 71.04 | $ 28,415.88 |
| 8/14/2008 | BUY | 700 | $ 68.03 | $ 47,620.86 |
| 9/2/2008 | BUY | 400 | $ 69.02 | $ 27,606.88 |
| 10/7/2008 | BUY | 1400 | $ 43.88 | $ 61,434.52 |
| 11/26/2008 | SELL | (700) | $ 39.03 | $ (27,319.67) |
| 1/7/2009 | SELL | (2300) | $ 44.56 | $ (102,493.98) |
| 4/3/2009 | SELL | (1700) | $ 31.47 | $ (53,496.79) |
| 4/22/2009 | BUY | 700 | $ 35.77 | $ 25,035.85 |
| 5/8/2009 | BUY | 700 | $ 40.89 | $ 28,622.44 |
| 7/17/2009 | BUY | 3200 | $ 47.94 | $ 153,404.16 |
| 8/28/2009 | BUY | 2100 | $ 53.23 | $ 111,774.39 |
| 9/16/2009 | BUY | 1100 | $ 54.01 | $ 59,410.89 |
| 9/24/2009 | BUY | 1000 | $ 50.56 | $ 50,560.90 |



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Government of Puerto Rico Teachers Retirement System ("Plaintiff"), certifies as follows:

1. Plaintiff has reviewed the Complaints filed in this matter and has authorized the filing of a similar complaint.

2. Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Plaintiff's transactions in State Street Corporation ("STT") securities during the proposed class period (between October 17, 2006 and October 19, 2009) are attached as Exhibit A.

5. Plaintiff has not sought to serve as a representative party on behalf of a class in any actions filed under the federal securities laws during the three years prior to the date of this Certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification on behalf of Government of Puerto Rico Teachers Retirement System and declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2010, at San Juan, Puerto Rico.

On Behalf Of Government of Puerto Rico Teachers Retirement System

_____
Hector Mayol-Kauffmann, Executive Director

| EXHIBIT A: GOVERNMENT OF PUERTO RICO TEACHERS RETIREMENT SYSTEM CLASS PERIOD TRANSACTIONS IN STATE STREET CORPORATION | | | | |
|---|---|---|---|---|
| Date | Transaction | Qty | Price | |
| 1/10/2008 | BUY | 10700 | $ | 81.54 |
| 1/11/2008 | BUY | 6700 | $ | 83.16 |
| 10/8/2008 | BUY | 9550 | $ | 41.03 |
| 3/10/2009 | SELL | 17350 | $ | 19.64 |
| 6/3/2009 | BUY | 7500 | $ | 46.04 |
| 8/14/2009 | SELL | 1800 | $ | 51.71 |
| 9/9/2009 | SELL | 12350 | $ | 52.37 |



Commonwealth of Puerto Rico
Puerto Rico Government and Judiciary Retirement
Employees' Systems Administration
PO Box 42003- Minillas Station
San Juan, Puerto Rico 00940

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Puerto Rico Government and Judiciary Retirement Employees' Systems Administration ("Plaintiff"), certifies as follows:

1. Plaintiff has reviewed the Complaints filed in this matter and has authorized the filing of a similar complaint.

2. Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Plaintiff's transactions in State Street Corporation ("STT") securities during the proposed class period (between October 17, 2006 and October 19, 2009) are attached as Exhibit A.

5. Other than in the cases listed below, Plaintiff has not sought to serve as a representative party on behalf of a class in any actions filed under the federal securities laws during the three years prior to the date of this Certification: *In re Maxim Integrated Products, Inc. Securities Litigation*, Case No. 08-cv-832 (N.D.C.A.); and *In re Force Protection Inc. Securities Litigation*, Case No. 08-cv-845 (D.S.C.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification on behalf of Puerto Rico Government and Judiciary Retirement Employees' Systems Administration and declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2010, at San Juan, Puerto Rico.

On Behalf Of Puerto Rico Government and Judiciary Retirement Employees' Systems Administration

