# EXHIBIT C

Case 1:09-cv-12146-NG   Document 7-4   Filed 02/17/2010   Page 1 of 9

# EXHIBIT C
# FIFO LOSS CALCULATIONS

## I. OKLAHOMA FIREFIGHTERS PENSION FUND
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
| Oklahoma Firefighters Pension Fund | 1/25/2008 | 17800 | $ 80.95 | $ 1,440,910.00 | 11/28/2006 | 1200 | $ 62.49 | Zeroed Out | Zeroed Out* |
| Oklahoma Firefighters Pension Fund | 2/11/2008 | 10900 | $ 83.78 | $ 913,191.10 | 12/22/2006 | 1200 | $ 67.40 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 5/9/2008 | 600 | $ 72.77 | $ 43,661.22 | 1/12/2007 | 1000 | $ 70.72 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 5/28/2008 | 900 | $ 70.80 | $ 63,723.96 | 2/16/2007 | 700 | $ 70.07 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 6/23/2008 | 600 | $ 66.64 | $ 39,982.92 | 3/7/2007 | 700 | $ 65.60 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 7/1/2008 | 600 | $ 62.16 | $ 37,297.14 | 4/11/2007 | 1200 | $ 66.41 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 7/29/2008 | 400 | $ 71.04 | $ 28,415.88 | 5/7/2007 | 500 | $ 69.70 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 8/14/2008 | 700 | $ 68.03 | $ 47,620.86 | 6/1/2007 | 600 | $ 68.08 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 9/2/2008 | 400 | $ 69.02 | $ 27,606.88 | 6/19/2007 | 700 | $ 70.31 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 10/7/2008 | 1400 | $ 43.88 | $ 61,434.52 | 7/9/2007 | 700 | $ 69.28 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 4/22/2009 | 700 | $ 35.77 | $ 25,035.85 | 7/25/2007 | 600 | $ 68.39 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 5/8/2009 | 700 | $ 40.89 | $ 28,622.44 | 8/10/2007 | 700 | $ 67.66 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 7/17/2009 | 3200 | $ 47.94 | $ 153,404.16 | 9/14/2007 | 600 | $ 63.78 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 8/28/2009 | 2100 | $ 53.23 | $ 111,774.39 | 9/24/2007 | 300 | $ 67.23 | Zeroed Out | Zeroed Out |
| Oklahoma Firefighters Pension Fund | 9/16/2009 | 1100 | $ 54.01 | $ 59,410.89 | 4/22/2008 | 13400 | $ 65.99 | $ 884,299.50 | $ (200,430.50) |
| Oklahoma Firefighters Pension Fund | 9/24/2009 | 1000 | $ 50.56 | $ 50,560.90 | 4/23/2008 | 15300 | $ 66.25 | $ 1,013,652.54 | $ (255,718.56) |
| Oklahoma Firefighters Pension Fund | | | | | 11/26/2008 | 700 | $ 39.03 | $ 27,319.67 | $ (23,421.99) |
| Oklahoma Firefighters Pension Fund | | | | | 1/7/2009 | 2300 | $ 44.56 | $ 102,493.98 | $ (52,741.51) |
| Oklahoma Firefighters Pension Fund | | | | | 4/3/2009 | 1700 | $ 31.47 | $ 53,496.79 | $ (50,775.82) |
| Oklahoma Firefighters Pension Fund | | | | | Held | 1200** | $ 42.62 | $ 51,146.76 | $ (10,216.12) |
| Oklahoma Firefighters Pension Fund | | | | | Held | 8500*** | $ 42.70 | $ 362,921.10 | $ (44,018.27) |
| TOTAL | | 43100 | | $ 3,132,653.11 | | 53800 | | $ 2,495,330.34 | $ (637,322.77) |

*"Zeroed Out" transactions are those that have been paired up with pre-class holdings and zeroed out
**Share Price is average closing share price from 10/20/2009 to 1/11/2010, the date on which 1200 shares were sold within the 90 days following the end of the class period
***Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010

## II. GOVERNMENT OF PUERTO RICO TEACHERS RETIREMENT SYSTEM ("Puerto Rico Teachers")
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
| Puerto Rico Teachers | 1/10/2008 | 10700 | $ 81.54 | $ 872,478.00 | 3/10/2009 | 17350 | $ 19.64 | $ 340,754.00 | $ (1,084,738.00) |

III. PUERTO RICO GOVERNMENT AND JUDICIARY RETIREMENT EMPLOYEES' SYSTEMS ADMINISTRATION ("Puerto Rico Government and Judiciary")

Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
| Puerto Rico Government and Judiciary | 7/16/2007 | 600 | $ 69.99 | $ 41,994.00 | 1/16/2007 | 1900 | $ 71.01 | $ 134,919.00 | Zeroed Out* |
| Puerto Rico Government and Judiciary | 7/16/2007 | 2600 | $ 70.25 | $ 182,650.00 | 1/16/2007 | 2700 | $ 70.96 | $ 191,592.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 7/16/2007 | 100 | $ 70.25 | $ 7,025.00 | 1/16/2007 | 200 | $ 70.98 | $ 14,196.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 10/22/2007 | 2000 | $ 74.44 | $ 148,880.00 | 1/16/2007 | 100 | $ 71.01 | $ 7,101.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 10/22/2007 | 150 | $ 74.44 | $ 11,166.00 | 1/16/2007 | 100 | $ 70.96 | $ 7,096.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/4/2008 | 20000 | $ 82.84 | $ 1,656,800.00 | 1/17/2007 | 1700 | $ 71.88 | $ 122,196.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/5/2008 | 7000 | $ 81.52 | $ 570,640.00 | 1/17/2007 | 1000 | $ 71.22 | $ 71,220.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/7/2008 | 1900 | $ 82.01 | $ 155,819.00 | 1/17/2007 | 75 | $ 71.88 | $ 5,391.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/8/2008 | 2000 | $ 82.47 | $ 164,940.00 | 1/17/2007 | 100 | $ 71.22 | $ 7,122.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/22/2008 | 2500 | $ 79.75 | $ 199,375.00 | 3/6/2008 | 1700 | $ 77.13 | $ 131,121.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 2/26/2008 | 5500 | $ 82.54 | $ 453,970.00 | 3/24/2008 | 6800 | $ 84.01 | $ 571,268.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 3/6/2008 | 3200 | $ 78.39 | $ 250,848.00 | 3/25/2008 | 200 | $ 84.23 | $ 16,846.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 5/7/2008 | 4000 | $ 75.92 | $ 303,680.00 | 4/10/2008 | 1300 | $ 79.36 | $ 103,168.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/5/2008 | 100 | $ 70.83 | $ 7,083.00 | 4/10/2008 | 150 | $ 79.36 | $ 11,904.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/6/2008 | 3659 | $ 69.66 | $ 254,885.94 | 4/14/2008 | 1400 | $ 78.66 | $ 110,124.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/10/2008 | 1029 | $ 68.29 | $ 70,270.41 | 5/15/2008 | 770 | $ 74.44 | $ 57,318.80 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/11/2008 | 318 | $ 68.78 | $ 21,872.04 | 5/16/2008 | 3090 | $ 72.84 | $ 225,075.60 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/17/2008 | 670 | $ 68.17 | $ 45,673.90 | 5/19/2008 | 2600 | $ 73.93 | $ 192,218.00 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/18/2008 | 755 | $ 67.00 | $ 50,585.00 | 6/10/2008 | 4660 | $ 68.21 | $ 317,858.60 | Zeroed Out |
| Puerto Rico Government and Judiciary | 6/19/2008 | 459 | $ 67.06 | $ 30,780.54 | 7/7/2008 | 2555** | $ 59.24 | $ 151,358.20 | Zeroed Out |
| Puerto Rico Government and Judiciary | 7/1/2008 | 670 | $ 62.60 | $ 41,942.00 | 7/7/2008 | 1245 | $ 59.24 | $ 73,753.80 | $ (13,551.45) |
| Puerto Rico Government and Judiciary | 7/22/2008 | 4174 | $ 71.52 | $ 298,524.48 | 8/27/2008 | 1300 | $ 66.23 | $ 86,099.00 | $ (5,226.00) |
| Puerto Rico Government and Judiciary | 9/10/2008 | 100 | $ 69.92 | $ 6,992.00 | 8/28/2008 | 3600 | $ 67.32 | $ 242,352.00 | $ (28,306.55) |
| Puerto Rico Government and Judiciary | 9/25/2008 | 4000 | $ 56.40 | $ 225,600.00 | 9/4/2008 | 1300 | $ 67.01 | $ 87,113.00 | $ (20,579.00) |
| Puerto Rico Government and Judiciary | 9/25/2008 | 275 | $ 56.40 | $ 15,510.00 | 9/4/2008 | 1100 | $ 67.31 | $ 74,041.00 | $ (17,083.00) |
| Puerto Rico Government and Judiciary | 1/2/2009 | 1600 | $ 40.44 | $ 64,709.12 | 9/4/2008 | 300 | $ 67.31 | $ 20,193.00 | $ (4,659.00) |
| Puerto Rico Government and Judiciary | 1/5/2009 | 1400 | $ 42.27 | $ 59,174.78 | 9/4/2008 | 50 | $ 67.01 | $ 3,350.50 | $ (791.50) |
| Puerto Rico Government and Judiciary | 1/5/2009 | 100 | $ 42.27 | $ 4,226.77 | 9/8/2008 | 1400 | $ 71.28 | $ 99,792.00 | $ (16,184.00) |
| Puerto Rico Government and Judiciary | 1/27/2009 | 600 | $ 20.43 | $ 12,258.00 | 9/8/2008 | 75 | $ 71.28 | $ 5,346.00 | $ (867.00) |
| Puerto Rico Government and Judiciary | 2/25/2009 | 3900 | $ 25.74 | $ 100,372.35 | 9/9/2008 | 1300 | $ 72.07 | $ 93,691.00 | $ (14,001.00) |
| Puerto Rico Government and Judiciary | 3/24/2009 | 1200 | $ 29.43 | $ 35,316.00 | 9/9/2008 | 100 | $ 72.07 | $ 7,207.00 | $ (1,077.00) |
| Puerto Rico Government and Judiciary | | | | | 9/10/2008 | 1200 | $ 70.82 | $ 84,984.00 | $ (14,424.00) |
| Puerto Rico Government and Judiciary | | | | | 9/10/2008 | 50 | $ 70.82 | $ 3,541.00 | $ (601.00) |
| Puerto Rico Government and Judiciary | | | | | 9/11/2008 | 1000 | $ 70.09 | $ 70,090.00 | $ (12,750.00) |
| Puerto Rico Teachers | 1/11/2008 | 6700 | $ 83.16 | $ 557,172.00 | 8/14/2009 | 1800 | $ 51.71 | $ 93,078.00 | $ 17,117.50 |
| Puerto Rico Teachers | 10/8/2008 | 9550 | $ 41.03 | $ 391,836.50 | 9/9/2009 | 12350 | $ 52.37 | $ 646,769.50 | $ 117,253.50 |
| Puerto Rico Teachers | 6/3/2009 | 7500 | $ 46.04 | $ 345,300.00 | Held | 2950* | $ 42.70 | $ 125,954.97 | $ (9,863.03) |
| TOTAL | | 34450 | | $ 2,166,786.50 | | 34450 | | $ 1,206,556.47 | $ (960,230.03) |

*Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010

## PURCHASES

| Name | Date | Shares Purchased | Share Price | Total Cost |
|---|---|---|---|---|

## SALES/HOLDINGS

| Name | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
|---|---|---|---|---|---|
| Puerto Rico Government and Judiciary | 9/11/2008 | 50 | $ 70.09 | $ 3,504.50 | $ (637.50) |
| Puerto Rico Government and Judiciary | 9/12/2008 | 300 | $ 71.19 | $ 21,357.00 | $ (3,495.00) |
| Puerto Rico Government and Judiciary | 9/18/2008 | 1580 | $ 50.80 | $ 80,264.00 | $ (50,623.20) |
| Puerto Rico Government and Judiciary | 9/18/2008 | 2337 | $ 45.46 | $ 106,240.02 | $ (87,357.06) |
| Puerto Rico Government and Judiciary | 9/29/2008 | 1958 | $ 46.66 | $ 91,360.28 | $ (70,840.44) |
| Puerto Rico Government and Judiciary | 10/2/2008 | 910 | $ 52.24 | $ 47,538.40 | $ (27,846.00) |
| Puerto Rico Government and Judiciary | 10/2/2008 | 5405 | $ 52.74 | $ 285,059.70 | $ (161,225.30) |
| Puerto Rico Government and Judiciary | 10/3/2008 | 3485 | $ 49.58 | $ 172,786.30 | $ (111,310.90) |
| Puerto Rico Government and Judiciary | 10/6/2008 | 808 | $ 41.99 | $ 33,927.92 | $ (31,940.24) |
| Puerto Rico Government and Judiciary | 10/6/2008 | 2539 | $ 40.55 | $ 102,956.45 | $ (104,484.41) |
| Puerto Rico Government and Judiciary | 10/7/2008 | 1100 | $ 42.00 | $ 46,200.00 | $ (44,076.32) |
| Puerto Rico Government and Judiciary | 10/7/2008 | 4092 | $ 43.12 | $ 176,447.04 | $ (154,943.72) |
| Puerto Rico Government and Judiciary | 11/6/2008 | 7500 | $ 43.24 | $ 324,300.00 | $ (286,811.76) |
| Puerto Rico Government and Judiciary | 12/4/2008 | 1300 | $ 38.66 | $ 50,258.00 | $ (51,649.00) |
| Puerto Rico Government and Judiciary | 1/20/2009 | 1300 | $ 18.02 | $ 23,427.82 | $ (75,678.20) |
| Puerto Rico Government and Judiciary | 1/20/2009 | 5900 | $ 17.75 | $ 104,712.02 | $ (324,340.14) |
| Puerto Rico Government and Judiciary | 1/20/2009 | 9700 | $ 17.50 | $ 169,789.77 | $ (492,474.10) |
| Puerto Rico Government and Judiciary | 1/20/2009 | 1075 | $ 17.50 | $ 18,816.91 | $ (41,813.09) |
| Puerto Rico Government and Judiciary | 3/26/2009 | 2000 | $ 30.15 | $ 60,304.80 | $ (52,495.20) |
| Puerto Rico Government and Judiciary | 4/9/2009 | 1500 | $ 35.97 | $ 53,952.00 | $ (13,095.52) |
| Puerto Rico Government and Judiciary | 4/9/2009 | 600 | $ 36.22 | $ 21,734.46 | $ (2,713.91) |
| Puerto Rico Government and Judiciary | 5/27/2009 | 6700 | $ 44.35 | $ 297,145.00 | $ 101,795.87 |
| Puerto Rico Government and Judiciary | 6/23/2009 | 400 | $ 44.40 | $ 17,760.00 | $ 5,988.00 |
| Puerto Rico Government and Judiciary | Held | 0 | $ - | | |
| TOTAL | | 76659 | | 109659 | $ 5,493,563.33 | $ 3,261,395.69 | $ (2,232,167.64) |

