**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TIMOTHY W. HILL, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; RONALD E. LOGUE; EDWARD J. RESCH; PAMELA D. GORMLEY; and JAMES J. MALERBA<br><br>Defendants. | Case No. 1:09-cv-12146 |

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendants State Street Corporation, Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, and James J. Malerba in the above referenced matter.

Respectfully submitted,

*/s/ William H. Paine* ____________________
William H. Paine (BBO #550506)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
E-mail: william.paine@wilmerhale.com

Dated: May 4, 2010

**CERTIFICATE OF SERVICE**

I, William H. Paine, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ William H. Paine*