# BERMAN DeVALERIO

May 10, 2010

Hon. Nancy Gertner
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

> Re:    *Hill v. State Street Corp. et. al.,* No. 1:09-cv-12146-NG

Dear Judge Gertner:

We write to alert the Court to what appears to be a minor error in the Court's May 7, 2010 Order Consolidating Related Actions, Appointing Lead Counsel, and Appointing Lead Plaintiff in the above-captioned case (the "Lead Plaintiff Order").

The Lead Plaintiff Order appoints my firm, Berman DeValerio, as Co-Lead Counsel along with the law firms of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G') and Motley Rice LLP ("Motley Rice"). However, pursuant to the provisions of the PSLRA that require the Lead Plaintiffs to select and retain counsel, in Lead Plaintiffs' motion filed on February 17, 2010 (Docket #4), Lead Plaintiffs sought the appointment of (1) their chosen counsel, BLB&G and Motley Rice, to serve as Lead Counsel, and (2) my firm to serve as Liaison Counsel, to assist the Lead Plaintiffs in the conduct of this litigation. *See* Section 21D(a)(3)(B)(v); *see also* Lead Plaintiff Motion, Docket#4, at 12 ("MPERS and Union have selected Bernstein Litowitz and Motley Rice to serve as Lead Counsel, and Berman DeValerio to serve as Liaison Counsel".)

Accordingly, we respectfully request that the Court modify the Lead Plaintiff Order to reflect the Lead Counsel structure  proposed by the Court-appointed Lead Plaintiffs, and in particular the fact that my firm should be appointed Liaison Counsel, rather than Lead Counsel. As Liaison Counsel, Berman DeValerio assures the Court that it will remain actively involved in this case.

For the foregoing reasons, we respectfully request that the Court modify the Lead Plaintiff Order to clarify that BLB&G and Motley Rice are Co-Lead Counsel to the Class, and that Berman DeValerio is appointed as Liaison Counsel.

Respectfully Submitted,

Glen DeValerio

cc:    Steven B. Singer (Co-Lead Counsel)
       James Hughes (Co-Lead Counsel)
       All Counsel of Record

One Liberty Square   ▪   Boston, MA   ▪   02109   ▪   Tel: 617-542-8300   ▪   Fax: 617-542-1194   ▪   www.bermandevalerio.com

BOSTON                  SAN FRANCISCO                  PALM BEACH GARDENS