# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al,<br><br>Defendants, | No. 1:09-cv-12146-NG |
| MARILYN DEMORY, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al,<br><br>Defendants. | No. 1:10-cv-10064-NG |
| CASEY J. RICHARD, individually and on behalf of a class of persons similarly situated and for the benefit of the State Street Corporation Salary Savings Program,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; et al,<br><br>Defendants. | No. 1:10-cv-10184-NG |

**ASSENTED TO MOTION TO AMEND ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND APPOINTING LEAD PLAINTIFFS**

Plaintiff in the above-captioned RICHARD Action, **with the assent of all parties to the three above-captioned actions**, respectfully move that the Order Consolidating Related Actions, Appointing Lead Counsel, and Appointing Lead Plaintiff (Docket No. 13) be amended and that the proposed amended order filed herewith be entered by the Court.

In summary, the proposed amended order amends Docket No. 13 in the following respects:

1. It provides that the ERISA Action is consolidated with the Securities Actions for pretrial purposes, including discovery, and not for all purposes;

2. It provides that Shapiro Haber & Urmy LLP, counsel for the plaintiff in the ERISA Action, be designated lead counsel for the ERISA Action;

3. It provides a schedule for filing amended complaints (one for the Securities Actions and one for the ERISA Actions) and briefing of anticipated motions to dismiss the complaints (with slightly different schedules between the two actions in light of counsels' summer vacation schedules);

4. It adds a section setting forth provisions relating to discovery.

Dated:  May 20, 2010					Respectfully submitted,

							SHAPIRO HABER & URMY LLP

							/s/Thomas G. Shapiro
							Thomas G. Shapiro BBO # 454680
							Michelle H. Blauner BBO # 549049
							53 State Street
							Boston, MA 02109
							Telephone: (617) 439-3939
							Facsimile:  (617) 439-0134
							tshapiro@shulaw.com
							mblauner@shulaw.com

Richard Vita BBO # 510260<br>
Vita Law Offices P.C.<br>
77 Franklin Street<br>
Boston, MA 02109<br>
(617) 426-6566<br>
rjv@vitalaw.com

**CERTIFICATE OF SERVICE**

I, Thomas G. Shapiro, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants in each of the consolidated actions as identified in the Notice of Electronic Filing dated April 14, 2010.

/s/Thomas G. Shapiro