# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al,<br><br>Defendants, | No. 1:09-cv-12146-NG |
| MARILYN DEMORY, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al,<br><br>Defendants. | No. 1:10-cv-10064-NG |
| CASEY J. RICHARD, individually and on behalf of a class of persons similarly situated and for the benefit of the State Street Corporation Salary Savings Program,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION; et al,<br><br>Defendants. | No. 1:10-cv-10184-NG |

**[ ..bj AMENDED ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD COUNSEL, AND APPOINTING LEAD PLAINTIFFS**

WHEREAS, a number of related actions identified below are pending in this Court against State Street Corporation, and others.

NOW, THEREFORE, THE COURT ORDERS as follows:

**A.    Consolidation of Related Actions**

1.      The following actions (the "related actions") are currently pending before this Court:

> a.      *Hill v. State Street Corporation et. al.*, No. 09-cv-12146 ("*Hill*");
>
> b.      *Demory v. Logue et. al.*, No. 10-cv-10064 ("*Demory*");
>
> c.      *Richard v. State Street Corporation et. al.*, No. 10-cv-10184 ("*Richard*").

2.      The *Hill* Action and the *Demory* Action (the "Securities Actions") assert claims under the federal securities laws. The *Richard* Action (the "ERISA Action") asserts claims under the Employment Retirement Income Securities Act ("ERISA").

3.      The *Hill* Action and the *Demory* Action are hereby consolidated pursuant to Fed. R. Civ. P. 42(a) for all purposes.

4.      The *Hill* Action and the *Demory* Action are hereby consolidated with the *Richard* Action for all pretrial proceedings, including discovery, only.

5.      Any related action subsequently filed in this District shall likewise be consolidated and this Order shall apply to each such case.

6.      A Master File Docket number is hereby established for this proceeding. The Consolidated Actions, together with all other actions which may subsequently be consolidated pursuant to the provisions of this order, shall be referred to as ***Hill v. State Street Corp.***. The Master Docket Number shall be 09-cv-12146-NG. One docket will be

2

maintained for these actions with all entries to be docketed under said number.  If a document pertains to only one or some of the member cases, it will be docketed in the consolidated case with the notation in the docket text as to the case number(s) to which it pertains.

       7.     An Original of this Order shall be filed by the Clerk in the Master File and in the files for each of the actions and every action subsequently consolidated herein.

       8.     A copy of this Order shall be disseminated by ECF Notice in each of the related actions.

       9.     Every pleading filed in the Master Docket shall bear one of the following captions, as applicable:

| | |
|---|---|
| **HILL v. STATE STREET CORPORATION** <br><br> **THIS DOCUMENT RELATES TO ALL CLASS ACTIONS** | **Master Docket No. 09-cv-12146-NG** |

| | |
|---|---|
| **HILL v. STATE STREET CORPORATION** <br><br> **THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS** <br> **DOCKET NO. 09-cv-12146-NG** | **Master Docket No. 09-cv-12146-NG** |

| | |
|---|---|
| **HILL v. STATE STREET CORPORATION** <br><br> **THIS DOCUMENT RELATES TO THE ERISA ACTION** <br> **DOCKET NO. 10-cv-10184-NG** | **Master Docket No. 09-cv-12146-NG** |

10.     When a pleading is intended to be applicable to all actions to which this Order is applicable then "This Document Relates to All Class Actions" caption shall be used. When a pleading is intended to be applicable only to the Securities Actions then the "This Document Relates to the Securities Actions" caption shall be used.  When a pleading is intended to be applicable only to the ERISA Action then the "This Document Relates to the ERISA Action" caption shall be used.

11.     When a pleading is filed and the caption, pursuant to the foregoing, shows that it is applicable, to "All Class Actions," the Clerk shall file such pleading in the Master File and note such filing in the Master Docket.  No further copies need be filed or docket entries made.

12.     When a pleading is filed and the caption, pursuant to the foregoing, shows that it is applicable to only certain of the actions, the Clerk need file such pleading only in the Master File but nonetheless shall note such filing in both the Master Docket and the docket of each such action.

