UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | |
| ————————————————— ) | Master Docket No. 09-cv-12146-NG |
| ) | |
| THIS DOCUMENT RELATES TO THE ) | |
| SECURITIES ACTIONS ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| DOCKET NO. 09-cv-12146-NG ) | |
| ————————————————— ) | |

## DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS

Pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, defendant Ernst & Young LLP ("E&Y") hereby moves for an order dismissing the Consolidated Amended Class Action Complaint, filed July 29, 2010, with prejudice. The grounds for this motion are set forth in the E&Y's memorandum of law, which is submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), E&Y respectfully requests oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

This motion is filed in accordance with the Assented To Motion To Establish Schedule For Motion To Dismiss Briefing In All Cases (Docket 52), which was filed on August 4, 2010 and granted by the Court on August 5, 2010.  Prior to filing that motion, counsel for defendants conferred with counsel for plaintiffs concerning defendants' intent to file motions to dismiss.

Dated:  September 24, 2010
        Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Kara E. Fay  (BBO #638260)
SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
dougherty@skadden.com
kfay@skadden.com

Counsel for Defendant
Ernst & Young LLP

## Certificate Of Service

I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 24, 2010.

Dated:   September 24, 2010

/s/ Thomas J. Dougherty
Thomas J. Dougherty