# EXHIBIT A

# SEC joins State St. inquiry

**By Steven Syre**

**Globe Staff / May 12, 2011**

The Securities and Exchange Commission has joined a long list of state and federal investigators examining whether State Street Corp. overcharged investment clients millions of dollars for foreign exchange transactions.

The Boston financial services company disclosed the SEC investigation in its latest quarterly securities filing this week. It said that "attorneys general from a number of [states] as well as US attorney's offices, the SEC and other regulators have made inquiries or issued subpoenas'' concerning the prices State Street charged its clients for foreign exchange services. The clients include public pension funds.

Scrutiny over State Street's currency operations began when the company was sued by the state of California in a whistle-blower case, which contended the company overcharged two state pension funds millions of dollars on trades. State Street reached a $12 million settlement with another client, the state of Washington, last year. A retirement fund for Arkansas teachers has also sued the bank.

In Massachusetts, Attorney General Martha Coakley spent more than a year investigating the State Street currency business but declined to bring a case. Secretary of State William F. Galvin, however, began investigating last month.

State Street noted it had previously disclosed many of the investigations and cooperated with agencies involved. "We will cooperate fully with the SEC in its inquiry, and we stand behind our business practices and will continue to defend ourselves against any allegations of wrongdoing,'' the bank said in a statement yesterday.

State Street's rival, Bank of New York Mellon Corp., is also under scrutiny for its foreign exchange pricing.

The foreign exchange investigations are only some of the legal problems facing State Street. The section of the company's latest securities filing describing current legal proceedings ran more than 1,400 words.

The SEC continues to investigate registered mutual funds run by State Street Global Advisors, the bank's investment management arm, that invested in subprime securities. The company settled claims by the SEC and Massachusetts regulators over similar activities in unregistered funds.

State Street also faces a separate SEC investigation and civil lawsuits over the company's security lending program. The company noted the investigation and litigation continued despite the company's $330 million cash contribution related to funds it manages. State Street had also established a $75 million reserve last year "to address potential inconsistencies'' in the way restrictions had been applied in the midst of the financial crisis in 2008.

Steven Syre can be reached at syre@globe.com.

© Copyright 2011 Globe Newspaper Company.