**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                                    :
HILL v. STATE STREET CORPORATION  :
                                                                    :
                                                                    :
                                                                    :
                                                                    :   Master Docket No. 09-cv-12146-NG
THIS DOCUMENT RELATES TO THE    :
SECURITIES ACTIONS                            :
                                                                    :
DOCKET NO. 09-cv-12146-NG              :
_____


**NOTICE OF WITHDRAWAL OF ATTORNEY PETER A. PEASE**

TO:   CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that Peter A. Pease is hereby withdrawn as counsel for plaintiffs in the above-captioned action, pursuant to Local Rule 83.5.2(c). Plaintiffs continue to be represented by Berman DeValerio in this action.


DATED:  August 2, 2011                            Respectfully submitted,


                                                      */s/Peter A. Pease*
                                                    Peter A. Pease
                                                    BERMAN DEVALERIO
                                                    One Liberty Square, 8th Floor
                                                    Boston, MA  02109
                                                    Telephone:   617 542-8300
                                                    Facsimile:   617 542-1194
                                                    e-mail:   ppease@bermandevalerio.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send electronic notice of such filing to all attorneys of record.

                                            */s/Peter A. Pease*
                                            Peter A. Pease