# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. HILL, et al, <br><br> Plaintiffs, <br> v. <br><br> STATE STREET CORPORATION, et al, <br><br> Defendants. <br><br> THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS <br><br> DOCKET NO. 09-cv-12146-NG | **Master Docket No.:** <br> **09-cv-12146-NG** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the plaintiffs, Public Employees' Retirement System of Mississippi and Union Management Asset Holding AG, in the above-captioned action.

Dated:   August 9, 2011                    Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Bryan A. Wood
Bryan A. Wood (BBO #648414)
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300
Fax:  (617) 542-1194
Email:  bwood@bermandevalerio.com

*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on August 9, 2011.

Dated:  August 9, 2011                                         /s/ Bryan A. Wood
                                                                                   Bryan A. Wood