# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. HILL, et al., <br>     Plaintiffs, <br><br> v. <br><br> STATE STREET CORPORATION, et al., <br>     Defendants. | **Master Docket No.:** <br> **09-CV-12146-NG** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Kindly withdraw the appearance of Lynda Carey Paris as Counsel for Plaintiff Timothy W. Hill.

Respectfully submitted,

Dated: August 17, 2011
/s/ Lynda Carey Paris
Lynda Carey Paris (BBO#651108)
Law Office of Peter A. Lagorio
The Prince Building
63 Atlantic Ave.
Boston, MA 02110
617-367-4200
Fax: 617-227-3384
Email: lyndaparis@comcast.net

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of August, 2011.

/s/ Lynda Carey Paris
Lynda Carey Paris