UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master Docket No. 1:09-cv-12146 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |
| Docket No. 09-cv-12146 | |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINTS IN THE SECURITIES AND ERISA ACTIONS**

The parties to the above-captioned actions hereby stipulate and agree that the time for the defendants to answer the Consolidated Amended Class Action Complaint (filed in the Securities Actions) and the First Amended Complaint (filed in the ERISA Action) (collectively, the "Complaints") shall be extended until September 30, 2011. The parties enter into this stipulation in recognition of the fact that the Complaints are voluminous and also that responses will require significant time to prepare as well as client involvement during a period in which many of those involved have previously scheduled vacations. Defendants have agreed that the extended deadline to respond to the Complaints shall not affect any other aspect of the case schedule.

Respectfully submitted,

DEFENDANTS STATE STREET CORPORATION; RONALD E. LOGUE; EDWARD J. RESCH; PAMELA D. GORMLEY; KENNETT F. BURNES; PETER COYM; NADER F. DAREHSHORI; AMELIA C. FAWCETT; DAVID P. GRUBER; LINDA A. HILL; CHARLES R. LAMANTIA; MAUREEN J. MISKOVIC; RICHARD P. SERGEL; RONALD L. SKATES; GREGORY L. SUMME; ROBERT E. WEISSMAN; STATE STREET BANK AND TRUST COMPANY; NORTH AMERICA

REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION; INVESTMENT COMMITTEE OF STATE STREET CORPORATION; CHARLES CUTRELL; STEPHEN DESALVO; JAYNE DONAHUE; DAVID GUTSCHENRITTER; KATHRYN HORGAN; LEE JONES; JACQUES LONGERSTAEY; JAMES MALERBA; ROSS MCLELLAN; DAVID O'LEARY; ALISON QUIRK; DOREEN RIGBY; and ANNE TANGEN

By their attorneys,

*/s/* John J. Butts
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
John J. Butts (BBO No. 643201)
Timothy Perla (BBO No. 660447)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts, 02109
(617) 526-6000
john.butts@wilmerhale.com


DEFENDANTS CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. INCORPORATED, AND UBS SECURITIES LLC

By their attorneys,

*/s/* Stephen D. Poss
Stephen D. Poss (BBO No. 551760)
Daniel P. Roeser (BBO No. 675223)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
sposs@goodwinprocter.com

DEFENDANT ERNST AND YOUNG LLP

By their attorneys,

*/s/* Thomas J. Dougherty
Thomas J. Dougherty (BBO No. 132300)
Kara E. Fay (BBO No. 638260)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com


LEAD PLAINTIFFS IN THE SECURITIES ACTIONS

By their attorneys,

*/s/* John C. Browne
Steven B. Singer (*Admitted Pro Hac Vice*)
John C. Browne (*Admitted Pro Hac Vice*)
Lauren A. McMillen (*Admitted Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

James M. Hughes (*Admitted Pro Hac Vice*)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000

William H. Narwold (*Admitted Pro Hac Vice*)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1676

Bryan A. Wood (BBO No. 648414)
BERMAN DEVALERIO
One Liberty Square
Boston MA 02109

Telephone: (617) 542-8300
Fax: (617) 542-1194
bwood@bermandevalerio.com

CASEY J. RICHARD

By his attorneys,

*/s/* Michelle H. Blauner
Thomas G. Shapiro (BBO No. 454680)
Michelle H. Blauner (BBO No. 549049)
Robert Ditzion (BBO No. 660962)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
tshapiro@shulaw.com
mblauner@shulaw.com
rditzion@shulaw.com

Richard Vita (BBO No. 510260)
Vita Law Offices P.C.
77 Franklin Street
Boston, MA 02109
(617) 426-6566
rjv@vitalaw.com

Dated: August 17, 2011

## **CERTIFICATE OF SERVICE**

      I, John J. Butts, hereby certify that on this day, I caused a true copy of foregoing document to be served on Plaintiffs' counsel through the ECF system.

                                                    */s/* John J. Butts