# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Charles E. Tompkins
Ian J. McLoughlin
Adam M. Stewart
Robert E. Ditzion
Rachel M. Brown

*Counsel*
Thomas G. Hoffman

E-mail:
mblauner@shulaw.com

August 18, 2011

**By Hand**

The Honorable Nancy Gertner
United States District Judge
District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

      Re:    *Hill v. State Street Corporation*,
                Master Docket No. 09-cv-12146-NG

Dear Judge Gertner,

      We are counsel for the ERISA Plaintiff, Casey Richard, in the above-referenced consolidated action.

      We are writing in response to Mr. DeValerio's letter to you, dated August 16, 2011. Doc. No. 110. In his letter, Mr. DeValerio requests that, in light of Your Honor's impending retirement, the Court transfer this consolidated action to the Honorable Denise Casper who is presiding over *Kenney v. State Street Corporation*, 09-10750-DJC. While we have no objection to the request to transfer of this consolidated action to Judge Casper, we write to point out that the ERISA Action, which is part of this consolidated action, is not related to the *Kenney* Action.

      As you may recall, the Securities Action raises two separate fraud claims: a claim relating to State Street's asset-backed commercial paper conduits and a claim relating to State Street's foreign exchange trading practices. The ERISA Action only raises claims relating to State Street's foreign exchange trading practices. By contrast, *Kenney* only raises claims relating to State Street's asset-backed commercial paper conduits. Thus, although there is an overlap between the Securities Action and the *Kenney* Action, the ERISA Action and the *Kenney* Action do not assert overlapping claims.

SHAPIRO HABER & URMY LLP

The Honorable Nancy Gertner
August 18, 2011

Page 2

      We do not object to the requested transfer, however, in light of the overlapping issues raised in the Securities Action and the *Kenney* Action.

      Sincerely,

*Michelle H. Blauner*
Michelle H. Blauner

cc:    The Honorable Denise Casper
       Counsel for the Securities Plaintiffs
       All Defense Counsel of Record

## SHAPIRO HABER & URMY LLP

The Honorable Nancy Gertner
August 18, 2011

Page 3

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and a paper copy will be sent to those indicated as non-registered participants by e-mail on August 18, 2011.

Dated: August 18, 2011        /s/ Michelle H. Blauner
                                        Michelle H. Blauner