# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION ) | Master Docket No. 1:09-cv-12146 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) |  |
| Docket No. 09-cv-12146 ) |  |

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants State Street Corporation, State Street Bank & Trust Co., North America Regional Benefits Committee of State Street Corporation, State Street Corporation Investment Committee, Jayne Donahue, David Gutshenritter, David O'Leary, Richard Logue, Charles Cutrell, Kathryn Horgan, Stephen DeSalvo, Jayne Donahue, Lee Jones, Anne Tangen, Doreen Rigby, Ross McLellan, Jacques Longerstaey, Alison Quirk, Tenley E. Albright, Kennett F. Burnes, Truman S. Casner, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, Arthur L. Goldstein, David P. Gruber, Linda A. Hill, Charles R. Lamantia, Maureen J. Miskovic, Richard P. Sergel, Ronald L. Skates, Gregory L. Summe, Diana Chapman Walsh, Robert E. Weissman, Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, and James J. Malerba, in the above referenced matter.[1]

---

[1] State Street Corp., State Street Bank & Trust Co., North America Regional Benefits Committee of State Street Corp., State Street Corp. Investment Committee, Charles Cutrell, Jayne Donahue, Pamela Gormely, David Gutshenritter, Charles Cutrell, Kathryn Horgan, Richard Logue, James Malerba, David O'Leary Stephen deSalvo, Jayne Donahue, Lee Jones, Anne Tangen, Doreen Rigby, Ross McLellan, Jacques Longerstaey, and Alison Quirk are defendants in *Richard v. State Street Corp. et al.*, 10-10184; State Street Corp., Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, James J. Malerba, Tenley E. Albright, Kennett F. Burnes, Truman S. Casner, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, Arthur L. Goldstein, David P. Gruber, Linda A. Hill, Charles R. Lamantia, Maureen J. Miskovic, Richard P. Sergel, Ronald L. Skates, Gregory L. Summe, Diana Chapman Walsh, and Robert E. Weissman are defendants in *Demory v. State Street Corp. et al.*, 10-10064; State Street Corp., Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, and James J. Malerba are defendants in *Hill v. State Street Corp. et al.*, 09-12146.

                                                Respectfully submitted,

                                                */s/ James W. Prendergast*  
                                                James W. Prendergast  
                                                Wilmer Cutler Pickering Hale and Dorr LLP  
                                                60 State Street  
                                                Boston, Massachusetts 02109  
                                                Tel: (617) 526-6000  
                                                Fax: (617) 526-5000  
Dated: September 23, 2011                 E-mail: james.prendergast@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I, James W. Prendergast, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      */s/ James W. Prendergast*

September 23, 2011