**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION : : : : | **Master Docket No. 09-cv-12146-GAO** |
| THIS DOCUMENT RELATES TO : THE SECURITIES ACTIONS : : DOCKET NO. 09-cv-12146-GAO : : : : |  |

## NOTICE OF NAME CHANGE

Please take notice that effective June 1, 2011, Morgan Stanley & Co. Incorporated changed its name and will now be known as "Morgan Stanley & Co. LLC."

Dated: September 29, 2011

Respectfully submitted,

MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED

By its attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO No. 551760)
Daniel P. Roeser (BBO No. 675223)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel:  617-570-1000
Fax:  617-523-1231
Email:  sposs@goodwinprocter.com
Email:  droeser@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

      I, Stephen D. Poss, herby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2011.

                                                            /s/ Stephen D. Poss