UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION, et al. ) | |
| ) | |
| ) | Master Docket No. 09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO ALL ) | |
| CLASS ACTIONS ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) | |
| A Class of Persons Similarly Situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 09-10750-DJC |
| ) | |
| STATE STREET CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ERNST & YOUNG LLP'S RESPONSE TO PLAINTIFFS'
RESPONSE TO STATE STREET DEFENDANTS' MOTION TO COORDINATE
*KENNEY v. STATE STREET CORP.* WITH *HILL v. STATE STREET CORP.*
(Filed Concurrently In Both Actions)**

Ernst & Young LLP ("E&Y"), a defendant in Hill v. State Street Corp., 09-cv-12146-GAO ("Hill"), respectfully submits this response to the Securities Lead Plaintiffs' response, filed October 17, 2011, to the State Street Defendants' Motion To Coordinate *Kenney v. State Street Corp., Et Al.*, With *Hill v. State Street Corp., Et Al.*, filed October 12, 2011.

As indicated in the State Street Defendants' motion, E&Y would assent to coordination for discovery purposes of Hill with Kenney v. State Street Corp., Civ. No. 09-10750-DJC ("Kenney").  However, E&Y objects to the consolidation of Hill and Kenney for all purposes for the following reasons:

1

1. E&Y is not a party in <u>Kenney.</u>

2. The only claim against E&Y in <u>Hill</u>, brought under § 11 of the Securities Act of 1933 (the "Securities Act"), is based solely on E&Y's audit reports on State Street's consolidated financial statements and internal controls for the fiscal year ended December 31, 2007.

3. That § 11 claim is based on E&Y's 2007 audit reports only "as they relate to the inflation of foreign exchange ['FX'] revenue." <u>See</u> Consolidated Amended Class Action Complaint ¶ 425. There are no claims against E&Y relating to the conduits. Nor are there any allegations in <u>Kenney</u> relating to foreign exchange issues.

4. E&Y has unique defenses to the § 11 claim, including unique defenses to class certification with respect to that claim.

Accordingly, E&Y objects to consolidation of the actions for all purposes.

As stated above and in the State Street Defendants' motion, E&Y would assent to coordination of the actions for discovery purposes. E&Y's agreement to such coordination is based on its understanding that the protective order entered in the <u>Kenney</u> matter would continue to apply such that any discovery provided by E&Y as a third party in the <u>Kenney</u> action, including the documents E&Y previously produced in that action, would not be made available to plaintiffs in <u>Hill</u> absent the subsequent agreement of the parties or order of the Court.

Dated: October 18, 2011
      Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Kara E. Fay  (BBO #638260)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
dougherty@skadden.com

Counsel for Defendant
Ernst & Young LLP

**Certificate Of Service**

I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 18, 2011.

Dated:  October 18, 2011

/s/ Thomas J. Dougherty
Thomas J. Dougherty