UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION, et al. ) | |
| ) | |
| THIS DOCUMENT RELATES TO THE ) <br> THE SECURITIES ACTION ) | |
| ) | |
| Docket No. 09-cv-12146 ) | Master Docket No. 09-cv-12146-GAO |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) <br> A Class of Persons Similarly Situated, ) | |
| Plaintiff, ) | |
| v. ) | |
| STATE STREET CORPORATION, et al. ) | |
| Defendants. ) <br> Docket No. 09-cv-10750 ) | |

**UNDERWRITER DEFENDANTS' RESPONSE TO PLAINTIFFS'
RESPONSE TO STATE STREET DEFENDANTS' MOTION TO COORDINATE
*KENNEY v. STATE STREET CORP.* WITH *HILL v. STATE STREET CORP.*
(Filed Concurrently In Both Actions)**

Defendants Goldman, Sachs & Co., Morgan Stanley & Co. LLC, formerly known as Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and UBS Securities LLC (collectively, the "Underwriter Defendants"), Defendants in Hill v. State Street Corp., 09-cv-12146-GAO ("Hill"), respectfully submit this response to the Hill Securities Lead Plaintiffs' response, filed October 17, 2011 (Docket No. 124), to the State Street Defendants' Motion to

1

Coordinate <u>Kenney v. State Street Corp., et al.</u>, with <u>Hill v. State Street Corp., et al.</u>, filed October 12, 2011 (Docket No. 121).

As stated in the State Street Defendants' motion, the Underwriter Defendants would assent to coordination for discovery purposes of <u>Hill</u> with <u>Kenney v. State Street Corp.,</u> Civ. No. 09-10750-DJC ("<u>Kenney</u>").  The Underwriter Defendants, however, object to the consolidation for all purposes of <u>Hill</u> and <u>Kenney</u> for the following reasons:

1. The Underwriters Defendants are not parties in <u>Kenney</u>.

2. The legal claims in <u>Hill</u> and <u>Kenney</u> are different.  The only claims against the Underwriter Defendants in <u>Hill</u> are brought under Sections 11 and 12(a)(2) of the Securities Act of 1933 (the "Securities Act").  The only claim in the second amended <u>Kenney</u> complaint (the "<u>Kenney</u> Complaint") is a prudence claim under the Employee Retirement Income Security Act.

3. The factual allegations in <u>Hill</u> and <u>Kenney</u> are different.  The only claims against the Underwriter Defendants in <u>Hill</u> are based solely on statements made in offering documents for a June 2008 public offering of State Street common stock (the "June 2008 offering").  The <u>Kenney</u> Complaint makes just a single passing reference to the June 2008 offering and rather it turns on alleged losses related to State Street's conduits that purportedly necessitated a May 2009 offering of State Street common stock (the "May 2009 offering").

4. Indeed, plaintiff in <u>Kenney</u> is seeking non-party discovery from the Underwriter Defendants only with respect to the May 2009 offering, which took place almost a year after the June 2008 offering at issue in <u>Hill</u>.

5. The claims under Sections 11 and 12(a)(2) of the Securities Act in <u>Hill</u> are subject to unique defenses not at issue in <u>Kenney</u>.

Accordingly, the Underwriter Defendants object to consolidation of the actions for all purposes.

As stated above and in the State Street Defendants' motion, the Underwriter Defendants would assent to coordination of the actions for discovery purposes.  The Underwriter Defendants' agreement to such coordination is based on their understanding that the protective order entered in Kenney would continue to apply such that any discovery provided by the Underwriter Defendants as non-parties in Kenney, including any documents that the Underwriter Defendants have agreed to produce in that action, would not be made available to plaintiffs in Hill absent the subsequent agreement of the parties or order of the Court.

Dated:  October 18, 2011

    Respectfully submitted,

    CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED; AND UBS SECURITIES LLC

    By their attorneys,

     /s/ Stephen D. Poss
    Stephen D. Poss (BBO No. 551760)
    Daniel P. Roeser (BBO No. 675223)
    GOODWIN PROCTER LLP
    53 State Street
    Boston, Massachusetts 02109
    Tel:  617-570-1000
    Fax:  617-523-1231
    Email:  sposs@goodwinprocter.com
    Email:  droeser@goodwinprocter.com

## Certificate Of Service

       I, Stephen D. Poss, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 18, 2011.

Dated:  October 18, 2011                         /s/ Stephen D. Poss
                                                                Stephen D. Poss