**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> SECURITIES ACTIONS ) <br> ) <br> DOCKET NO. 09-cv-12146-NG ) | Master Docket No.1:09-cv-12146 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG, in the above-referenced matter.

Dated:  November 11, 2011

                                                    Respectfully submitted,

                                                  /s/ Badge Humphries
                                                  Badge Humphries (Admitted *Pro Hac Vice*)
                                                  Motley Rice LLC
                                                  28 Bridgeside Boulevard
                                                  Mount Pleasant, South Carolina 29464
                                                  Telephone:  (843) 216-9000
                                                  Fax:  (843) 216-9450
                                                  Email:  bhumphries@motleyrice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 11, 2011.

/s/ Badge Humphries
Badge Humphries