**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) ) ) ) THIS DOCUMENT RELATES TO THE ) SECURITIES ACTIONS ) ) ) DOCKET NO. 09-cv-12146-NG ) | Master Docket No.1:09-cv-12146 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG, in the above-referenced matter.

Dated: November 11, 2011

Respectfully submitted,

/s/ J. Brandon Walker
J. Brandon Walker (Admitted *Pro Hac Vice*)
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Fax: (843) 216-9450
Email: bwalker@motleyrice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 11, 2011.

                                                      /s/ J. Brandon Walker
                                                      J. Brandon Walker