**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | Master Docket |
| ) | No. 1:09-cv-12146-GAO |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ) | |
| ACTIONS ) | |
| ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) | |
| a Class of Persons Similarly Situated ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 09-10750-DJC |
| ) | |
| STATE STREET CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO ENLARGE TIME TO FILE STIPULATION AND ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

WHEREAS, on November 9, 2011, the Court convened a status conference in the above-captioned matters and ordered the parties to file a proposed Common Protective Order by November 17, 2011; and

WHEREAS, the parties have achieved substantial agreement on the terms of a proposed Common Protective Order, but need two additional business days to further confer;

WHEREFORE, the parties respectfully request that the Court extend until and through November 21, 2011 the deadline to file a proposed Common Protective Order.

- 2 -

Respectfully submitted by Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ James W. Prendergast<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: jeffrey.rudman@wilmerhale.com<br>Email: william.paine@wilmerhale.com<br>Email: james.prendergast@wilmerhale.com<br>Email: john.butts@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED; AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>/s/ Stephen D. Poss<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |
| --- | --- |
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br><br>/s/ Thomas J. Dougherty<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay  (BBO #638260)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br>Email: dougherty@skadden.com<br>Email: Kara.Fay@skadden.com | |


- 3 -

Respectfully submitted by Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br><br>/s/ John C. Browne<br>Steven B. Singer (*Admitted Pro Hac Vice*)<br>John C. Browne (*Admitted Pro Hac Vice*)<br>Lauren A. McMillen (*Admitted Pro Hac Vice*)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>James M. Hughes (*Admitted Pro Hac Vice*)<br>Bade Humpries (*Admitted Pro Hac Vice*)<br>J. Brandon Walker (*Admitted Pro Hac Vice*)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>William H. Narwold (*Admitted Pro Hac Vice*)<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Tel.: (860) 882-1676<br>(860) 882-1682<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109 | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br><br>/s/Michelle H. Blauner<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>**VITA LAW OFFICES P.C.**<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426-6566<br>rjv@vitalaw.com |

| | |
|---|---|
| Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | |
| **THOMAS U. KENNEY**<br><br>By his attorneys,<br><br><br>/s/ Mark Levine<br>**STULL, STULL & BRODY**<br>Mark Levine (*Admitted Pro Hac Vice*)<br><br>Patrick Slyne<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>Email:  mlevine@ssbny.com<br><br>**HUTCHINGS, BARSAMIAN,<br>MANDELCORN & ZEYTOONIAN, LLP**<br>Theodore M. Hess-Mahan<br>110 Cedar Street, Suite 250<br>Wellesley Hills, MA 02481<br>Tel: (781) 431-2231 ext. 234<br>Fax: (781) 431-8726<br>Email:  thess-mahan@hutchingsbarsamian.com<br><br>**MAJOR KHAN, LLC**<br>Major Khan<br>1120 Avenue of the Americas<br>Suite 4100<br>New York, NY 10036<br>Tel: (646) 546-5664<br>Fax: (646) 546-5755 | |

## CERTIFICATE OF SERVICE

      I, James W. Prendergast, hereby certify that this document filed through the ECF system in *Kenney* and the Consolidated Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 17, 2011.

<div style="text-align:right">

/s/ James W. Prendergast  
James W. Prendergast

</div>

ACTIVEUS 91462932v1