# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                            )
HILL v. STATE STREET CORPORATION            )
                                            )   Master Docket No. 1:09-cv-12146
_____)
                                            )
                                            )
THIS DOCUMENT RELATES TO ALL ERISA          )
ACTIONS                                     )
                                            )
_____)

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, notice is hereby given of the appearance of Robert Ditzion of the law firm Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiff Casey J. Richard in the above-captioned action.

Dated: November 18, 2011                              Respectfully submitted,

                                                      **/s/ Robert Ditzion**
                                                      Robert Ditzion (BBO#660962)
                                                      **SHAPIRO HABER & URMY LLP**
                                                      53 State Street
                                                      Boston, MA  02109
                                                      (617) 439-3939 – Telephone
                                                      (617) 439-0134 – Facsimile
                                                      rditzion@shulaw.com

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 18, 2011.

                                              **/s/ Robert Ditzion**
                                              Robert Ditzion