# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) ) |

Master Docket No. 1:09-cv-12146

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2(c), please take notice that Brian R. Michael of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel for Defendants State Street Corporation, State Street Bank & Trust Co., North America Regional Benefits Committee of State Street Corporation, State Street Corporation Investment Committee, Jayne Donahue, David Gutshenritter, David O'Leary, Richard Logue, Charles Cutrell, Kathryn Horgan, Stephen DeSalvo, Lee Jones, Anne Tangen, Doreen Rigby, Ross McLellan, Jacques Longerstaey, Alison Quirk, Tenley E. Albright, Kennett F. Burnes, Truman S. Casner, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, Arthur L. Goldstein, David P. Gruber, Linda A. Hill, Charles R. Lamantia, Maureen J. Miskovic, Richard P. Sergel, Ronald L. Skates, Gregory

L. Summe, Diana Chapman Walsh, Robert E. Weissman, Ronald E. Logue, Edward J. Resch,

Pamela D. Gormley, and James J. Malerba, in the above referenced matter.[1]

Dated:  December 15, 2011

Respectfully submitted,

_Brian R. Michael_
Brian R. Michael (*PRO HAC VICE*)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Tel: (213) 443-5300
Fax: (213) 443-5400
E-mail: brian.michael@wilmerhale.com

---

[1] State Street Corp., State Street Bank & Trust Co., North America Regional Benefits Committee of State Street Corp., State Street Corp. Investment Committee, Charles Cutrell, Jayne Donahue, Pamela Gormely, David Gutshenritter, Charles Cutrell, Kathryn Horgan, Richard Logue, James Malerba, David O'Leary Stephen deSalvo, Jayne Donahue, Lee Jones, Anne Tangen, Doreen Rigby, Ross McLellan, Jacques Longerstaey, and Alison Quirk are defendants in *Richard v. State Street Corp. et al.*, 10-10184; State Street Corp., Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, James J. Malerba, Tenley E. Albright, Kennett F. Burnes, Truman S. Casner, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, Arthur L. Goldstein, David P. Gruber, Linda A. Hill, Charles R. Lamantia, Maureen J. Miskovic, Richard P. Sergel, Ronald L. Skates, Gregory L. Summe, Diana Chapman Walsh, and Robert E. Weissman are defendants in *Demory v. State Street Corp. et al.*, 10-10064; State Street Corp., Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, and James J. Malerba are defendants in *Hill v. State Street Corp. et al.*, 09-12146.

US1DOCS 7519562v1

## CERTIFICATE OF SERVICE

I, Brian R. Michael, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated December 15, 2011.

*Brian R. Michael*
Brian R. Michael

US1DOCS 7519562v1