**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | Master Docket No. 1:09-cv-12146 |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ) | |
| ACTIONS ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) | |
| A Class of Persons Similarly Situated ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 09-10750-DJC |
| ) | |
| STATE STREET CORPORATION, et al. ) | |

**Joint Status Report**

Pursuant to the Scheduling Order dated November 9, 2011 (Master Dkt. No. 129) (the "Scheduling Order"), the parties submit this brief joint statement addressing the issues itemized in Paragraph 2 of that Order.

(i) <u>The status of the case</u>: The parties have completed the activities described in Paragraphs 1.A. – 1.C. of the Scheduling Order. In addition, the parties have propounded the following written discovery:

- On January 23, 2012, Plaintiffs served their first set of document requests on the State Street Defendants.

- On January 27, 2012, the State Street Defendants served their first set of document requests directed to the Hill Plaintiffs to plaintiff Richard.
- On February 2, 2012, the State Street Defendants served interrogatories on Plaintiffs.

The parties will make these discovery requests available at the February 13, 2012 conference should the Court wish to review them. The parties anticipate timely responding to the requests and thereafter meeting and conferring regarding the requests, if necessary.

(ii)     <u>Anticipated upcoming events to be addressed at the February 13, 2012 conference:</u>

- Defendant Ernst & Young LLP will be submitting a letter to the Court requesting that the Court set a schedule to consider whether a class can be certified as to the Securities Act claims asserted by the plaintiffs in the *Hill* action in the near term, before the completion of merits discovery. E&Y will request that the Court provide for limited discovery on the discrete issues of Securities Act standing and timeliness. Counsel for E&Y conferred with Plaintiffs' counsel to discuss submission of the letter, and Plaintiffs' counsel indicated that they intend to oppose E&Y's request. The parties request, at the February 13, 2012 status conference, that the Court set a schedule to address this issue.
- Pursuant to the Scheduling Order, the State Street Defendants have produced to Plaintiffs in *Hill* and *Richard* copies of all document requests, responses to requests for documents, and interrogatories propounded in the matter of *People of the State of California v. State Street Corp.*, Index No. 34-2008-00008457 (Cal. Super. Ct.) (the "California Qui Tam Action"). The parties request, at the February 13, 2012 conference, that this Court set a schedule to address the issue of whether the State Street Defendants should be required to

produce to Plaintiffs the documents which they produced in the California Qui Tam Action, a request that the State Street Defendants oppose.

(iii)    <u>Scheduling for the remainder of the case through trial</u>:  The Scheduling Order requires that document production shall be substantially complete by August 17, 2012.  As the parties meet and confer regarding their pending discovery requests, they will evaluate the time reasonably necessary to produce documents responsive to the pending requests.  As raised at the scheduling conference held November 9, 2011, the State Street Defendants continue to have concerns as to whether such document production, which will likely require the Court's attention to varied disputes raised by the parties' requests, can be substantially completed by the current August 17, 2012 deadline, even with the significant effort now underway.  Plaintiffs believe that it is premature to address the substantial completion date before the parties have had their first meet and confer regarding the document requests.  With the exception of the proceedings discussed in Section (ii) above, it is the parties' understanding that the court will address the balance of the scheduling in this case at some point after August 17, 2012.

(iv)    <u>The use of alternative dispute resolution ("ADR") programs</u>:  The parties agree that ADR may well be appropriate at a later stage of this case, but that it is too early at this time.

(v)     <u>Consent to trial before a Magistrate Judge</u>:  At this point, the parties have not consented to a trial before a Magistrate Judge.

## **Conclusion**

The parties believe that this Joint Status Report fully describes the current posture of these cases.

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br> */s/ Steven B. Singer* _____<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br> */s/ Thomas G. Shapiro* _____<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>**SHAPIRO HABER & URMY LLP**<br>53  State Street<br>Boston, MA 02109<br><br><br>Telephone: (617) 439-3939<br><br><br><br>Facsimile: (617) 439-0134<br><br><br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>**VITA LAW OFFICES P.C.**<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br><br><br>(617) 426-6566<br><br><br>rjv@vitalaw.com |

**THOMAS U. KENNEY**

By his attorneys,

**HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP**
Theodore M. Hess-Mahan
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel: (781) 431-2231 ext. 234
Fax: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

  ___/s/ Mark Levine_____
**STULL, STULL & BRODY**
Mark Levine
mlevine@ssbny.com
Patrick Slyne
pkslyne@ssbny.com
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**MAJOR KHAN, LLC**
Major Khan
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff Kenney*

Respectfully submitted by the Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br> */s/ James W. Prendergast*_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED;  AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>  */s/ Stephen D. Poss*_____<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>**GOODWIN PROCTER LLP**<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |
| --- | --- |
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br> */s/ Thomas J. Dougherty*_____<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay  (BBO #638260)<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br>dougherty@skadden.com | |

**CERTIFICATE OF SERVICE**

I, James Prendergast, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated February 6, 2012.

_____*/s/ James Prendergast* _____