UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master File No. 09 Civ. 12146 (GAO)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>ECF Case |

### NOTICE OF WITHDRAWAL OF ATTORNEY J. BRANDON WALKER

TO: CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.5.2(c), Court-appointed Co-Lead Counsel Motley Rice LLC hereby withdraws J. Brandon Walker, Esq. as counsel to Co-Lead Plaintiffs to the Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG in the above-captioned action.

Dated: February 28, 2012

Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ Badge Humphries*
Badge Humphries (*Admitted Pro Hac Vice*)
James M. Hughes (*Admitted Pro Hac Vice*)
William S. Norton (*Admitted Pro Hac Vice*)
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450

## CERTIFICATE OF SERVICE

      I, Badge Humphries, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated on February 28, 2012.

                                                     */s/ Badge Humphries*
                                                     Badge Humphries