# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION | : |
|  | : |
|  | : |
|  | : Master Docket No. 09-cv-12146-NG |
| THIS DOCUMENT RELATES TO THE | : |
| SECURITIES ACTIONS | : |
|  | : |
| DOCKET NO. 09-cv-12146-NG | : |

_____

## NOTICE OF WITHDRAWAL OF ATTORNEY JEFFREY C. BLOCK

TO:   CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Jeffrey C. Block is hereby withdrawn as counsel for plaintiffs in the above-captioned action, pursuant to Local Rule 83.5.2(c).  Plaintiffs continue to be represented by Berman DeValerio in this action.


DATED:  March 2, 2012          Respectfully submitted,


                               */s/Bryan A. Wood*
                               Bryan A. Wood
                               BERMAN DEVALERIO
                               One Liberty Square, 8th Floor
                               Boston, MA  02109
                               Telephone:   (617) 542-8300
                               Facsimile:   (617) 542-1194
                               e-mail:   bwood@bermandevalerio.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send electronic notice of such filing to all attorneys of record.

*/s/Bryan A. Wood*
Bryan A. Wood