UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION </br></br> THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Master Docket No. 1:09-cv-12146 |
| THOMAS U. KENNEY, on Behalf of Himself and A Class of Persons Similarly Situated </br></br> Plaintiff, </br></br> v. </br></br> STATE STREET CORPORATION, et al. | Civil Action </br> No. 09-10750-DJC |

**Joint Status Report for April 4, 2012 Status Conference**

Pursuant to the Scheduling Order dated February 13, 2012 (Master Dkt. No. 139) (the "Scheduling Order"), the parties submit this brief joint statement addressing the issues itemized in Paragraph 2 of that Order.

(i) <u>The status of the case</u>: The parties have completed the activities described in Paragraphs 1.A. – 1.D. of the Scheduling Order. The Hill and Richard Plaintiffs and State Street Defendants were unable to reach agreement on the Hill and Richard Plaintiffs' request for production of all documents that the State Street Defendants produced in the California Qui Tam Action ("Plaintiffs' CA FX Request"). In accordance with the schedule set forth in the Scheduling Order, the Hill and Richard Plaintiffs and State Street Defendants have filed letters

detailing their respective positions with respect to this request, and will be prepared to address them during the April 4, 2012 conference.

In addition, the State Street Defendants have responded to Plaintiffs' first set of document requests, and Plaintiffs have responded to the State Street Defendants' first set of document request and interrogatories. The parties anticipate meeting and conferring regarding the requests and responses as necessary.

On February 24, 2012, Defendant Ernst & Young LLP (E&Y) served its First Set Of Requests For Admission And Interrogatories To Lead Plaintiffs in the *Hill* Action. The parties have agreed that Plaintiffs' responses will be served by or before April 13, 2012.

On March 14, 2012 and in light of Plaintiffs' March 9, 2012 response, E&Y withdrew its previous letter request for early determination of certain threshold class certification issues, reserving its right to raise the issues in its request at a later time and without accepting the correctness of Plaintiffs' response.

Finally, on March 27, 2012, plaintiffs served their first set of documents responses on E&Y and the Underwriters respectively.

(ii)     <u>Anticipated upcoming events to be addressed at the April 4, 2012 conference:</u>

As detailed above, the parties have briefed their dispute regarding the production of the documents which the State Street Defendants produced in the California Qui Tam Action, and will be prepared to address them during the April 4, 2012 conference.

(iii)    <u>Scheduling for the remainder of the case through trial</u>:  The Scheduling Order currently requires that document production shall be substantially complete by August 17, 2012. In addition to the materials from the *Kenney* Action already produced, the parties expect that following disposition of Plaintiffs' CA FX Request, regardless of which of the parties' respective

positions prevails, the State Street Defendants will shortly thereafter produce a substantial number of documents made available in the California Qui Tam Action.  In addition, as the parties meet and confer regarding their pending discovery requests, they will evaluate the time reasonably necessary to produce documents responsive to those pending requests.  As raised at the scheduling conferences held on November 9, 2011 and February 13, 2012, however, the Defendants do not believe that document production in response to the 230 document requests Plaintiffs served on the State Street Defendants, which will likely require the Court's attention to varied disputes raised by the parties' requests, as well as whatever production may be made in response to the just-served document requests that E&Y and the Underwriters are only now reviewing, can be substantially completed by the current August 17, 2012 deadline, even with the significant effort now underway.  Plaintiffs believe that it is premature to address the substantial completion date before the parties have had their first meet and confer regarding the document requests.  The parties suggest that the Court defer this issue until the next status conference.

     (iv)    <u>The use of alternative dispute resolution ("ADR") programs</u>:  The parties agree that ADR may well be appropriate at a later stage of this case, but that it is too early at this time.

     (v)    <u>Consent to trial before a Magistrate Judge</u>:  At this point, the parties have not consented to a trial before a Magistrate Judge.

## **Conclusion**

The parties believe that this Joint Status Report fully describes the current posture of these cases.

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>*/s/ John C. Browne*<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br>*/s/ Robert E. Ditzion*<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO # 660962<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439‐3939<br>Facsimile: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>VITA LAW OFFICES P.C.<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426‐6566<br>rjv@vitalaw.com |

| | |
|---|---|
| **THOMAS U. KENNEY**<br><br>By his attorneys,<br><br>**HUTCHINGS, BARSAMIAN,**<br>**MANDELCORN & ZEYTOONIAN, LLP**<br>Theodore M. Hess-Mahan<br>110 Cedar Street, Suite 250<br>Wellesley Hills, MA 02481<br>Tel: (781) 431-2231 ext. 234<br>Fax: (781) 431-8726<br>thess-mahan@hutchingsbarsamian.com<br><br>*/s/ Mark Levine*<br>**STULL, STULL & BRODY**<br>Mark Levine<br>mlevine@ssbny.com<br>Patrick Slyne<br>pkslyne@ssbny.com<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br><br>**MAJOR KHAN, LLC**<br>Major Khan<br>1120 Avenue of the Americas<br>Suite 4100<br>New York, NY 10036<br>Tel: (646) 546-5664<br>Fax: (646) 546-5755<br><br>*Counsel for Plaintiff Kenney* | |

Respectfully submitted by the Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>*/s/ James W. Prendergast*<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED;  AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>*/s/ Stephen D. Poss*<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>**GOODWIN PROCTER LLP**<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |
|---|---|
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br><br>*/s/ Thomas J. Dougherty*<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay  (BBO #638260)<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br>dougherty@skadden.com | |

## CERTIFICATE OF SERVICE

  I, James W. Prendergast, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated March 28, 2012.

                       */s/ James W. Prendergast*
                       James W. Prendergast