UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | MASTER DOCKET |
| THIS DOCUMENT RELATES ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS ) | |
| _____) | |
| and ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of ) | |
| Himself and a Class of Persons ) | |
| Similarly Situated, ) | CIVIL ACTION |
| ) | NO. 09-10750-DJC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STATE STREET CORPORATION, et al., ) | (filed concurrently in both actions) |
| ) | |
| Defendants. ) | |

# SCHEDULING ORDER AND
# ORDER REGARDING DISCOVERY

On April 4, 2012, this court held a status conference pursuant to Fed. R. Civ. P. 16(a) and a hearing to consider the parties' dispute regarding the production of documents that were produced in the matter of People of the State of California v. State Street Corporation, et al., Index No. 34-2008-00008457 (Cal. Super. Ct.) (the "California AG Action"). After consideration of the parties' written submissions and their oral arguments, it is hereby ORDERED as follows:

1.    The parties shall comply with the following deadlines:

        A.      By **April 18, 2012**, the State Street Defendants shall produce all of the documents that were produced in the California AG Action, but only to the extent that such documents are relevant and responsive to the document production requests in this action, and cover the time period from October 17, 2004 through October 19, 2011.

        B.      By **May 2, 2012**, the State Street Defendants shall produce a "non-production log" describing with specificity the categories of documents that were produced in the California AG Action and cover the time period from October 17, 2004 through October 19, 2011, but have been withheld from production in this action.

        C.      The **August 17, 2012** deadline for the substantial completion of document production shall remain in effect pending further order of the court.

2.     A status conference and a hearing on any further issues involving the scope of production of documents shall take place on **June 6, 2012 at 2:30 p.m.** in Courtroom #15 on the 5th floor. To the extent that any party wants to be heard on a discovery motion at the status conference, they shall make arrangements to have the motion fully briefed at least three (3) business days before the conference. In addition, at the conference, the parties shall be prepared to discuss:

        (i)      the status of the case;
        (ii)     scheduling for the remainder of the case through trial;
        (iii)    the use of alternative dispute resolution ("ADR") programs; and
        (iv)    consent to trial before the Magistrate Judge.

3.     The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR and having one or more of the matters tried by a

Magistrate Judge, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

                                      / s / Judith Gail Dein  
                                      Judith Gail Dein  
Dated: April 5, 2012                United States Magistrate Judge