# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | Master Docket No.1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO THE ) SECURITIES ACTIONS ) | **ORAL ARGUMENT REQUESTED** |
| DOCKET NO. 09-cv-12146-GAO ) | |

## DEFENDANT ERNST & YOUNG LLP'S MOTION TO COMPEL LEAD PLAINTIFFS TO RESPOND TO REQUESTS FOR ADMISSION AND INTERROGATORIES

Defendant Ernst & Young LLP ("E&Y") hereby moves, pursuant to Rules 33, 36, and 37 of the Federal Rules of Civil Procedure and Rules 7.1 and 37.1 of the Local Rules of this Court, for an Order compelling plaintiffs Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG (collectively, "Lead Plaintiffs") to admit or deny Requests for Admission Nos. 1, 4, 5, 6, 7, 8, 9, 10, 11, and 12 and provide substantive answers to Interrogatory Nos. 1, 2, 3, 4, and 5 of Defendant Ernst & Young LLP's First Set Of Requests For Admissions And Interrogatories To Lead Plaintiffs.

The grounds for this motion are set forth in the accompanying memorandum of law submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), E&Y respectfully requests a hearing on this motion.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for E&Y conferred with counsel for plaintiffs on May 8, 2012 and May 18, 2012 in a good faith attempt to resolve or narrow the issues involved in this Motion.

## LOCAL RULE 37.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for E&Y has complied with the provisions of Rule 37.1 of the Local Rules of this Court.

Dated: May 18, 2012
       Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Kara E. Fay  (BBO #638260)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
dougherty@skadden.com

Counsel for Defendant
Ernst & Young LLP

## Certificate Of Service

I, Thomas J. Dougherty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 18, 2012.

Dated:  May 18, 2012

/s/ Thomas J. Dougherty
Thomas J. Dougherty