# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HILL v. STATE STREET CORPORATION | ) ) ) | MASTER DOCKET NO. 1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) | |

| | | |
|---|---|---|
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated | ) ) ) ) | |
| Plaintiff | ) | Civil Action |
| v. | ) | No. 09-10750-DJC |
| STATE STREET CORPORATION, et al. | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS AND REFERENCES THERETO UNDER SEAL

Lead Plaintiffs in the *Hill v. State Street Corporation* action, Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG, ("Lead Plaintiffs"), hereby move, pursuant to Local Rule 7.2, for an order authorizing the filing under seal of certain exhibits attached to the May 30, 2012 letter to Magistrate Judge Dein from counsel in the above-captioned actions seeking to compel the production of certain documents from the State Street Defendants ("May 30 Letter Brief," attached hereto as **EXHIBIT 1**) and all references therein to such exhibits.  In support of this motion, Lead Plaintiffs state as follows:

1.      On November 22, 2011, the Court entered a Common Stipulation and Protective Order for the Production and Exchange of Confidential Information in the above-captioned actions (the "Confidentiality Order") (ECF Nos. 134 & 135).  Under Paragraph 10 of the Confidentiality Order, documents filed with the court containing or disclosing discovery materials or information that the producing party has designated "Confidential" shall be filed under seal.

2.      While nothing in the May 30 Letter Brief has been designated confidential by Plaintiffs (and Plaintiffs reserve their right to dispute that any such material is confidential), portions of the May 30 Letter Brief and its exhibits contain or describe discovery that Defendants or Third Parties have designated as Confidential.  Accordingly, Lead Plaintiffs respectfully request leave to file under seal those portions of the May 30 Letter Brief that contain or describe the Confidential information and those exhibits to the May 30 Letter Brief that are documents designated as Confidential.

### Certification Under Local Rule 7.1(a)(2)

3.      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Defendants assent to the instant motion seeking to file Exhibit A to the May 30 Letter Brief, and all references thereto, under seal by virtue of their stipulated "assent to the filing of any motion to impound concerning any Confidential Discovery Material or documents designated as Confidential."  *See* Confidentiality Order, ¶10.

WHEREFORE, Lead Plaintiffs respectfully request that this Court enter an order:

(A)      authorizing the filing under seal of the un-redacted copies of the May 30 Letter Brief and Exhibits B, D and W thereto; and

(B)      for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  May 30, 2012                By:  **BERMAN DEVALERIO**


By:    /s/ Bryan A. Wood
Bryan A. Wood, (BBO# 648414)
One Liberty Square
Boston, Massachusetts 02109
Tel.: 617-542-8300
Fax:  617-542-1194
Email: *bwood@bermandevalerio.com*

**Liaison counsel for Lead Plaintiffs
Public Employees' Retirement System of
Mississippi and Union Asset Management
Holding AG**


## CERTIFICATE OF SERVICE

I, Bryan A. Wood, hereby certify that this document, filed through the ECF
system, will be sent electronically to the registered participants as identified on the Notice
of Electronic Filing, and paper copies will be sent to those indicated as nonregistered
participants by first class mail on May 30, 2012.


Dated:  May 30, 2012                      /s/ Bryan A. Wood
                                     Bryan A. Wood


## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that said Lead Plaintiffs' counsel have
conferred with Defendants' counsel in a good faith attempt to resolve or narrow the
issues involved in this motion, and said Defendants' counsel has assented to the relief
requested in this Motion.

Dated:  May 30, 2012                      /s/ Bryan A. Wood
                                     Bryan A. Wood