# EXHIBIT A

# WILMERHALE

**Seth A. Moskowitz**

+1 617 526 6162(t)
+1 617 526 5000(f)
seth.moskowitz@wilmerhale.com

May 2, 2012

*By Hand*

Michelle Blauner, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re: *Hill/Richard/Kenney v. State Street Corp. et al.*

Dear Michelle:

Pursuant to Magistrate Judge Dein's April 5, 2012 Order, this letter hereby serves as the State Street Defendants' "non-production log" describing the categories of documents that were produced in the California AG Action and cover the time period from October 17, 2004 through October 19, 2011 (the "Production Period"), but have been withheld from production in this action. The State Street Defendants have withheld the following categories of documents from their April 18, 2012 document production:

1. **Documents concerning solely the performance of State Street's non-foreign exchange custodial duties or functions**: In the California AG Action, State Street produced a number of documents relating solely to the performance of custodial services for CalPERS and CalSTRS that did not concern foreign currency exchange. The State Street Defendants did not produce documents in this action that related exclusively to State Street's performance of non-foreign exchange related custodial duties or functions — in total, 60,250 documents (261,202 pages).[1]

2. **Documents that do not concern foreign currency exchange**: In their April 18, 2012 document production, the State Street Defendants withheld documents that, based on relevant search term identification, do not relate to State Street's foreign currency exchange practices. Specifically, the State Street Defendants did not produce documents from the Production Period that lacked any reference to the following terms: fx, "foreign /3 exchange," "foreign /3 currency," CFX, forex, repatriat+, or AIR — in total, 7,454 documents (30,834 pages).

The documents on the enclosed CD — 3,155 documents totaling 14,040 pages — are those from the Production Period that were not produced as part of the State Street Defendants' April 18, 2012 document production and do not fall within either of the two categories referenced above. These documents are bates numbered SST-CAFX-HILL001205012 through SST-CAFX-HILL001219052.

---

[1] Documents that concerned both foreign exchange duties and other custodial functions have been produced.

WilmerHale

Michelle Blauner, Esq.
May 2, 2012
Page 2

The other CD contains the two spreadsheets of trade data the State Street Defendants produced as part of their April 18, 2012 document production, and are now bates numbered SST-CAFX-HILL001219053 through SST-CAFX-HILL001219054. With the exception of the new bates numbers, these spreadsheets are identical to those produced on April 18.

The documents on both CDs have been labeled as Confidential pursuant to the Protective Order entered by the Court on November 22, 2011, and should be treated accordingly.

Best regards,

Seth A. Moskowitz

Enclosures

cc: *via email*

   William H. Paine, Esq.
   James W. Prendergast, Esq.
   John J. Butts, Esq.
   Timothy Perla, Esq.

   John C. Browne, Esq.
   Lauren A. McMillen, Esq.
   Rebecca E. Boon, Esq.

   William H. Narwold, Esq.
   Badge Humphries, Esq.
   W. Taylor Lacy, Esq.

   Mark Levine, Esq.
   Patrick K. Slyne, Esq.