# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, et al, | ) ) |
|     Plaintiffs, | ) ) |
|       v. | ) ) ) |
| STATE STREET CORPORATION, STATE STREET BANK & TRUST COMPANY, and STATE STREET GLOBAL MARKETS, LLC | ) ) ) ) |
|     Defendants. | ) |

C.A. No. 11-10230-MLW

ORDER

WOLF, D.J.                                                          May 8, 2012

For the reasons described in detail in court on May 8, 2012, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss (Docket No. 18) is ALLOWED to the extent that the claims against defendant State Street Corporation are DISMISSED and, by agreement of the parties, the claims against defendant State Street Global Markets, LLC are DISMISSED without prejudice. The Motion to Dismiss is DENIED with regard to the claims against defendant State Street Bank & Trust Company.

2. By July 13, 2012, representatives of the parties and their counsel shall meet at least once to discuss the possibility of settling this case; report, jointly if possible but separately if necessary, concerning whether they have reached an agreement to do so; and, if not, report whether they both wish to engage in

1

mediation, either privately or before a magistrate judge.

3. If case is not settled and there is no agreement to engage in mediation, by August 30, 2012, the parties shall respond to the attached Notice of Scheduling Conference.

4. If necessary, a scheduling conference shall be held on September 18, 2012, at 3:00 p.m. Representatives of the parties with settlement authority shall attend.


                                                     /s/ Mark L. Wolf
                                           UNITED STATES DISTRICT JUDGE