UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION )<br>)<br>) )<br>)<br>THIS DOCUMENT RELATES TO ALL CLASS )<br>ACTIONS )<br>)<br>) | Master Docket No. 1:09-cv-12146 |

### Joint Motion for Extension of Certain Briefing

Pursuant to the parties' agreement, the *Hill* Plaintiffs' time to respond to the letter brief filed by the State Street Defendants (ECF No. 153) and the Motion to Compel filed by Ernst & Young (ECF No. 154) has been extended from June 6, 2012 to June 7, 2012.

Respectfully submitted by the Plaintiffs,

| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>/s/ John C. Browne<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>Rebecca E. Boon (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC** | CASEY J. RICHARD<br><br>By his attorneys,<br><br>/s/ Robert E. Ditzion<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53  State Street<br>Boston, MA 02109<br>Telephone: (617) 439‐3939<br>Facsimile: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br>rditzion@shulaw.com<br><br>VITA LAW OFFICES P.C.<br>Richard Vita BBO # 510260<br>77 Franklin Street |

| | |
|---|---|
| William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | Boston, MA 02109<br>(617) 426 - 6566<br>rjv@vitalaw.com |

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ James W. Prendergast_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED; AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>/s/ Stephen D. Poss_____<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>**GOODWIN PROCTER LLP**<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |

| | |
|---|---|
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br>/s/ Thomas J. Dougherty_____<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay  (BBO #638260)<br>**SKADDEN, ARPS, SLATE,**<br>   **MEAGHER & FLOM LLP**<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br>dougherty@skadden.com | |

## CERTIFICATE OF SERVICE

     I, Lauren A. McMillen, hereby certify that this document filed through the ECF system in *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated June 6, 2012.

                                                                                                   /s/ Lauren A. McMillen