**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master Docket<br>No. 1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.<br><br>Defendants. | No. 1:09-cv-10750-DJC |

**JOINT MOTION TO ENLARGE TIME TO FILE RESPONSE TO PLAINTIFFS'
LETTER REQUEST TO COMPEL THE PRODUCTION OF
<u>CERTAIN DOCUMENTS RELATED TO THE CONDUITS</u>**

Pursuant to Local Rule 7.1(a)(1), State Street Defendants submit this assented to motion for a seven-day extension of the deadline for their filing of a response to Plaintiffs' letter request to compel the production of certain documents related to the conduits (Dkt. No. 156 in the Securities Action (Case No. 09-12146), Dkt. No. 182 in the *Kenney* action (Case No. 09-10750)), from June 13, 2012, to June 20, 2012.

WHEREFORE, State Street Defendants respectfully request that the Court extend, until June 20, 2012, the deadline for State Street Defendants to file their response to the letter request to compel the production of certain documents related to the conduits.

Respectfully submitted by Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ James W. Prendergast<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: jeffrey.rudman@wilmerhale.com<br>Email: william.paine@wilmerhale.com<br>Email: james.prendergast@wilmerhale.com<br>Email: john.butts@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC; GOLDMAN, SACHS & CO.; MORGAN STANLEY & CO. LLC, formerly known as MORGAN STANLEY & CO. INCORPORATED; AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>/s/ Stephen D. Poss<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |
|---|---|
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br><br>/s/ Thomas J. Dougherty<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay  (BBO #638260)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br>Email: dougherty@skadden.com<br>Email: Kara.Fay@skadden.com | |

Respectfully submitted by Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>/s/ John C. Browne<br>Steven B. Singer (*Admitted Pro Hac Vice*)<br>John C. Browne (*Admitted Pro Hac Vice*)<br>Lauren A. McMillen (*Admitted Pro Hac Vice*)<br>Rebecca E. Boon (*Admitted Pro Hac Vice*)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>James M. Hughes (*Admitted Pro Hac Vice*)<br>Bade Humpries (*Admitted Pro Hac Vice*)<br>J. Brandon Walker (*Admitted Pro Hac Vice*)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>William H. Narwold (*Admitted Pro Hac Vice*)<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Tel.: (860) 882-1676<br>(860) 882-1682<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br>/s/ Robert E. Ditzion<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>**VITA LAW OFFICES P.C.**<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426-6566<br>rjv@vitalaw.com |

Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
Email: ppease@bermandevalerio.com

*Liaison Counsel for Plaintiffs*

**THOMAS U. KENNEY**

By his attorneys,


/s/ Mark Levine
**STULL, STULL & BRODY**
Mark Levine (*Admitted Pro Hac Vice*)

Patrick Slyne
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email:  mlevine@ssbny.com

**HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP**
Theodore M. Hess-Mahan
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel: (781) 431-2231 ext. 234
Fax: (781) 431-8726
Email:  thess-mahan@hutchingsbarsamian.com

**MAJOR KHAN, LLC**
Major Khan
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

## **CERTIFICATE OF SERVICE**

I, James W. Prendergast, hereby certify that this document filed through the ECF system in *Kenney* and the Consolidated Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated June 13, 2012.

/s/ James W. Prendergast
James W. Prendergast
