UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master Docket No. 1:09-cv-12146 |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS | |
| THOMAS U. KENNEY, on Behalf of Himself and A Class of Persons Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al. | Civil Action<br>No. 09-10750-DJC |

**JOINT MOTION TO ENLARGE TIME FOR PARTIES TO SUBMIT PROPOSALS REGARDING PRODUCTION OF DOCUMENTS RELATING TO CONDUIT CONSOLIDATION**

Pursuant to this Court's Order dated, June 27, 2012, the State Street Defendants and the Plaintiffs have conferred in an effort to reach agreement as to which documents relating to conduit consolidation will be produced by the Defendants. Dkt. 172. The parties have not reached an agreement, but have not reached an impasse and believe that additional time might allow them to avoid, or narrow, a dispute. Therefore, the State Street Defendants and the Plaintiffs respectfully request that the Court extend the schedule by one week, so that:

(A) by **July 18, 2012,** the parties shall notify the court as to whether they have reached an agreement, and if not, to submit separate proposed requests for documents, and

(B)   any response to the opposing party's proposed request for documents shall be filed with the court by **July 25, 2012**.

Respectfully submitted by the Plaintiffs,

| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG** | **THOMAS U. KENNEY** |
|---|---|
| By their attorneys, | By his attorneys, |
| /s/ John C. Browne_____ | **HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP** |
| Steven B. Singer (Admitted Pro Hac Vice) | Theodore M. Hess-Mahan (BBO # 557109) |
| John C. Browne (Admitted Pro Hac Vice) | 110 Cedar Street, Suite 250 |
| Lauren A. McMillen (Admitted Pro Hac Vice) | Wellesley Hills, MA 02481 |
| Rebecca E. Boon (Admitted Pro Hac Vice) | Tel: (781) 431-2231 ext. 234 |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | Fax: (781) 431-8726 |
| | thess-mahan@hutchingsbarsamian.com |
| 1285 Avenue of the Americas, 38th Floor | |
| New York, New York 10019 | /s/ Mark Levine_____ |
| Tel.: (212) 554-1400 | **STULL, STULL & BRODY** |
| Fax.: (212) 501-0300 | Mark Levine (Admitted Pro Hac Vice) |
| Email: johnb@blbglaw.com | mlevine@ssbny.com |
| | Patrick Slyne (Admitted Pro Hac Vice) |
| **MOTLEY RICE LLC** | pkslyne@ssbny.com |
| William H. Narwold (Admitted Pro Hac Vice) | 6 East 45th Street |
| James M. Hughes (Admitted Pro Hac Vice) | New York, NY 10017 |
| Badge Humphries (Admitted Pro Hac Vice) | Tel: (212) 687-7230 |
| 28 Bridgeside Blvd. | Fax: (212) 490-2022 |
| Mt. Pleasant, SC 29464 | |
| Tel.: (843) 216-9000 | **MAJOR KHAN, LLC** |
| Fax: (843) 216-9450 | Major Khan |
| | 1120 Avenue of the Americas |
| *Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions* | Suite 4100 |
| | New York, NY 10036 |
| | Tel: (646) 546-5664 |
| | Fax: (646) 546-5755 |
| **BERMAN DEVALERIO** | |
| Bryan A. Wood (BBO#648414) | *Counsel for Plaintiff Kenney* |
| One Liberty Square | |
| Boston, MA 02109 | |
| Tel.: (617) 542-8300 | |
| Fax: (617) 542-1194 | |
| Email: ppease@bermandevalerio.com | |
| | |
| *Liaison Counsel for Plaintiffs* | |

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,** <br><br> By their attorneys, <br><br> /s/ James W. Prendergast_____ <br> Jeffrey B. Rudman (BBO No. 433380) <br> William H. Paine (BBO No. 550506) <br> James W. Prendergast (BBO No. 553073) <br> John J. Butts (BBO No. 643201) <br> **WILMER CUTLER PICKERING** <br> **  HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> james.prendergast@wilmerhale.com | |

## CERTIFICATE OF SERVICE

I, John J. Butts, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated July 11, 2012.

                                                    /s/ John J. Butts_____