UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ALL CLASS ) <br> ACTIONS ) <br> ) | Master Docket No. 1:09-cv-12146 |

## Assented-To Motion for Extension of Certain Briefing

Pursuant to the parties' agreement, the *Hill* Plaintiffs' time to respond to the State Street Defendants' Motion for Clarification (ECF No. 178) has been extended from August 3, 2012 to August 6, 2012.

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG** <br><br> By their attorneys, <br><br> /s/ John C. Browne<br> Steven B. Singer (Admitted Pro Hac Vice)<br> John C. Browne (Admitted Pro Hac Vice)<br> Lauren A. McMillen (Admitted Pro Hac Vice)<br> Rebecca E. Boon (Admitted Pro Hac Vice)<br> **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br> 1285 Avenue of the Americas, 38th Floor<br> New York, New York 10019<br> Tel.: (212) 554-1400<br> Fax.: (212) 501-0300<br> Email: johnb@blbglaw.com | **MOTLEY RICE LLC**<br> William H. Narwold (Admitted Pro Hac Vice)<br> James M. Hughes (Admitted Pro Hac Vice)<br> Badge Humphries (Admitted Pro Hac Vice)<br> 28 Bridgeside Blvd.<br> Mt. Pleasant, SC 29464<br> Tel.: (843) 216-9000<br> Fax: (843) 216-9450<br><br> *Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br> **BERMAN DEVALERIO**<br> Bryan A. Wood (BBO#648414)<br> One Liberty Square<br> Boston, MA 02109<br> Tel.: (617) 542-8300<br> Fax: (617) 542-1194<br> Email: ppease@bermandevalerio.com |

|  | *Liaison Counsel for Plaintiffs* |
|---|---|

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ James W. Prendergast_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com | |

**CERTIFICATE OF SERVICE**

  I, Lauren McMillen, hereby certify that this document filed through the ECF system in *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated August 3, 2012.

                  __/s/ Lauren McMillen_____