Case 1:09-cv-12146-GAO   Document 188   Filed 08/06/12   Page 1 of 3

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO ALL CLASS )<br>ACTIONS ) | Master Docket No. 1:09-cv-12146 |

## Assented-To Motion for Extension of Certain Briefing

Pursuant to the parties' agreement, the *Hill* Plaintiffs' time to respond to the State Street Defendants' Motion for Clarification (ECF No. 178) has been extended from August 6, 2012 to August 9, 2012.

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>/s/ John C. Browne<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>Rebecca E. Boon (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com | **MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com |

|  | *Liaison Counsel for Plaintiffs* |
|---|---|

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ James W. Prendergast_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com | |

**CERTIFICATE OF SERVICE**

    I, Lauren McMillen, hereby certify that this document filed through the ECF system in *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated August 6, 2012.

                                                                                   __/s/ Lauren McMillen_____