UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HILL v. STATE STREET CORPORATION | ) | |
| | ) | MASTER DOCKET |
| THIS DOCUMENT RELATES | ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS | ) | |
| _____) | | |
| and | ) | |
| | ) | |
| THOMAS U. KENNEY, on Behalf of | ) | |
| Himself and a Class of Persons | ) | |
| Similarly Situated, | ) | CIVIL ACTION |
| | ) | NO. 09-10750-DJC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STATE STREET CORPORATION, et al., | ) | (filed concurrently in both actions) |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER AND ORDER
## ON PLAINTIFFS' MOTIONS TO COMPEL

On August 7, 2012, this court held a status conference pursuant to Fed. R. Civ. P. 16(a) and a hearing to consider the plaintiffs' motions to compel discovery concerning their ERISA and conduit-related claims. After consideration of the parties' written submissions and their oral arguments, it is hereby ORDERED as follows:

1. The plaintiffs' motion to compel ERISA discovery (Docket No. 175 in C.A. No. 09-12146-GAO; Docket No. 189 in C.A. No. 09-10750-DJC) is ALLOWED IN PART and DENIED IN PART as follows:

   a. The plaintiffs shall identify custodians who, in addition to the 15 identified individual ERISA Defendants, may have documents relevant to the plaintiffs' ERISA claims.

   b. The ERISA Defendants shall run the contested search terms

     identified by the plaintiffs for the emails of the individual defendants and, if time permits, the newly identified custodians, to determine the volume of the results. Such information is expected to be relevant as to whether the plaintiffs' search terms are too broad.

  c. As agreed, the ERISA Defendants shall produce the committee minutes and meeting materials by **August 28, 2012**.

  d. The court will address the plaintiffs' ERISA-specific document requests at the next status conference.

2. The plaintiffs' motions to compel documents concerning their conduit claims (Docket No. 179 in C.A. No. 09-12146-GAO; Docket Nos. 190, 193 and 195 in C.A. No. 09-10750-DJC) are ALLOWED IN PART and DENIED IN PART as follows:

  a. The State Street Defendants shall respond to the Plaintiffs' Proposal set forth in Exhibit A to the July 18, 2012 letter from Attorneys Browne and Narwold to the court.

  b. As agreed, State Street shall produce monthly reports of the results of the FIN 46 modeling analysis for each conduit.

3. The next status conference shall take place on **September 19, 2012 at 2:00 p.m.** in Courtroom #15 on the 5th floor. At the conference, the parties shall be prepared to address the plaintiffs' ERISA-specific document requests, any open disputes concerning Plaintiffs' Exhibit A Proposal identified above, and the scheduling of future conferences with the court. Any proposed agenda for the conference shall be filed at least four (4) business days prior to the conference.

         / s / Judith Gail Dein
         Judith Gail Dein
Dated: August 8, 2012     United States Magistrate Judge