UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CLASS ACTIONS | )<br>)<br>)   Master Docket No.<br>)   1:09-cv-12146-FDS<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

**SAYLOR, J.**

Under 28 U.S.C. § 455(a), a United States District Judge must disqualify himself from any proceeding "in which his impartiality might reasonably be questioned." For the reasons set forth herein, I have concluded that, under the totality of the circumstances, disqualification is warranted in this matter.

Prior to my appointment to the United States District Court on June 15, 2004, I was a partner in the law firm of Goodwin Procter LLP (and its predecessor, Goodwin, Procter & Hoar). Several defendants are represented by a former law partner of mine at Goodwin Procter LLP. Because of that relationship, it appears that my impartiality might reasonably be questioned were I to preside in this matter. Accordingly, and for the foregoing reasons, I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. § 455(a).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: August 15, 2012