**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master Docket No. 1:09-cv-12146 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |
| THOMAS U. KENNEY, on Behalf of Himself and A Class of Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al. | Civil Action No. 09-10750-DJC |

**Joint Proposed Agenda For September 19, 2012 Status Conference**

Pursuant to the Scheduling Order and Order on Plaintiffs' Motions to Compel dated August 8, 2012 (Master Dkt. No. 189), the parties submit this Joint Proposed Agenda For September 19, 2012 Status Conference.

1. A discussion of the remaining open dispute concerning Plaintiffs' Proposal as set forth in Exhibit A to the July 18, 2012 letter from Securities Plaintiffs regarding the production of documents related to the risks and likelihood of conduit consolidation as those documents relate to the Hill Action and the Kenney Action; and a discussion of certain conduit-specific electronic search terms.

2. A discussion of each ERISA-specific document request on which issues remain outstanding.

3. A discussion of outstanding disputes related to ERISA-specific electronic search terms.

4. Scheduling of future conferences with the Court.

Dated: September 13, 2012

Respectfully submitted by the Plaintiffs,

| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>*/s/ Lauren A. McMillen*<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>Rebecca E. Boon (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions* | CASEY J. RICHARD<br><br>By his attorneys,<br><br>*/s/ Robert E. Ditzion*<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439‐3939<br>Facsimile: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br>rditzion@shulaw.com<br><br>VITA LAW OFFICES P.C.<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426‐6566<br>rjv@vitalaw.com |

| | |
|---|---|
| **BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | |

**THOMAS U. KENNEY**

By his attorneys,

**HUTCHINGS, BARSAMIAN,
MANDELCORN & ZEYTOONIAN, LLP**
Theodore M. Hess-Mahan (BBO # 557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel: (781) 431-2231 ext. 234
Fax: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*/s/ Patrick Slyne*
**STULL, STULL & BRODY**
Mark Levine (Admitted Pro Hac Vice)
mlevine@ssbny.com
Patrick Slyne (Admitted Pro Hac Vice)
pkslyne@ssbny.com
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**MAJOR KHAN, LLC**
Major Khan
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff Kenney*

Respectfully submitted by the Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>*/s/ John J. Butts*_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>john.butts@wilmerhale.com | |

## CERTIFICATE OF SERVICE

I, John J. Butts, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated September 13, 2012.

*/s/ John J. Butts*
John J. Butts
