**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION <br><br> THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS <br><br> DOCKET NO. 09-cv-12146-GAO | Master Docket No. 09-cv-12146-GAO |

**ASSENTED-TO MOTION FOR LEAVE TO**
**WITHDRAW APPEARANCE OF STACEY B. ARDINI**

Pursuant to Local Rule 83.5.2 Stacey B. Ardini of Goodwin Procter LLP respectfully moves this Court for permission to withdraw as counsel for Defendants Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and UBS Securities LLC (the "Underwriter Defendants"). As reason for this withdrawal, counsel states the following:

1. Stacey B. Ardini, an Associate at Goodwin Procter LLP, will be leaving Goodwin Procter LLP effective October 2, 2012, and therefore will be withdrawing as one of counsel for the Underwriter Defendants.

2. Local Rule 83.5.2 requires that counsel seek leave of Court before withdrawing because a motion, the Motion of Defendants Kennett F. Burnes, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, Pamela D Gormley, David P. Gruber, Linda A. Hill, Charles R. Lamantia, Ronald E. Logue, Maureen J. Miskovic, Edward J Resch, Richard P. Sergel, Ronald L. Skates, State Street Corporation, Gregory L. Summe, Robert E. Weissman Assented-

To Motion for Leave to File a Reply Memorandum in Support of Motion for Clarification (Dkt. 196), is pending before this Court;

3. Stephen D. Poss and Daniel P. Roeser of Goodwin Procter LLP shall continue their appearance as counsel of record for the Underwriter Defendants;

4. The Underwriter Defendants will continue to be represented by Attorney Poss and Attorney Roeser in the above-captioned matter going forward;

5. Attorney Poss and Attorney Roeser are fully familiar with the issues in this case and the Underwriter Defendants will not be prejudiced by withdrawal of counsel at this stage; and

6. Attorney Ardini has conferred with counsel for Plaintiffs and Plaintiffs assent to this motion.

WHEREFORE, Stacey B. Ardini of Goodwin Procter LLP respectfully requests that the Court enter an order permitting her to withdraw her appearance on behalf of Defendants

Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and UBS Securities LLC.

Dated: October 1, 2012                                    Respectfully submitted,

/s/ Stacey B. Ardini
Stephen D. Poss (BBO No. 551760)
sposs@goodwinprocter.com
Daniel P. Roeser (BBO No. 675223)
droeser@goodwinprocter.com
Stacey B. Ardini (BBO# 663161)
sardini@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, hereby certify that counsel for Defendants Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and UBS Securities LLC, conferred with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2012.

/s/ Stacey B. Ardini