UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | Master Docket No. 1:09-cv-12146 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | |

## Assented-To Motion for Extension of Certain Briefing

By agreement, the *Hill* Plaintiffs' time to respond to the State Street Defendants' Letter Request regarding Judge Dein's June 27, 2012 Order (ECF No. 206) has been extended from October 15, 2012 to October 26, 2012.

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>/s/ John C. Browne_____<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>Rebecca E. Boon (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com | **MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com |

|  | *Liaison Counsel for Plaintiffs* |
|---|---|

Respectfully submitted by the Defendants,

| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ Timothy J. Perla_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>Timothy J. Perla (BBO No. 660447)<br>**WILMER CUTLER PICKERING<br>   HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com |  |
|---|---|

**CERTIFICATE OF SERVICE**

  I, Rebecca E. Boon, hereby certify that this document filed through the ECF system in *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated October 11, 2012.

                  __/s/ Rebecca E. Boon_____