IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HILL v. STATE STREET CORPORATION | ) | |
| | ) | MASTER DOCKET |
| THIS DOCUMENT RELATES | ) | NO. 09-12146-GAO |
| TO THE SECURITIES ACTIONS | ) | |
| | ) | |
| DOCKET NO. 09-12146-GAO | ) | |
| | ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS
UNDER SEAL**

The State Street Defendants ("Defendants") hereby submit this Motion pursuant to Local

Rule 7.2 to file under seal an unredacted copy of a November 6, 2012 Reply ("Reply") in support

of their October 1, 2012 Motion to Compel ("MTC").  Attached as Exhibit 1 is a Motion for

Leave to File a Reply.  Attached as Exhibit 2 is a redacted copy of the November 6, 2012 Reply

with redacted exhibits.  Plaintiffs assent to the relief sought in this motion.

In support of this Motion, Defendants state as follows:

1.      The parties in the above-captioned actions have designated a number of

documents as "Confidential" pursuant to the Common Stipulation and Protective Order for the

Production and Exchange of Confidential Information, which was entered by the Court on

November 22, 2011.  *See* ECF No. 134.  Under Paragraph 10 of the Confidentiality Order,

documents filed with the Court containing or disclosing discovery materials or information that

the producing party has designated "Confidential" shall be filed under seal.

2.      The November 6, 2012 Reply attaches and quotes a document designated as

"Confidential" and describes the content of others.  Accordingly, Defendants have prepared the

attached redacted copy of the November 6, 2012 Reply that does not publicly disclose

"Confidential" information.  Defendants respectfully request to file under seal an unredacted

copy of the November 6, 2012 Reply for the Court's consideration of the relief requested therein.

Plaintiffs have assented to this request.

### Certification Under Local Rule 7.1(a)(2)

3.      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that

counsel for Plaintiffs have stated that they assent to the relief sought in this motion.

WHEREFORE, Defendants respectfully request that this Court enter an order:

(A) authorizing the filing under seal of the un-redacted copies of the November 6, 2012

Reply and all exhibits thereto; and

(B) for such other and further relief as the Court deems just and proper.

November 6, 2012                                    STATE STREET DEFENDANTS


By their attorneys,

*/s/ Timothy Perla*
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
Timothy Perla (BBO No. 660447)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
jeffrey.rudman@wilmerhale.com
william.paine@wilmerhale.com
james.prendergast@wilmerhale.com
john.butts@wilmerhale.com
timothy.perla@wilmerhale.com

## CERTIFICATE OF SERVICE

I, Timothy Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 6, 2012.

Dated: November 6, 2012

*/s/ Timothy Perla*
Timothy Perla

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that he has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and said Plaintiffs' counsel has assented to the relief requested in this Motion.

Dated: November 6, 2012

*/s/ Timothy Perla*
Timothy Perla