# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION )<br>)<br>THIS DOCUMENT RELATES )<br>TO THE SECURITIES ACTIONS )<br>)<br>DOCKET NO. 09-12146-GAO ) | MASTER DOCKET<br>NO. 09-12146-GAO |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THE
<u>STATE STREET DEFENDANTS' MOTION TO COMPEL</u>**

Pursuant to Local Rule 7.1(b)(3) of the United States District Court for the District of Massachusetts, the State Street Defendants hereby move the Court for leave to file a Reply ("Reply") in response to Plaintiffs' Opposition to the State Street Defendants' Motion to Compel ("Opposition"). As grounds for this motion, the State Street Defendants state that (1) since Defendants' Motion to Compel was filed on October 1, 2012, Plaintiff MissPERS made a production that casts doubt on a number of the assertions made by Plaintiffs in their Opposition; (2) a Reply (which will address and put before the Court some of the produced documents) will be of assistance to the Court in resolving the motion. WHEREFORE, the State Street Defendants respectfully request that this Court grant them leave to file the attached reply in support of their pending Motion to Compel.

- 2 -

November 6, 2012                    STATE STREET DEFENDANTS

                                    By their attorneys,

                                    *Timothy Perla*
                                    Jeffrey B. Rudman (BBO No. 433380)
                                    William H. Paine (BBO No. 550506)
                                    James W. Prendergast (BBO No. 553073)
                                    John J. Butts (BBO No. 643201)
                                    Timothy Perla (BBO No. 660447)
                                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                    60 State Street
                                    Boston, Massachusetts 02109
                                    Telephone: (617) 526-6000
                                    jeffrey.rudman@wilmerhale.com
                                    william.paine@wilmerhale.com
                                    james.prendergast@wilmerhale.com
                                    john.butts@wilmerhale.com
                                    timothy.perla@wilmerhale.com

## CERTIFICATE OF SERVICE

      I, Timothy Perla, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 6, 2012.

Dated: November 6, 2012

                                      */s/ Timothy Perla*
                                      Timothy Perla