# Exhibit C

# Monahan, Caitlin W.

| | |
|---|---|
| **From:** | Lauren McMillen <Lauren@blbglaw.com> |
| **Sent:** | Thursday, November 01, 2012 2:41 PM |
| **To:** | Perla, Timothy |
| **Cc:** | Prendergast, James; sposs@goodwinprocter.com; dougherty@skadden.com; johnb@blbglaw.com; Katherine Stefanou; bhumphries@motleyrice.com; gsnitow@milberg.com; jvinik@milberg.com; 'mblauner@shulaw.com'; Robert Ditzion (RDitzion@shulaw.com); mlevine@ssbny.com; Patrick Slyne (pkslyne@ssbny.com) (pkslyne@ssbny.com); pslyne@ssbny.com; Monahan, Caitlin W.; 'Poss, Stephen D' (SPoss@goodwinprocter.com); Roeser, Daniel P (DRoeser@goodwinprocter.com); 'Dougherty, Thomas J' (Dougherty@skadden.com); Fay, Kara E [Kara.Fay@skadden.com] (Kara.Fay@skadden.com); jeremy@blbglaw.com; Rebecca Boon |
| **Subject:** | RE: Hill v. State Street: Correspondence |

Tim,

As you know, search term hit reports are used to assess the burden on a party of conducting the searches at issue.  While the Hill Plaintiffs don't deny that Defendants' proposed searches would be burdensome, the heart of the parties' disagreement regarding the disputed searches is relevance, as set forth in numerous correspondence and in our response to your motion to compel.   The provision of search term hit reports by the Hill Plaintiffs at this time would therefore be of limited utility, if any, especially while your motion to compel is pending.  Indeed, running these irrelevant searches would result in significant cost to Plaintiffs that is simply not justifiable  with a motion pending.  We further note that your request for hit reports on the terms agreed to appears to serve no purpose, as the Hill Plaintiffs have obviously already agreed to incur the burdens associated with running those searches.

Lauren

---

**From:** Perla, Timothy [mailto:Timothy.Perla@wilmerhale.com]
**Sent:** Wednesday, October 31, 2012 7:34 PM
**To:** Rebecca Boon
**Cc:** Lauren McMillen; Prendergast, James; sposs@goodwinprocter.com; dougherty@skadden.com; John Browne; Katherine Stefanou; bhumphries@motleyrice.com; gsnitow@milberg.com; jvinik@milberg.com; 'mblauner@shulaw.com'; Robert Ditzion (RDitzion@shulaw.com); mlevine@ssbny.com; Patrick Slyne (pkslyne@ssbny.com) (pkslyne@ssbny.com); pslyne@ssbny.com; Monahan, Caitlin W.; 'Poss, Stephen D' (SPoss@goodwinprocter.com); Roeser, Daniel P (DRoeser@goodwinprocter.com); 'Dougherty, Thomas J' (Dougherty@skadden.com); Fay, Kara E [Kara.Fay@skadden.com] (Kara.Fay@skadden.com)
**Subject:** RE: Hill v. State Street: Correspondence

Counsel:

I would appreciate a response to the below.

Tim

**Timothy Perla | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6696 (t)

+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Perla, Timothy
**Sent:** Tuesday, October 02, 2012 12:11 PM
**To:** 'Rebecca Boon'
**Cc:** Lauren McMillen; Prendergast, James; sposs@goodwinprocter.com; dougherty@skadden.com; johnb@blbglaw.com; Katherine Stefanou; bhumphries@motleyrice.com; gsnitow@milberg.com; jvinik@milberg.com; 'mblauner@shulaw.com'; Robert Ditzion (RDitzion@shulaw.com); mlevine@ssbny.com; Patrick Slyne (pkslyne@ssbny.com) (pkslyne@ssbny.com); pslyne@ssbny.com; Monahan, Caitlin W.; 'Poss, Stephen D' (SPoss@goodwinprocter.com); Roeser, Daniel P (DRoeser@goodwinprocter.com); 'Dougherty, Thomas J' (Dougherty@skadden.com); Fay, Kara E [Kara.Fay@skadden.com] (Kara.Fay@skadden.com)
**Subject:** Hill v. State Street: Correspondence

Hill Plaintiffs' Counsel –

As you know, a portion of State Street's motion to compel addresses the Hill Plaintiffs' search terms. In the past, Judge Dein has requested that the parties examine search term hit reports in connection with addressing disputes over search terms. Accordingly, State Street requests that Miami Beach, MissPERS, and Union each supply separate hit reports concerning the search terms that are in dispute, as well as those agreed to.

Best regards,

Tim

**Timothy Perla | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6696 (t)
+1 617 526 5000 (f)
timothy.perla@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.