# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                )
HILL v. STATE STREET CORPORATION                )
                                                )
_____)        Master Docket No. 1:09-cv-12146
                                                )
THIS DOCUMENT RELATES TO ALL CLASS              )
ACTIONS                                         )
                                                )
_____)


_____
                                                )
THOMAS U. KENNEY, on Behalf of Himself and      )
A Class of Persons Similarly Situated           )
                                                )
Plaintiff,                                      )
                                                )        Civil Action No. 09-10750-DJC
v.                                              )
                                                )
STATE STREET CORPORATION, et al.                )
_____)

### Joint Proposed Agenda For November 14, 2012 Status Conference

Pursuant to the Scheduling Order and Order on Plaintiffs' Motions to Compel dated

September 20, 2012 (Master Dkt. No. 202), the parties submit this Joint Proposed Agenda for the

November 14, 2012 Status Conference.

1.  A discussion of the remaining open disputes as set forth in the State Street Defendants'

    October 1, 2012 letter to the Court regarding the *(i)* list of Plaintiffs' proposed electronic

    search terms; *(ii)* list of Plaintiffs' proposed custodians; and *(iii)* timing and sequence of

    Plaintiffs' electronic search and review (Master Dkt. No. 206).

2.  A discussion of the remaining open disputes as set forth in the *Hill* Plaintiffs' October 22, 2012 letter to the Court seeking to compel the production of FX-specific discovery concerning all State Street institutional custodial clients (Master Dkt. No. 212)

3.  A discussion of the remaining open disputes as set forth in the *Hill* Plaintiffs' October 22, 2012 letter to the Court regarding *(i)* the list of Defendants' FX-specific proposed custodians; *(ii)* the production of certain documents produced in the California FX Litigation; and *(iii)* a discussion of certain FX-specific electronic search terms (Master Dkt. No. 211)

4.  Scheduling of discovery going forward in this case.

5.  Scheduling of future conferences with the Court.

Dated: November 7, 2012

Respectfully submitted by the Plaintiffs,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG** | **CASEY J. RICHARD** |
| | By his attorneys, |
| By their attorneys, | |
| | */s/ Robert E. Ditzion*_____ |
| */s/ Lauren A. McMillen*_____ | Thomas G. Shapiro BBO # 454680 |
| Steven B. Singer (Admitted Pro Hac Vice) | Michelle H. Blauner BBO # 549049 |
| John C. Browne (Admitted Pro Hac Vice) | Robert E. Ditzion BBO #660962 |
| Lauren A. McMillen (Admitted Pro Hac Vice) | **SHAPIRO HABER & URMY LLP** |
| Rebecca E. Boon (Admitted Pro Hac Vice) | 53  State Street |
| **BERNSTEIN LITOWITZ BERGER** | Boston, MA 02109 |
| **& GROSSMANN LLP** | Telephone: (617) 439‑3939 |
| 1285 Avenue of the Americas, 38th Floor | Facsimile: (617) 439‑0134 |
| New York, New York 10019 | tshapiro@shulaw.com |
| Tel.: (212) 554-1400 | mblauner@shulaw.com |
| Fax.: (212) 501-0300 | rditzion@shulaw.com |
| Email: johnb@blbglaw.com | |
| | VITA LAW OFFICES P.C. |
| **MOTLEY RICE LLC** | Richard Vita BBO # 510260 |
| | 77 Franklin Street |

| | |
|---|---|
| William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the*<br>*Proposed Class in the Securities Actions*<br><br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | Boston, MA 02109<br>(617) 426 ‑ 6566<br>rjv@vitalaw.com |

**THOMAS U. KENNEY**

By his attorneys,

**HUTCHINGS, BARSAMIAN,
MANDELCORN & ZEYTOONIAN, LLP**
Theodore M. Hess-Mahan (BBO # 557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel: (781) 431-2231 ext. 234
Fax: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*/s/ Mark Levine*
**STULL, STULL & BRODY**
Mark Levine (Admitted Pro Hac Vice)
mlevine@ssbny.com
Patrick Slyne (Admitted Pro Hac Vice)
pkslyne@ssbny.com
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**MAJOR KHAN, LLC**
Major Khan
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Tel: (646) 546-5664
Fax: (646) 546-5755

*Counsel for Plaintiff Kenney*

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>*/s/ James W. Prendergast*        <br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>john.butts@wilmerhale.com | |

**CERTIFICATE OF SERVICE**

I, Timothy Perla, hereby certify that this document filed through the ECF system in the

*Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified

on the Notice of Electronic Filing (NEF) dated November 7, 2012.


*/s/ Timothy Perla*_____
Timothy Perla