# EXHIBIT B



www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**Badge Humphries**
*Licensed in KY, SC, TX, WV*
direct:  843.216.9253
bhumphries@motleyrice.com

July 11, 2012

**VIA EMAIL:**
JAMES.PRENDERGAST@WILMERHALE.COM

James W. Prendergast
Wilmer Cutler Pickering Hale and Door LLP
60 State Street
Boston, Massachusetts  02109

    RE:    *Hill v. State Street Corporation, et al.*,
            Master Docket No. 09-cv-12146 (GAO)

Dear Jim:

    In an effort to reach an agreement on the proper scope of e-discovery, please find attached Plaintiffs' initial list of proposed search terms for FX-related documents beyond the California AG production.  This list is necessarily preliminary, and may change after we receive additional discovery, including the discovery that the Court ordered State Street to produce by the end of this month.

    In addition, in order to further our discussions on the proper scope of e-discovery we need to receive the full list of custodians and organizational charts that you agreed to produce during our May 7, 2012 meet-and-confer call.  According to your May 15, 2012 letter to Ms. McMillen, State Street was "still working to compile a list of those additional custodians … who are likely to possess information relevant to the FX allegations in this action," and was "still working to collect relevant, available organizational charts."  You have been working on this request for over eight weeks now, and we ask that you produce the organizational charts and your proposed list of additional custodians by this Friday, July 13, 2012.

    Additionally, please provide us with information regarding each of the custodians' job title, office location, division or department within the company, and a general description of their job responsibilities.  In the event that this information changed for a particular custodian during the relevant time period, please note that fact as well.  This information will allow us to finalize a proposal concerning the e-discovery and have a meaningful meet and confer regarding these matters.  Please let us know by Friday, July 13, 2012 when we can expect this information regarding the custodians.



    Thank you for your prompt attention to this matter, and I look forward to speaking with you again soon.

                        Sincerely,

                        Badge Humphries

BH:dlg
Enclosure

cc (VIA EMAIL):

    William H. Paine (william.paine@wilmerhale.com)
    John Butts (john.butts@wilmerhale.com)
    Timothy Perla (timothy.perla@wilmerhale.com)
    Gregory D. Chisholm (gregory.chisholm@wilmerhale.com)
    Andrew Scott Dulberg (andrew.dulberg@wilmerhale.com)
    Seth A. Moskowitz (seth.moskowitz@wilmerhale.com)

    Lauren A. McMillan (Lauren@blbglaw.com)
    John C. Browne (johnb@blbglaw.com)
    Rebecca E. Boon (Rebecca.Boon@blbglaw.com)
    Katherine A. Stefanou (Katherine.Stefanou@blbglaw.com)

    Thomas G. Shapiro (tshapiro@shulaw.com)
    Robert E. Ditzion (rditzion@shulaw.com)
    Michelle H. Blauner (mblauner@shulaw.com)

    William H. Narwold (bnarwold@motleyrice.com)
    W. Taylor Lacy (tlacy@motleyrice.com)

1. (FX or "F.X." or forex or (foreign /3 exchange!) or CFX or C.F.X. or CFXS or (foreign /3 currenc!) or "exchange rate!" or AIR or A.I.R. or "Automatic Income Repatriation" or repat! or FXConnect or FXC or F.X.C. or FXOMS or F.X.O.M.S. or "FX-OMS" or streetFX or interbank or inter-bank or "inter bank") and

    a. Bloomberg or reuters or EBS or "voice broker!" or "voice-broker" or WM or W.M. or "world markets"

    b. pric!

    c. fee!

    d. cost!

    e. charg!

    f. commission!

    g. rate!

    h. "repat types"

    i. (CLS or C.L.S.) /3 settlement

    j. "CLS Group" or "C.L.S. Group"

    k. spread!

    l. "time stamp!" or time-stamp! or timestamp! or "date stamp!" or date-stamp! or "day stamp!" or "day-stamp!" or datestamp! or daystamp

    m. "mark!-up!" or "mark! up!" or markup! or (mark! /3 up!) or mark!-down! or markdown! or "mark! down!" or (mark! /3 down!)

    n. bp! or "basis point!" or basis-point!

    o.  pip or pips

    p. "FXFI" or "F.X.F.I." or "flow indicator"

    q. bid!

    r. offer!

    s. "best execution"

    t. compet!

    u. transparen!

