# EXHIBIT D

# Dirks, Katherine B

| | |
|---|---|
| **From:** | Robert Ditzion <RDitzion@shulaw.com> |
| **Sent:** | Thursday, July 05, 2012 6:00 PM |
| **To:** | Robert Ditzion; Dirks, Katherine B; Rudman, Jeffrey; Prendergast, James; Paine, William; Butts, John; Perla, Timothy; Chisholm, Gregory D; Dulberg, Andrew Scott; Moskowitz, Seth A. |
| **Cc:** | Tom Shapiro; Michelle Blauner; Abby McIntire; steven@blbglaw.com; johnb@blbglaw.com; lauren@blbglaw.com; rebecca.boon@blbglaw.com; katherine.stefanou@blbglaw.com; bnarwold@motleyrice.com; bhumphries@motleyrice.com; wlacy@motleyrice.com; bwood@bermandevalerio.com; Mark Levine; thess-mahan@hutchingsbarsamian.com; pkslyne@ssbny.com |
| **Subject:** | RE: Hill/Richard/Kenney v. State Street Corp. et al., ERISA Discovery Letter |
| **Attachments:** | Plaintiffs proposed FX terms for compliance with 6-27-12 order - circulated to Defendants 2012 07 05.doc |

Counsel:

To follow-up on my earlier e-mail, please see the attached file, which contains Plaintiffs' proposed search terms for use if you choose option 2 (excerpted below) in Judge Dein's June 27, 2012 Order.

Please note that while these terms may overlap substantially with what Plaintiffs ultimately propose for Defendants' more general search of FX documents beyond those already produced in the California litigation, we are sending the attached list only for purposes of compliance with the June 27, 2012 Order. We will soon send you a separate list with our proposed search terms for the more general FX search.

Please let me know if you have any questions.

Sincerely,

Rob Ditzion, Esq.
**SHAPIRO HABER & URMY LLP**
53 State Street, Boston, MA  02109
Tel: 617-439-3939, ext. 326 | Fax: 617-439-0134
rditzion@shulaw.com
www.shulaw.com

CONFIDENTIALITY NOTICE:  This e-mail is from a law firm and may be protected by the attorney-client or work product privilege. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

 Please do not print this e-mail unless it is necessary.

---

**From:** Robert Ditzion
**Sent:** Thursday, July 05, 2012 4:20 PM
**To:** 'Dirks, Katherine B'; Rudman, Jeffrey; Prendergast, James; Paine, William; Butts, John; Perla, Timothy; Chisholm, Gregory D; Dulberg, Andrew Scott; Moskowitz, Seth A.
**Cc:** Tom Shapiro; Michelle Blauner; Abby McIntire; steven@blbglaw.com; johnb@blbglaw.com; lauren@blbglaw.com; rebecca.boon@blbglaw.com; katherine.stefanou@blbglaw.com; bnarwold@motleyrice.com; bhumphries@motleyrice.com; wlacy@motleyrice.com; bwood@bermandevalerio.com; Mark Levine; thess-mahan@hutchingsbarsamian.com; pkslyne@ssbny.com
**Subject:** RE: Hill/Richard/Kenney v. State Street Corp. et al., ERISA Discovery Letter

Thanks for your e-mail.  To answer your question:  Yes.  We do intend to propose additional search terms.  We will send them to you as soon as we have them completed.

Rob Ditzion, Esq.
**SHAPIRO HABER & URMY LLP**
53 State Street, Boston, MA  02109
Tel: 617-439-3939, ext. 326 | Fax: 617-439-0134
rditzion@shulaw.com
www.shulaw.com

CONFIDENTIALITY NOTICE:  This e-mail is from a law firm and may be protected by the attorney-client or work product privilege. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

 Please do not print this e-mail unless it is necessary.

---

**From:** Dirks, Katherine B [mailto:Katherine.Dirks@wilmerhale.com]
**Sent:** Wednesday, July 04, 2012 7:32 AM
**To:** Robert Ditzion; Rudman, Jeffrey; Prendergast, James; Paine, William; Butts, John; Perla, Timothy; Chisholm, Gregory D; Dulberg, Andrew Scott; Moskowitz, Seth A.
**Cc:** Tom Shapiro; Michelle Blauner; Abby McIntire; steven@blbglaw.com; johnb@blbglaw.com; lauren@blbglaw.com; rebecca.boon@blbglaw.com; katherine.stefanou@blbglaw.com; bnarwold@motleyrice.com; bhumphries@motleyrice.com; wlacy@motleyrice.com; bwood@bermandevalerio.com; Mark Levine; thess-mahan@hutchingsbarsamian.com; pkslyne@ssbny.com
**Subject:** RE: Hill/Richard/Kenney v. State Street Corp. et al., ERISA Discovery Letter

Dear Rob,

Thank you for your message.  The State Street Defendants are currently considering the options provided under section 4.A of Judge Dein's Order.

Do Plaintiffs intend to propose additional search terms for the withheld documents, beyond the 14 terms identified in Plaintiffs' motion to compel (attached, at page 3, footnote 2)?

