UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | MASTER DOCKET |
| THIS DOCUMENT RELATES ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS ) | |
| _____) | |
| and ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of ) | |
| Himself and a Class of Persons ) | |
| Similarly Situated, ) | CIVIL ACTION |
| ) | NO. 09-10750-DJC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STATE STREET CORPORATION, et al., ) | (filed concurrently in both actions) |
| ) | |
| Defendants. ) | |

**SCHEDULING ORDER AND ORDER ON THE
STATE STREET DEFENDANTS' MOTION TO COMPEL**

On November 14, 2012, this court held a status conference pursuant to Fed. R. Civ. P. 16(a) and a hearing to consider oral argument on the parties' motions to compel. After consideration of the parties' written submissions and their oral arguments, it is hereby ORDERED as follows:

1. The State Street Defendants' motion to compel (Docket No. 206 in C.A. No. 09-12146-GAO; Docket No. 206 in C.A. No. 09-10750-DJC) is ALLOWED IN PART and DENIED IN PART as follows:

    a. By **December 3, 2012**, the Plaintiffs will begin to identify the

      relevant custodians as discussed at the November 14, 2012 hearing. Additionally, the Plaintiffs shall provide the State Street Defendants with an explanation of their organizational structures along with any supporting documentation if appropriate.

  b. The parties shall work together to complete the Plaintiffs' list of custodians. A final agreed upon list shall be completed by **December 14, 2012**. However, if the parties are unable to reach agreement, the State Street Defendants shall identify the individuals whom it believes should be included on the list of custodians, and shall present that information to the court along with an explanation as to why the Defendants believe such individuals should be included on the list.

  c. The Plaintiffs shall conduct the first five searches proposed by the State Street Defendants on pages 4-5 of their motion for the time period during which the Plaintiffs were foreign exchange clients of State Street.

  d. As agreed during the November 14, 2012 hearing, Plaintiffs MissPERS and Miami Beach will run a search using the search string ("high quality" /50 ("SIV*" "structured investment" "mortgage-back*" "Alt-A" "asset-backed" "MBS" "ABS") and omitting (mean* defin* qualif* underst*).

  e. To the extent they have not done so already, the Plaintiffs shall immediately produce any documents from committees or other groups charged with risk analysis which reflect an analysis or internal assessment of the risk of investing in the types of assets at issue in this case.

2. This court has taken under advisement the Plaintiffs' motion to compel documents responsive to Document Request Nos. 38 and 40 of the Plaintiff's First Request for Production of Documents and to compel discovery regarding all of State Street's institutional custodial clients for whom State Street conducted foreign exchange transactions during the relevant time period (Docket No. 212 in C.A. No. 09-12146-

GAO).

3. A hearing to consider oral argument regarding outstanding discovery disputes identified by the Plaintiffs' in their October 22, 2012 letter regarding the State Street Defendants' foreign exchange-related document production (Docket No. 211 in C.A. No. 09-12146-GAO) will take place on **December 10, 2012 at 2:00 p.m.** in Courtroom #15 on the 5th floor.

|  |  |
|---|---|
| Dated: November 15, 2012 | / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |