**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | : |
| | : |
| | :     **Master Docket No.** |
| | :     **1:09-CV-12146-GAO** |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS | : |
| | : |
| DOCKET NO. 09-cv-12146-GAO | : |
| | : |
| | : |

**NOTICE OF WITHDRAWAL**

TO:  The Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE THAT the undersigned, Joshua H. Vinik, hereby withdraws the appearance previously entered on behalf of plaintiffs.  All other counsel for plaintiffs, including all other counsel from Milberg LLP, remain the same.  Please remove the undersigned from all service lists and mailing lists in this case.

DATED:  November 15, 2012

               **MILBERG LLP**

               Joshua H. Vinik
               One Pennsylvania Plaza
               49th Floor
               New York, NY  10119
               Telephone:  (212) 594-5300
               Fax:  (212) 868-1229
               Email:  jvinik@milberg.com

646174v1

<u>CERTIFICATE OF SERVICE</u>

I, Bryan A. Wood, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 16, 2012.

Dated:  November 16, 2012

/s/ Bryan A. Wood
Bryan A. Wood (BBO #648414)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs*