UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | : |
| | : Master Docket No. 09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS | : |
| DOCKET NO. 09-cv-12146-GAO | : |

**MOTION FOR WITHDRAWAL OF ATTORNEY FOR**
**LEAD PLAINTIFF AND THE PROPOSED CLASS**

Pursuant to Local Civil Rule 83.5.2(c), the undersigned counsel for Plaintiff Marilyn Demory, respectfully requests that the Court grant Christopher L. Nelson leave to withdraw his appearance as counsel in this action. Plaintiff will continue to be represented by the undersigned counsel at Kessler Topaz Meltzer and Check, LLP. Upon consideration, counsel for Plaintiff request that the Clerk remove Christopher L. Nelson as counsel in the above-captioned case.

Respectfully submitted,

Date: November 27, 2012

KESSLER TOPAZ
MELTZER & CHECK, LLP

_____
Stuart L. Berman
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
*Counsel for Plaintiff,*
*Marilyn Demory*

**CERTIFICATE OF SERVICE**

I, Stuart L. Berman, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 29, 2012.

Dated: November 29, 2012

/s/*Stuart L. Berman*
Stuart L. Berman
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff, Marilyn Demory*