# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|   |   |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| _____ ) | Master Docket |
| ) | No. 1:09-cv-12146-GAO |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ) | |
| ACTIONS ) | |
| _____ ) | |
| _____ | |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) | |
| a Class of Persons Similarly Situated ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 09-10750-DJC |
| ) | |
| STATE STREET CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT MOTION TO ENLARGE TIME
## TO FILE OBJECTIONS TO NOVEMBER 21, 2012 ORDER

WHEREAS, on November 21, 2012, Judge Magistrate Dein entered an Order (Docket No. 232 in C.A. No. 09-12146-GAO) (the "Order") with regard to the Richard and Hill Plaintiffs' motion to compel documents responsive to Document Request Nos. 38 and 40 of the Plaintiff's First Request for Production of Documents and to compel discovery regarding all of State Street's institutional custodial clients for whom State Street conducted foreign exchange transactions during the relevant time period (Docket No. 212 in C.A. No. 09-12146-GAO).

WHEREAS, the Order instructed the parties to meet and confer prior to the hearing on December 10, 2012 to determine if they can resolve their discovery dispute based on the interpretation set forth in the Order of the issues of the Complaint;

WHEREAS, any objection to the Order pursuant to Fed. R. Civ. P. 72(a) would ordinarily have to be filed within 14 days, *i.e.,* December 5, 2012;

WHEREAS, counsel for the State Street Defendants and for the Hill and Richard Plaintiffs have conferred preliminarily and expect further to discuss proposals regarding the scope of discovery as directed by the Order; and

WHEREAS, the parties believe it more efficient and productive to review and discuss such proposals before the State Street Defendants consider whether to object to the Order.

WHEREFORE, the parties respectfully request that the Court extend until and through January 5, 2012 the deadline by which any objections to the Order must be filed pursuant to Fed. R. Civ. P. 72(a).

ActiveUS 103872468v.1

Respectfully submitted by the State Street Defendants this 30th day of November, 2012,

**STATE STREET DEFENDANTS,**

By their attorneys,

/s/ James W. Prendergast
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: jeffrey.rudman@wilmerhale.com
Email: william.paine@wilmerhale.com
Email: james.prendergast@wilmerhale.com
Email: john.butts@wilmerhale.com

Respectfully submitted by the Hill and Richard Plaintiffs this 30th day of November, 2012,

| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG** | **CASEY J. RICHARD** |
|---|---|
| By their attorneys, | By his attorneys, |
| /s/ Steven Singer<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com | /s/ Thomas G. Shapiro<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439‐3939<br>Facsimile: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com |

- 4 -

| | |
|---|---|
| **MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | VITA LAW OFFICES P.C.<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426 ‐ 6566<br>rjv@vitalaw.com |

# CERTIFICATE OF SERVICE

I, James W. Prendergast, hereby certify that this document filed through the ECF system in *Kenney* and the Consolidated Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated November 30, 2011.

/s/ James W. Prendergast
James W. Prendergast

ActiveUS 103872468v.1