Hector Mayol-Kauffmann, Administrator

**EXHIBIT A: CLASS PERIOD TRANSACTIONS IN STATE STREET CORPORATION**
**PUERTO RICO GOVERNMENT AND JUDICIARY RETIREMENT EMPLOYEES' SYSTEMS ADMINISTRATION**

| Date | Transaction | Qty | Price |
|---|---|---|---|
| 1/16/2007 | SELL | 1900 | $ 71.01 |
| 1/16/2007 | SELL | 2700 | $ 70.96 |
| 1/16/2007 | SELL | 200 | $ 70.98 |
| 1/16/2007 | SELL | 100 | $ 71.01 |
| 1/16/2007 | SELL | 100 | $ 70.96 |
| 1/17/2007 | SELL | 1700 | $ 71.88 |
| 1/17/2007 | SELL | 1000 | $ 71.22 |
| 1/17/2007 | SELL | 75 | $ 71.88 |
| 1/17/2007 | SELL | 100 | $ 71.22 |
| 7/16/2007 | BUY | 600 | $ 69.99 |
| 7/16/2007 | BUY | 2600 | $ 70.25 |
| 7/16/2007 | BUY | 100 | $ 70.25 |
| 10/22/2007 | BUY | 2000 | $ 74.44 |
| 10/22/2007 | BUY | 150 | $ 74.44 |
| 2/4/2008 | BUY | 20000 | $ 82.84 |
| 2/5/2008 | BUY | 7000 | $ 81.52 |
| 2/7/2008 | BUY | 1900 | $ 82.01 |
| 2/8/2008 | BUY | 2000 | $ 82.47 |
| 2/22/2008 | BUY | 2500 | $ 79.75 |
| 2/26/2008 | BUY | 5500 | $ 82.54 |
| 3/6/2008 | BUY | 3200 | $ 78.39 |
| 3/6/2008 | SELL | 1700 | $ 77.13 |
| 3/24/2008 | SELL | 6800 | $ 84.01 |
| 3/25/2008 | SELL | 200 | $ 84.23 |
| 4/10/2008 | SELL | 1300 | $ 79.36 |
| 4/10/2008 | SELL | 150 | $ 79.36 |
| 4/14/2008 | SELL | 1400 | $ 78.66 |
| 5/7/2008 | BUY | 4000 | $ 75.92 |
| 5/15/2008 | SELL | 770 | $ 74.44 |
| 5/16/2008 | SELL | 3090 | $ 72.84 |
| 5/19/2008 | SELL | 2600 | $ 73.93 |
| 6/5/2008 | BUY | 100 | $ 70.83 |
| 6/6/2008 | BUY | 3659 | $ 69.66 |
| 6/10/2008 | SELL | 4660 | $ 68.21 |
| 6/10/2008 | BUY | 1029 | $ 68.29 |
| 6/11/2008 | BUY | 318 | $ 68.78 |
| 6/17/2008 | BUY | 670 | $ 68.17 |
| 6/18/2008 | BUY | 755 | $ 67.00 |
| 6/19/2008 | BUY | 459 | $ 67.06 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 7/1/2008 | BUY | 670 | $ 62.60 |
| 7/7/2008 | SELL | 3800 | $ 59.24 |
| 7/22/2008 | BUY | 4174 | $ 71.52 |
| 8/27/2008 | SELL | 1300 | $ 66.23 |
| 8/28/2008 | SELL | 3600 | $ 67.32 |
| 9/4/2008 | SELL | 1300 | $ 67.01 |
| 9/4/2008 | SELL | 1100 | $ 67.31 |
| 9/4/2008 | SELL | 300 | $ 67.31 |
| 9/4/2008 | SELL | 50 | $ 67.01 |
| 9/8/2008 | SELL | 1400 | $ 71.28 |
| 9/8/2008 | SELL | 75 | $ 71.28 |
| 9/9/2008 | SELL | 1300 | $ 72.07 |
| 9/9/2008 | SELL | 100 | $ 72.07 |
| 9/10/2008 | SELL | 1200 | $ 70.82 |
| 9/10/2008 | BUY | 100 | $ 69.92 |
| 9/10/2008 | SELL | 50 | $ 70.82 |
| 9/11/2008 | SELL | 1000 | $ 70.09 |
| 9/11/2008 | SELL | 50 | $ 70.09 |
| 9/12/2008 | SELL | 300 | $ 71.19 |
| 9/18/2008 | SELL | 1580 | $ 50.80 |
| 9/18/2008 | SELL | 2337 | $ 45.46 |
| 9/25/2008 | BUY | 4000 | $ 56.40 |
| 9/25/2008 | BUY | 275 | $ 56.40 |
| 9/29/2008 | SELL | 1958 | $ 46.66 |
| 10/2/2008 | SELL | 910 | $ 52.24 |
| 10/2/2008 | SELL | 5405 | $ 52.74 |
| 10/3/2008 | SELL | 3485 | $ 49.58 |
| 10/6/2008 | SELL | 808 | $ 41.99 |
| 10/6/2008 | SELL | 2539 | $ 40.55 |
| 10/7/2008 | SELL | 1100 | $ 42.00 |
| 10/7/2008 | SELL | 4092 | $ 43.12 |
| 11/6/2008 | SELL | 7500 | $ 43.24 |
| 12/4/2008 | SELL | 1300 | $ 38.66 |
| 1/2/2009 | BUY | 1600 | $ 40.44 |
| 1/5/2009 | BUY | 1400 | $ 42.27 |
| 1/5/2009 | BUY | 100 | $ 42.27 |
| 1/20/2009 | SELL | 1300 | $ 18.02 |
| 1/20/2009 | SELL | 5900 | $ 17.75 |
| 1/20/2009 | SELL | 9700 | $ 17.50 |
| 1/20/2009 | SELL | 1075 | $ 17.50 |
| 1/27/2009 | BUY | 600 | $ 20.43 |
| 2/25/2009 | BUY | 3900 | $ 25.74 |
| 3/24/2009 | BUY | 1200 | $ 29.43 |
| 3/26/2009 | SELL | 2000 | $ 30.15 |
| 4/9/2009 | SELL | 1500 | $ 35.97 |
| 4/9/2009 | SELL | 600 | $ 36.22 |
| 5/27/2009 | SELL | 6700 | $ 44.35 |
| 6/23/2009 | SELL | 400 | $ 44.40 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The West Palm Beach Police Pension Fund ("Plaintiff"), certifies as follows:

1. Plaintiff has reviewed the Complaint, authorized the filing of a similar complaint, and has retained Abraham, Fruchter & Twersky, LLP to seek its appointment as lead plaintiff and to pursue the securities class action on its behalf and on behalf of the proposed class.

2. Plaintiff did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Plaintiff's transactions in State Street Corporation ("STT") securities during the proposed class period (between October 17, 2006 and October 19, 2009) is attached as Exhibit A.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve as a representative party on behalf of a class in the following actions filed under the federal securities Laws: *West Palm Beach Police Pension Fund v. Collins Capital Low Volatility Performance Fund II, Ltd., Collins Capital Low Volatility Performance Fund II, LP, and Collins Capital Investments, LLC*, CASE NO. 09-80846-CIV-MARRA/JOHNSON, US District Court, Southern District of Florida.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification on behalf of the West Palm Beach Police Pension Fund and declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of February, 2010, at West Palm Beach, Florida.

On Behalf Of West Palm Beach Police Pension Fund

_____
Edward Mitchell, Chairman

| EXHIBIT A: CLASS PERIOD TRANSACTIONS IN STATE STREET CORPORATION | | | | |
|---|---|---|---|---|
| WEST PALM BEACH POLICE PENSION FUND | | | | |
| Class Period | | | | |
| Date | Transaction | Qty | Price | |
| 12/29/2006 | SELL | 200 | $ | 67.62 |
| 12/17/2007 | SELL | 710 | $ | 78.09 |
| 1/10/2007 | SELL | 200 | $ | 69.14 |
| 1/29/2007 | SELL | 100 | $ | 69.62 |
| 2/6/2007 | SELL | 100 | $ | 68.15 |
| 2/14/2007 | SELL | 200 | $ | 70.01 |
| 2/23/2007 | SELL | 100 | $ | 69.08 |
| 3/5/2007 | SELL | 100 | $ | 65.05 |
| 3/13/2007 | SELL | 200 | $ | 63.10 |
| 3/21/2007 | SELL | 100 | $ | 63.64 |
| 3/29/2007 | SELL | 200 | $ | 65.04 |
| 4/9/2007 | SELL | 100 | $ | 66.99 |
| 5/11/2007 | SELL | 100 | $ | 68.29 |
| 6/25/2007 | SELL | 100 | $ | 68.67 |
| 11/12/2007 | BUY | 800 | $ | 75.98 |
| 11/12/2007 | BUY | 4300 | $ | 66.71 |
| 2/20/2008 | BUY | 100 | $ | 63.32 |
| 5/7/2008 | BUY | 100 | $ | 74.99 |
| 9/3/2008 | BUY | 100 | $ | 67.78 |
| 9/29/2008 | BUY | 200 | $ | 51.89 |
| 1/8/2009 | SELL | 500 | $ | 42.01 |
| 1/16/2009 | SELL | 100 | $ | 38.98 |
| 4/6/2009 | SELL | 300 | $ | 31.30 |
| 4/23/2009 | BUY | 100 | $ | 32.07 |
| 6/15/2009 | BUY | 300 | $ | 47.68 |
| 9/30/2009 | BUY | 300 | $ | 52.62 |