*"Zeroed Out" transactions are those that have been paired up with pre-class holdings and zeroed out
**The sales of 2555 and 1245 shares on 7/7/08 represent one actual sale of 3800 total shares on that date, 2555 of which were zeroed out

## IV. WEST PALM BEACH POLICE PENSION FUND
Class Period: 10/17/2006 to 10/19/2009

### PURCHASES

| Name | Date | Shares Purchased | Share Price | Total Cost |
|---|---|---|---|---|

### SALES/HOLDINGS

| Name | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
|---|---|---|---|---|---|
| West Palm Beach Police Pension Fund | 11/12/2007 | | | 12/29/2006 | 200 | $ 67.62 | $ 13,524.00 | Zeroed Out* |
| West Palm Beach Police Pension Fund | 11/12/2007 | 800 | $ 75.98 | $ 60,785.36 | 12/17/2007 | 710 | $ 78.09 | $ 55,443.90 | Zeroed Out |
| West Palm Beach Police Pension Fund | 2/20/2008 | 4300 | $ 66.71 | $ 286,852.57 | 1/10/2007 | 200 | $ 69.14 | $ 13,828.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 5/7/2008 | 100 | $ 63.32 | $ 6,332.14 | 1/29/2007 | 100 | $ 69.62 | $ 6,962.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 9/3/2008 | 100 | $ 74.99 | $ 7,498.97 | 2/6/2007 | 100 | $ 68.15 | $ 6,815.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 9/29/2008 | 100 | $ 67.78 | $ 6,778.19 | 2/14/2007 | 200 | $ 70.01 | $ 14,002.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 4/23/2009 | 200 | $ 51.89 | $ 10,377.32 | 2/23/2007 | 100 | $ 69.08 | $ 6,908.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 4/23/2009 | 100 | $ 32.07 | $ 3,207.13 | 3/5/2007 | 100 | $ 65.05 | $ 6,505.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 6/15/2009 | 300 | $ 47.68 | $ 14,304.93 | | | | | |

| Fund | Date | Shares | Price | Amount | Status |
|---|---|---|---|---|---|
| West Palm Beach Police Pension Fund | 3/13/2007 | 200 | $ 63.10 | $ 12,620.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 3/21/2007 | 100 | $ 63.64 | $ 6,364.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 3/29/2007 | 200 | $ 65.04 | $ 13,008.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 4/9/2007 | 100 | $ 66.99 | $ 6,699.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 5/11/2007 | 100 | $ 68.29 | $ 6,829.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 6/25/2007 | 100 | $ 68.67 | $ 6,867.00 | Zeroed Out |
| West Palm Beach Police Pension Fund | 1/8/2009 | 500 | $ 42.01 | $ 21,006.45 | (16,984.40) |
| West Palm Beach Police Pension Fund | 1/16/2009 | 100 | $ 38.98 | $ 3,898.16 | (3,700.01) |
| West Palm Beach Police Pension Fund | 4/6/2009 | 300 | $ 31.30 | $ 9,391.32 | (12,476.01) |
| West Palm Beach Police Pension Fund | Held | 300** | $ 42.33 | $ 12,700.47 | (3,086.73) |
| West Palm Beach Police Pension Fund |  | 5100*** | $ 42.70 | $ 217,752.66 | (110,927.50) |
| West Palm Beach Police Pension Fund | 9/30/2009 | 300 | $ 52.62 | $ 15,787.20 |  |
| TOTAL |  | 8810 |  | $ 411,923.81 | $ 264,749.06  $ (147,174.75) |
| All Funds Combined (FIFO) |  | 160409 |  | $ 11,204,926.75 | $ 7,228,031.56  $ (3,976,895.19) |

*"Zeroed Out" transactions are those that have been paired up with pre-class holdings and zeroed out
**Share Price is average closing share price from 10/20/2009 to 12/29/2009, the date on which 300 shares were sold within the 90 days following the end of the class period
***Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010