13.     This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing of any case in this district that might properly be consolidated herein.

14.     When a related case is hereinafter filed in this Court, the Clerk of this Court shall:

        a.      file a copy of this Order in the separate file for such action;

        b.      mail a copy of this Order or give ECF Notice to the attorneys for the

4

plaintiff(s) in the newly-filed case and to any new defendant(s) in the

newly-filed case;

c.      make the appropriate entry in the Master Docket.

15.      Each related case that is subsequently filed in this Court shall be consolidated

with the HILL V. STATE STREET CORPORATION, Master Docket No. 09-cv-12146-NG, and

this Order shall apply thereto, unless a party objects to consolidation, as provided for

herein, or any provision of this Order, within ten (10) days after the date upon which a

copy of this Order is served on counsel for such party, by filing an application for relief and

this Court deems it appropriate to grant such application.

**B.      Appointment of Lead Plaintiffs**

16.      This court appoints Public Employees' Retirement System of Mississippi, and

Union Asset Management Holding AG as Lead Plaintiffs in the Securities Actions.

**C.      Appointment of Lead Counsel**

17.      This court appoints (i) Bernstein Litowitz Berger & Grossmann, and (ii)

Motley Rice as Co-Lead Counsel in the Securities Actions.  This Court appoints Berman

DeValerio, as liaison counsel in the Securities Actions.

18.      This court appoints Shapiro Haber & Urmy LLP as Lead Counsel in the ERISA

Action.

**D.      Consolidated Amended Complaint**

19.      Lead Plaintiffs in the Securities Actions shall file a Consolidated Amended

Complaint no later than June 25, 2010.  The following deadlines are set for briefing on

Defendants' motion to dismiss, which shall be directed to the Consolidated Amended

Complaint, and no answer or response shall be required to the complaints presently on file:

| | |
|---|---|
| Defendants' Motion to Dismiss: | August 4, 2010 |
| Lead Plaintiffs' Opposition: | September 10, 2010 |
| Defendants' Reply: | October 8, 2010 |

20.     Plaintiff Richard shall file an Amended Complaint in the ERISA Action no later

than June 25, 2010.    The following deadlines are set for briefing on Defendants' motion to

dismiss, which shall be directed to the Amended Complaint, and no answer or response

shall be required to the complaint presently on file:

| | |
|---|---|
| Defendants' Motion to Dismiss: | July 30, 2010 |
| Plaintiff Richard's Opposition: | September 23, 2010 |
| Defendants' Reply: | October 22, 2010 |

**E.     Discovery**

21.     Discovery, including depositions, shall be coordinated between the Securities

Actions and the ERISA Action.

22.     Discovery in the Securities Actions is subject to the stay set forth in the

Private Securities Litigation Reform Act ("PSLRA").

23.     Discovery in the ERISA action shall be stayed until the date for response to

the amended complaint and until determination of any motion to dismiss that action.

Defendants assert that pursuant to the PSLRA such discovery should be stayed until the

determination of any motion to dismiss the Securities Actions.  Plaintiffs disagree.  In the

event that a motion to dismiss the ERISA Action is determined before that as to the

6

Securities Actions, Plaintiff Richard may raise this question by motion. In the interim, Defendants have agreed to provide Plaintiff Richard the following information for the State Street Corporation Salary Savings Program for the relevant period: (a) the Plans and any Plan Amendments; (b) the Master Trust Agreement, and amendments thereto; (c) Summary Plan Descriptions; (d) Forms 5500; (e) Plan prospectuses and any updates thereto; and (f) a list identifying the Plan fiduciaries, and any members of the committees serving as Plan fiduciaries, including the Benefits Committee and the Investment Committee.

**F.    Miscellaneous**

24.    The court recognizes and shares National Automatic Sprinkler Industry Fund's (NASI) concerns about assuring fair and reasonable legal fees. If appropriate, at the conclusion of the case, lead counsel will have to document and justify legal fees. The NASI's request for intervention is premature.

25.    This order is merely procedural and does not affect the rights of any party.

**SO ORDERED.**

Date: 5/2 4    , 2010

NANCY GERTNER, U.S.D.C.