- 2 -

v. automat!

w. "execution cost!"

x. "Spot Purchase!"

y. "Sale! Activity Report!"

z. (round! /3 up) or round-up or roundup or (round! /3 down) or round-down or rounddown

aa. range

bb. intra-day or intraday or "intra day"

cc. "high/low"

dd. book /10 stamp!

ee. benchmark!

ff. (standing or separate or authorize! or IM or I.M. or "investment manager!") /5 instruction

gg. margin!

hh. underpa! or under-pa! or "under pa!"

ii. overcharg! or over-charg! or "over charg!"

jj. audit! or review! or analy! or test! or stud! or evaluat! or assess!

kk. consult!

ll. indirect

mm. direct

nn. "investment management guide" or "IM guide" or "I.M. Guide"

oo. RFP! or (request! /3 proposal!) or R.F.P.

pp. control! or monitor! or oversight or oversee! or oversaw

qq. perform! or efficien! or quality or visibility or quantit!

rr. IBS or "International Business Systems" or I.B.S.

ss.   MCH or M.C.H. or "Multi-Currency Horizon System" or "multi currency horizon system" or "multicurrency horizon system"

tt.   MOMS or "Order Management System" or O.M.S. or OMS or FX-OMS

uu.   WSS or or W.S.S. or "Wall Street System!"

vv.   "Global Link"

ww.   "Securities Processing Unit" or SPU or S.P.U.

xx.   TLM or T.L.M. or "Transaction Life Management"

yy.   GTSS or "Global Trading Support Services" or G.T.S.S.

zz.   polic! or procedur!

aaa.  optim!

bbb.  agree! or contract! or understand!

ccc.  operat! or process!

ddd.  option!

eee.  IDS or I.D.S.

fff.  "based on"

ggg.  mix

hhh.  "Seasonal Declines"

iii.  volume!

jjj.  custod!

kkk.  sales

lll.  outsourc!

mmm.  customiz! or customis!

nnn.  Mercer or Russell or "Record Treasury Management" or "R.T.M." or RTM or "Record Currency Management" or RCM or R.C.M. or Murray or Amaces or McKinsey or Mysis or RTFX or FXall or HotSpot or Kohlberg or "Chatham Partners"

ooo.  profit! or revenue! or loss!

ppp.     currency /3 conver!

qqq.     report!

rrr.     ERM or "Enterprise Risk Management" or E.R.M.

sss.     "Financial Data Repository"

ttt.     "Request! For Qualifications!" or RFQ! or R.F.Q.

uuu.     negotiat!

vvv.     solicitat!

www.     fiduciar!

xxx.     "Ernst & Young" or "Ernst and Young" or "Ernst + Young" or "E&Y" or "E & Y" or "E and Y" or "E+Y" or "E + Y"

yyy.     volatil!

zzz.     trend!

aaaa.     "currency market risks"

bbbb.     adjust!

cccc.     "all-in" or "all in"

dddd.     parameter!

eeee.     manual!

ffff.     snap!

gggg.     execut /5 tim!

hhhh.     "code of conduct"

2. (FX or "F.X." or forex or (foreign /3 exchange!) or CFX or CFXS or C.F.X. or (foreign /s currenc!) or "exchange rate!" or AIR or A.I.R. or "Automatic Income Repatriation" or repat! or FXConnect or FXC or F.X.C. or FXOMS or F.X.O.M.S. or "FX-OMS" or streetFX) and

    a.     interbank or inter-bank or "inter bank"

3. (dumb or stupid or smart) /s (client! or money)

- 5 -

4. (MOMS or O.M.S. or "order management system" or OMS or M.O.M.S. or FXConnect or FXC or F.X.C. or FXOMS or F.X.O.M.S. or "FX-OMS" or streetFX or WSS or W.S.S. or "wall street system!" or or MCH or M.C.H. or "Multi-Currency Horizon System" or "multi currency horizon system" or "multicurrency horizon system" or "Financial Data Repository") and

    a. manual! or guid! or specification! or instruction!