Katherine

**Katherine B. Dirks | WilmerHale**
399 Park Avenue
New York, NY 10022 USA
+1 212 937 7213 (t)
+1 212 230 8888 (f)
katherine.dirks@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Robert Ditzion [mailto:RDitzion@shulaw.com]
**Sent:** Monday, July 02, 2012 12:43 PM
**To:** Robert Ditzion; Dirks, Katherine B; Rudman, Jeffrey; Prendergast, James; Paine, William; Butts, John; Perla, Timothy; Chisholm, Gregory D; Dulberg, Andrew Scott; Moskowitz, Seth A.
**Cc:** Tom Shapiro; Michelle Blauner; Abby McIntire; steven@blbglaw.com; johnb@blbglaw.com; lauren@blbglaw.com;

rebecca.boon@blbglaw.com; katherine.stefanou@blbglaw.com; bnarwold@motleyrice.com; bhumphries@motleyrice.com; wlacy@motleyrice.com; bwood@bermandevalerio.com; Mark Levine; thess-mahan@hutchingsbarsamian.com; pkslyne@ssbny.com
**Subject:** RE: Hill/Richard/Kenney v. State Street Corp. et al., ERISA Discovery Letter

Counsel:

In light of the attached order, we wanted to inquire which option the State Street Defendants intend to choose in section 4.A:

(1) review by hand the approximately 8,000 documents withheld based on lack of relevance, and produce any additional documents that are relevant to this action; or
(2) conduct a new search of the documents using the plaintiffs' proposed search terms and produce relevant documents.

If you intend to choose option 2, please let us know so that we can coordinate timing for giving you our proposed FX search terms.

Thanks very much.

Rob Ditzion, Esq.
**SHAPIRO HABER & URMY LLP**
53 State Street, Boston, MA  02109
Tel: 617-439-3939, ext. 326 | Fax: 617-439-0134
rditzion@shulaw.com
www.shulaw.com

CONFIDENTIALITY NOTICE:  This e-mail is from a law firm and may be protected by the attorney-client or work product privilege. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

 Please do not print this e-mail unless it is necessary.

---

**From:** Robert Ditzion
**Sent:** Thursday, June 21, 2012 2:07 PM
**To:** 'Dirks, Katherine B'; 'Rudman, Jeffrey'; 'Prendergast, James'; 'Paine, William'; 'Butts, John'; 'Perla, Timothy'; 'Gregory.Chisholm@wilmerhale.com'; 'Dulberg, Andrew Scott'; 'Moskowitz, Seth A.'
**Cc:** Tom Shapiro; Michelle Blauner; Abby McIntire; Robert Ditzion; 'steven@blbglaw.com'; 'johnb@blbglaw.com'; 'lauren@blbglaw.com'; 'rebecca.boon@blbglaw.com'; 'katherine.stefanou@blbglaw.com'; 'bnarwold@motleyrice.com'; 'bhumphries@motleyrice.com'; 'wlacy@motleyrice.com'; 'bwood@bermandevalerio.com'; 'Mark Levine'; 'thess-mahan@hutchingsbarsamian.com'; pkslyne@ssbny.com
**Subject:** Hill/Richard/Kenney v. State Street Corp. et al., ERISA Discovery Letter

Counsel:

Please see the attached letter in the above-referenced litigation.

Sincerely,

Rob Ditzion, Esq.
**SHAPIRO HABER & URMY LLP**
53 State Street, Boston, MA  02109
Tel: 617-439-3939, ext. 326 | Fax: 617-439-0134
rditzion@shulaw.com
www.shulaw.com

CONFIDENTIALITY NOTICE: This e-mail is from a law firm and may be protected by the attorney-client or work product privilege. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

Please do not print this e-mail unless it is necessary.

**Search Terms That State Street Defendants Have Already Agreed To Use**

1. FX
2. CFX
3. Forex
4. foreign /3 exchange
5. foreign /s currency
6. repatriate!
7. AIR

**Plaintiffs' Additional Proposed Search Terms For Compliance With June 27, 2012 Order**

1. currency /3 conver!
2. F.X.
3. FXConnect or FXC
4. Interbank or inter-bank
5. CFXS
6. repatriat!
7. "repat types"
8. "CLS /3 Settlement"
9. "CLS Group" or "C.L.S. Group"
10. GTSS or "Global Trading Support Services"
11. FXOMS
12. MOMS
13. "Order Management System"
14. OMS
15. WSS

- 2 -

16. "Wall Street System!"

17. spread(s)

18. "time stamp!" or time-stamp!;

19. "date stamp!" or date-stamp! or "day stamp!" or "day-stamp!"

20. MCH or "Multi-Currency Horizon System" or "multi currency horizon system"

21. "market rate(s)"

22. "exchange rate(s)"

23. "mark!-up(s)" or "mark! up(s)" or markup(s)

24. mark!-down(s) or markdown(s) or "mark! down(s)"

25. bp(s) or "basis point(s)" or basis-point(s)

26. pip(s)

27. "Automatic Income Repatriation" or A.I.R.

28. "FXFI" or "F.X.F.I."

29. bid!

30. offer!

31. exchange /s rate(s)

32. exchange /s pric!

33. execution /s rate(s)

34. "best price" or "best prices"

35. "best execution"

36. "Global Link"

37. competitive

38. transparen!

39. automat!

40. "execution cost(s)"

41. "no fee(s)" or "no charge(s)" or "no cost(s)"

42. "Spot Purchase(s)"

43. "Sale Activity Report(s)"

44. round! /3 up

45. range /5 (day or hour! or daily or trad!)

46. "hourly range"

47. "high/low"

48. book /10 stamp!

49. "total rate(s)"

50. streetFX

51. benchmark!

52. (standing or separate or authorize! or IM or "investment manager!") /5 instruction

53. discret! /s pric!

54. prevail! /5 rate(s)

55. high /5 margin

56. underpa! or under-pa!

57. overcharg! or over-charg!

58. (dumb or stupid or smart) /s (client! or money)