# LIFO LOSS CALCULATIONS

## I. OKLAHOMA FIREFIGHTERS PENSION FUND
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (LIFO) |
| Oklahoma Firefighters Pension Fund | 1/25/2008 | 17800 | $ 80.95 | $ 1,440,910.00 | 11/28/2006 | 1200 | $ 62.49 | $ 340,754.00 | Unpaired* |
| Oklahoma Firefighters Pension Fund | 2/11/2008 | 10900 | $ 83.78 | $ 913,191.10 | 12/22/2006 | 1200 | $ 67.40 | $ 93,078.00 | Unpaired |
| Oklahoma Firefighters Pension Fund | 5/9/2008 | 600 | $ 72.77 | $ 43,661.22 | 1/12/2007 | 1000 | $ 70.72 | $ 10,206.00 | Unpaired |
| Oklahoma Firefighters Pension Fund | 5/28/2008 | 900 | $ 70.80 | $ 63,723.96 | 2/16/2007 | 700 | $ 70.07 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 6/23/2008 | 600 | $ 66.64 | $ 39,982.92 | 3/7/2007 | 700 | $ 65.60 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 7/1/2008 | 600 | $ 62.16 | $ 37,297.14 | 4/11/2007 | 1200 | $ 66.41 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 7/29/2008 | 400 | $ 71.04 | $ 28,415.88 | 5/7/2007 | 500 | $ 69.70 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 8/14/2008 | 700 | $ 68.03 | $ 47,620.86 | 6/1/2007 | 600 | $ 68.08 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 9/2/2008 | 400 | $ 69.02 | $ 27,606.88 | 6/19/2007 | 700 | $ 70.31 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 10/7/2008 | 1400 | $ 43.88 | $ 61,434.52 | 7/9/2007 | 700 | $ 69.28 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 4/22/2009 | 700 | $ 35.77 | $ 25,035.85 | 7/25/2007 | 600 | $ 68.39 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 5/8/2009 | 700 | $ 40.89 | $ 28,622.44 | 8/10/2007 | 700 | $ 67.66 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 7/17/2009 | 3200 | $ 47.94 | $ 153,404.16 | 9/14/2007 | 600 | $ 63.78 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 8/28/2009 | 2100 | $ 53.23 | $ 111,774.39 | 9/24/2007 | 300 | $ 67.23 | | Unpaired |
| Oklahoma Firefighters Pension Fund | 9/16/2009 | 1100 | $ 54.01 | $ 59,410.89 | 4/22/2008 | 13400 | $ 65.99 | $ 884,299.50 | Unpaired |
| Oklahoma Firefighters Pension Fund | 9/24/2009 | 1000 | $ 50.56 | $ 50,560.90 | 4/23/2008 | 15300 | $ 66.25 | $ 1,013,652.54 | (231,266.60) |
| Oklahoma Firefighters Pension Fund | | | | | 11/26/2008 | 700 | $ 39.03 | $ 27,319.67 | (224,882.46) |
| Oklahoma Firefighters Pension Fund | | | | | 1/7/2009 | 2300 | $ 44.56 | $ 102,493.98 | (3,397.59) |
| Oklahoma Firefighters Pension Fund | | | | | 4/3/2009 | 1700 | $ 31.47 | $ 53,496.79 | (38,083.09) |
| Oklahoma Firefighters Pension Fund | | | | | Held | 1200** | $ 42.62 | $ 51,146.76 | (60,049.72) |
| Oklahoma Firefighters Pension Fund | | | | | Held | 8500*** | $ 42.70 | $ 362,921.10 | (10,216.12) |
| Oklahoma Firefighters Pension Fund | | | | | | | | | (69,427.19) |
| TOTAL | | 43100 | | $ 3,132,653.11 | | 53800 | | $ 2,495,330.34 | $ (637,322.77) |

*"Unpaired" transactions are those sales during the class period that do not have earlier purchases during the class period to pair up with

**Share Price is average closing share price from 10/20/2009 to 1/11/2010, the date on which 1200 shares were sold within the 90 days following the end of the class period

***Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010

## II. GOVERNMENT OF PUERTO RICO TEACHERS RETIREMENT SYSTEM ("Puerto Rico Teachers")
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (LIFO) |
| Puerto Rico Teachers | 1/10/2008 | 10700 | $ 81.54 | $ 872,478.00 | 3/10/2009 | 17350 | $ 19.64 | $ 340,754.00 | (697,948.50) |
| Puerto Rico Teachers | 1/11/2008 | 6700 | $ 83.16 | $ 557,172.00 | 8/14/2009 | 1800 | $ 51.71 | $ 93,078.00 | (38,083.09) |
| Puerto Rico Teachers | 10/8/2008 | 9550 | $ 41.03 | $ 391,836.50 | 9/9/2009 | 12350 | $ 52.37 | $ 646,769.50 | (157,899.50) |
| Puerto Rico Teachers | 6/3/2009 | 7500 | $ 46.04 | $ 345,300.00 | Held | 2950* | $ 42.70 | $ 125,954.97 | (114,588.03) |

III. PUERTO RICO GOVERNMENT AND JUDICIARY RETIREMENT EMPLOYEES' SYSTEMS ADMINISTRATION ("Puerto Rico Government and Judiciary")
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (LIFO) |
| Puerto Rico Government and Judiciary | 7/16/2007 | 600 | $ 69.99 | $ 41,994.00 | 1/16/2007 | 1900 | $ 71.01 | $ 134,919.00 | Unpaired* |
| Puerto Rico Government and Judiciary | 7/16/2007 | 2600 | $ 70.25 | $ 182,650.00 | 1/16/2007 | 2700 | $ 70.96 | $ 191,592.00 | Unpaired |
| Puerto Rico Government and Judiciary | 7/16/2007 | 100 | $ 70.25 | $ 7,025.00 | 1/16/2007 | 200 | $ 70.98 | $ 14,196.00 | Unpaired |
| Puerto Rico Government and Judiciary | 10/22/2007 | 2000 | $ 74.44 | $ 148,880.00 | 1/16/2007 | 100 | $ 71.01 | $ 7,101.00 | Unpaired |
| Puerto Rico Government and Judiciary | 10/22/2007 | 150 | $ 74.44 | $ 11,166.00 | 1/16/2007 | 100 | $ 70.96 | $ 7,096.00 | Unpaired |
| Puerto Rico Government and Judiciary | 2/4/2008 | 20000 | $ 82.84 | $ 1,656,800.00 | 1/17/2007 | 1700 | $ 71.88 | $ 122,196.00 | Unpaired |
| Puerto Rico Government and Judiciary | 2/5/2008 | 7000 | $ 81.52 | $ 570,640.00 | 1/17/2007 | 1000 | $ 71.22 | $ 71,220.00 | Unpaired |
| Puerto Rico Government and Judiciary | 2/7/2008 | 1900 | $ 82.01 | $ 155,819.00 | 1/17/2007 | 75 | $ 71.88 | $ 5,391.00 | Unpaired |
| Puerto Rico Government and Judiciary | 2/8/2008 | 2000 | $ 82.47 | $ 164,940.00 | 1/17/2007 | 100 | $ 71.22 | $ 7,122.00 | Unpaired |
| Puerto Rico Government and Judiciary | 2/22/2008 | 2500 | $ 79.75 | $ 199,375.00 | 3/6/2007 | 1700 | $ 77.13 | $ 131,121.00 | (2,142.00) |
| Puerto Rico Government and Judiciary | 2/26/2008 | 5500 | $ 82.54 | $ 453,970.00 | 3/24/2008 | 6800 | $ 84.01 | $ 571,268.00 | 16,221.00 |
| Puerto Rico Government and Judiciary | 3/6/2008 | 3200 | $ 78.39 | $ 250,848.00 | 3/25/2008 | 200 | $ 84.23 | $ 16,846.00 | 338.00 |
| Puerto Rico Government and Judiciary | 5/7/2008 | 4000 | $ 75.92 | $ 303,680.00 | 4/10/2008 | 1300 | $ 79.36 | $ 103,168.00 | (507.00) |
| Puerto Rico Government and Judiciary | 6/5/2008 | 100 | $ 70.83 | $ 7,083.00 | 4/10/2008 | 150 | $ 79.36 | $ 11,904.00 | (58.50) |
| Puerto Rico Government and Judiciary | 6/6/2008 | 3659 | $ 69.66 | $ 254,885.94 | 4/14/2008 | 1400 | $ 78.66 | $ 110,124.00 | (2,478.00) |
| Puerto Rico Government and Judiciary | 6/10/2008 | 1029 | $ 68.29 | $ 70,270.41 | 5/15/2008 | 770 | $ 74.44 | $ 57,318.80 | (1,139.60) |
| Puerto Rico Government and Judiciary | 6/11/2008 | 318 | $ 68.78 | $ 21,872.04 | 5/16/2008 | 3090 | $ 72.84 | $ 225,075.60 | (9,517.20) |
| Puerto Rico Government and Judiciary | 6/17/2008 | 670 | $ 68.17 | $ 45,673.90 | 5/19/2008 | 2600 | $ 73.93 | $ 192,218.00 | (20,914.40) |
| Puerto Rico Government and Judiciary | 6/18/2008 | 755 | $ 67.00 | $ 50,585.00 | 6/10/2008 | 4660 | $ 68.21 | $ 317,858.60 | (18,001.35) |
| Puerto Rico Government and Judiciary | 6/19/2008 | 459 | $ 67.06 | $ 30,780.54 | 7/7/2008 | 3800 | $ 59.24 | $ 225,112.00 | (29,114.60) |
| Puerto Rico Government and Judiciary | 7/1/2008 | 670 | $ 62.60 | $ 41,942.00 | 8/27/2008 | 1300 | $ 66.23 | $ 86,099.00 | (6,877.00) |
| Puerto Rico Government and Judiciary | 7/22/2008 | 4174 | $ 71.52 | $ 298,524.48 | 8/28/2008 | 3600 | $ 67.32 | $ 242,352.00 | (21,136.38) |
| Puerto Rico Government and Judiciary | 9/10/2008 | 100 | $ 69.92 | $ 6,992.00 | 9/4/2008 | 1300 | $ 67.01 | $ 87,113.00 | (18,863.00) |
| Puerto Rico Government and Judiciary | 9/25/2008 | 4000 | $ 56.40 | $ 225,600.00 | 9/4/2008 | 1100 | $ 67.31 | $ 74,041.00 | (15,631.00) |
| Puerto Rico Government and Judiciary | 9/25/2008 | 275 | $ 56.40 | $ 15,510.00 | 9/4/2008 | 300 | $ 67.31 | $ 20,193.00 | (4,263.00) |
| Puerto Rico Government and Judiciary | 1/2/2009 | 1600 | $ 40.44 | $ 64,709.12 | 9/4/2008 | 50 | $ 67.01 | $ 3,350.50 | (725.50) |
| Puerto Rico Government and Judiciary | 1/5/2009 | 1400 | $ 42.27 | $ 59,174.78 | 9/8/2008 | 1400 | $ 71.28 | $ 99,792.00 | (14,336.00) |
| Puerto Rico Government and Judiciary | 1/5/2009 | 100 | $ 42.27 | $ 4,226.77 | 9/8/2008 | 75 | $ 71.28 | $ 5,346.00 | (768.00) |
| Puerto Rico Government and Judiciary | 1/27/2009 | 600 | $ 20.43 | $ 12,258.00 | 9/9/2008 | 1300 | $ 72.07 | $ 93,691.00 | (12,285.00) |
| Puerto Rico Government and Judiciary | 2/25/2009 | 3900 | $ 25.74 | $ 100,372.35 | 9/9/2008 | 100 | $ 72.07 | $ 7,207.00 | (945.00) |
| Puerto Rico Government and Judiciary | 3/24/2009 | 1200 | $ 29.43 | $ 35,316.00 | 9/10/2008 | 1200 | $ 70.82 | $ 84,984.00 | (13,184.52) |
| Puerto Rico Government and Judiciary | | | | | 9/10/2008 | 50 | $ 70.82 | $ 3,541.00 | 45.00 |
| Puerto Rico Government and Judiciary | | | | | 9/11/2008 | 1000 | $ 70.09 | $ 70,090.00 | (12,104.00) |
| Puerto Rico Government and Judiciary | | | | | 9/11/2008 | 50 | $ 70.09 | $ 3,504.50 | (637.50) |
| Puerto Rico Government and Judiciary | | | | | 9/12/2008 | 300 | $ 71.19 | $ 21,357.00 | (3,495.00) |
| Puerto Rico Government and Judiciary | | | | | 9/18/2008 | 1580 | $ 50.80 | $ 80,264.00 | (50,623.20) |
| Puerto Rico Government and Judiciary | | | | | 9/18/2008 | 2337 | $ 45.46 | $ 106,240.02 | (87,357.06) |
| TOTAL | | 34450 | | $ 2,166,786.50 | | 34450 | | $ 1,206,556.47 | $ (960,230.03) |

*Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010

| Name | PURCHASES | | | SALES/HOLDINGS | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (FIFO) |
| Puerto Rico Government and Judiciary | | | | | 9/29/2008 | 1958 | $ 46.66 | $ 91,360.28 | $ (19,070.92) |
| Puerto Rico Government and Judiciary | | | | | 10/2/2008 | 910 | $ 52.24 | $ 47,538.40 | $ (3,785.60) |
| Puerto Rico Government and Judiciary | | | | | 10/2/2008 | 5405 | $ 52.74 | $ 285,059.70 | $ (125,489.42) |
| Puerto Rico Government and Judiciary | | | | | 10/3/2008 | 3485 | $ 49.58 | $ 172,786.30 | $ (115,911.10) |
| Puerto Rico Government and Judiciary | | | | | 10/6/2008 | 808 | $ 41.99 | $ 33,927.92 | $ (33,006.80) |
| Puerto Rico Government and Judiciary | | | | | 10/6/2008 | 2539 | $ 40.55 | $ 102,956.45 | $ (107,374.31) |
| Puerto Rico Government and Judiciary | | | | | 10/7/2008 | 1100 | $ 42.00 | $ 46,200.00 | $ (44,924.00) |
| Puerto Rico Government and Judiciary | | | | | 10/7/2008 | 4092 | $ 43.12 | $ 176,447.04 | $ (149,934.24) |
| Puerto Rico Government and Judiciary | | | | | 11/6/2008 | 3950** | $ 43.24 | $ 170,798.00 | $ (109,257.00) |
| Puerto Rico Government and Judiciary | | | | | 11/6/2008 | 3550 | $ 43.24 | $ 153,502.00 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 12/4/2008 | 1300 | $ 38.66 | $ 50,258.00 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 1/20/2009 | 1300 | $ 18.02 | $ 23,427.82 | $ (31,520.19) |
| Puerto Rico Government and Judiciary | | | | | 1/20/2009 | 1800*** | $ 17.75 | $ 31,946.04 | $ (41,216.62) |
| Puerto Rico Government and Judiciary | | | | | 1/20/2009 | 4100 | $ 17.75 | $ 72,775.00 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 1/20/2009 | 9700 | $ 17.50 | $ 169,789.77 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 1/20/2009 | 1075 | $ 17.50 | $ 18,816.91 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 3/26/2009 | 2000 | $ 30.15 | $ 60,304.80 | $ 4,399.60 |
| Puerto Rico Government and Judiciary | | | | | 4/9/2009 | 1500 | $ 35.97 | $ 53,952.00 | $ 15,347.25 |
| Puerto Rico Government and Judiciary | | | | | 4/9/2009 | 600 | $ 36.22 | $ 21,734.46 | $ 6,292.56 |
| Puerto Rico Government and Judiciary | | | | | 5/27/2009 | 1600**** | $ 44.35 | $ 70,960.00 | $ 32,965.50 |
| Puerto Rico Government and Judiciary | | | | | 5/27/2009 | 5100 | $ 44.35 | $ 226,185.00 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | 6/23/2009 | 400 | $ 44.40 | $ 17,760.00 | Unpaired |
| Puerto Rico Government and Judiciary | | | | | Held | 0 | $ - | $ - | $ - |
| TOTAL | | 76659 | | $ 5,493,563.33 | | 109659 | | $ 4,440,578.23 | $ (1,052,985.10) |

*"Unpaired" transactions are those sells during the class period that do not have earlier purchases during the class period to pair up with
**The sales of 3950 and 3550 shares on 11/06/2008 represent one actual sale of 7500 total shares on that date, 3550 of which were unpaired
***The sales of 1800 and 4100 shares on 01/20/2009 represent one actual sale of 5900 total shares on that date, 4100 of which were unpaired
****The sales of 1600 and 5100 shares on 05/27/2009 represent one actual sale of 6700 total shares on that date, 5100 of which were unpaired

IV. WEST PALM BEACH POLICE PENSION FUND
Class Period: 10/17/2006 to 10/19/2009

| Name | PURCHASES | | | | SALES/HOLDINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (LIFO) |
| West Palm Beach Police Pension Fund | 11/12/2007 | 800 | $ 75.98 | $ 60,785.36 | 12/29/2006 | 200 | $ 67.62 | $ 13,524.00 | Unpaired* |
| West Palm Beach Police Pension Fund | 11/12/2007 | 4300 | $ 66.71 | $ 286,852.57 | 12/17/2007 | 710 | $ 78.09 | $ 55,443.90 | Unpaired |
| West Palm Beach Police Pension Fund | 2/20/2008 | 100 | $ 63.32 | $ 6,332.14 | 1/10/2007 | 200 | $ 69.14 | $ 13,828.00 | Unpaired |
| West Palm Beach Police Pension Fund | 5/7/2008 | 100 | $ 74.99 | $ 7,498.97 | 1/29/2007 | 100 | $ 69.62 | $ 6,962.00 | Unpaired |
| West Palm Beach Police Pension Fund | 9/3/2008 | 100 | $ 67.78 | $ 6,778.19 | 2/6/2007 | 100 | $ 68.15 | $ 6,815.00 | Unpaired |
| West Palm Beach Police Pension Fund | 9/29/2008 | 200 | $ 51.89 | $ 10,377.32 | 2/14/2007 | 200 | $ 70.01 | $ 14,002.00 | Unpaired |
| West Palm Beach Police Pension Fund | 4/23/2009 | 100 | $ 32.07 | $ 3,207.13 | 2/23/2007 | 100 | $ 69.08 | $ 6,908.00 | Unpaired |

| Name | PURCHASES | | | | SALES/HOLDINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold/Held | Share Price | Total Proceeds | Total Loss (LIFO) |
| West Palm Beach Police Pension Fund | 6/15/2009 | 300 | $ 47.68 | $ 14,304.93 | 3/5/2007 | 100 | $ 65.05 | $ 6,505.00 | Unpaired |
| West Palm Beach Police Pension Fund | 9/30/2009 | 300 | $ 52.62 | $ 15,787.20 | 3/13/2007 | 200 | $ 63.10 | $ 12,620.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 3/21/2007 | 100 | $ 63.64 | $ 6,364.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 3/29/2007 | 200 | $ 65.04 | $ 13,008.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 4/9/2007 | 100 | $ 66.99 | $ 6,699.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 5/11/2007 | 100 | $ 68.29 | $ 6,829.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 6/25/2007 | 100 | $ 68.67 | $ 6,867.00 | Unpaired |
| West Palm Beach Police Pension Fund | | | | | 1/8/2009 | 500 | $ 42.01 | $ 21,006.45 | $ (9,980.17) |
| West Palm Beach Police Pension Fund | | | | | 1/16/2009 | 100 | $ 38.98 | $ 3,898.16 | $ (2,772.83) |
| West Palm Beach Police Pension Fund | | | | | 4/6/2009 | 300 | $ 31.30 | $ 9,391.32 | $ (10,621.65) |
| West Palm Beach Police Pension Fund | | | | | Held | 300** | $ 42.33 | $ 12,700.47 | $ (3,086.73) |
| West Palm Beach Police Pension Fund | | | | | | 5100*** | $ 42.70 | $ 217,752.66 | $ (120,713.37) |
| TOTAL | | 6300 | | $ 411,923.81 | | 8810 | | $ 264,749.06 | $ (147,174.75) |
| All Funds Combined (LIFO) | | 160409 | | $ 11,204,926.75 | | 206719 | | $ 8,407,214.10 | $ (2,797,712.65) |

*"Unpaired" transactions are those sells during the class period that do not have earlier buys during the class period to pair up with

**Share Price is average closing share price from 10/20/2009 to 12/29/2009, the date on which 300 shares were sold within the 90 days following the end of the class period

***Share Price is calculated using the 90-day average closing share price from 10/20/2009 to 1/18/2010