UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | Master Docket<br>No. 1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |
| THOMAS U. KENNEY, on Behalf of Himself and a Class of Persons Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, et al.<br><br>Defendants. | Civil Action<br>No. 09-10750-DJC |

**ASSENTED-TO MOTION TO CONTINUE THE DECEMBER 10, 2012 HEARING**

The State Street Defendants hereby move, with the assent of Plaintiffs, to briefly continue the December 10, 2012 hearing before Judge Magistrate Dein to allow the parties additional time to meet and confer as required by the Court's November 21, 2012 Order (Docket No. 232 in C.A. No. 09-12146-GAO) (the "Order"). As grounds for this motion, the parties say as follows:

1.  On November 14, 2012, the Court held a hearing to consider three pending motions to compel submitted by the Parties:

- The State Street Defendants' October 1, 2012 letter motion to compel regarding the *(i)* list of the Securities Plaintiffs' proposed electronic search terms; *(ii)* list of the Securities

    Plaintiffs' proposed custodians; and *(iii)* timing and sequence of the Securities Plaintiffs' electronic search and review (Dkt. No. 206, "State Street's Motion to Compel");

- The *Hill* Plaintiffs' October 22, 2012 letter motion to compel production of FX-specific discovery concerning all State Street institutional custodial clients (Dkt. No. 212, "Plaintiffs' FX Client Motion to Compel"); and

- The *Hill* Plaintiffs' October 22, 2012 letter motion to compel regarding *(i)* the list of Defendants' FX-specific proposed custodians; *(ii)* the production of certain documents produced in the California FX Litigation; and *(iii)* a discussion of certain FX-specific electronic search terms (Dkt. No. 211, "Plaintiffs' CA FX Motion to Compel")

At the hearing, the Parties presented argument on the first two of these motions, and the Court scheduled further hearing regarding the "Plaintiffs' CA FX Motion to Compel" for Monday, December 10, 2012, at 2 p.m. ("December 10 Hearing').

    2.    On November 16, 2012, the Court issued an Order (the "November 16 Order") allowing State Street's Motion to Compel, in part, and requiring, among other things, the Securities Plaintiffs to supply certain custodian information to Defendants by December 3, 2012, that the parties work together to complete a final list of Plaintiffs' custodians by December 14, 2012 or, if no agreement is reached, to so inform the Court by December 14, 2012.

    3.    On November 21, 2012, the Court entered an Order ("November 21 Order") with regard to Plaintiffs' FX Client Motion to Compel granting Plaintiffs' motion and holding that the scope of Defendants' discovery included "all custodial clients that engaged in indirect trades." Recognizing that "this ruling will greatly expand State Street's discovery obligations beyond that in which it is presently engaged," the Court further instructed the Parties to meet and confer prior to the hearing on December 10, 2012 to determine if they could resolve their discovery dispute based on the interpretation set forth in her November 21 Order, and to evaluate the

burden associated with specific requests. The Court ordered that unresolved burden issues would be discussed at the December 10 Hearing.

4. Since the November 21 Order, counsel for the Parties have preliminarily conferred and discussed initial information requests that would aid them in assessing whether their discovery disputes can be resolved and to assess associated discovery burdens associated with the issues and obligations raised by both the November 16 and 21 Orders.

5. In particular, on November 30, 2012, Plaintiffs provided Defendants with an initial proposal for ways to limit the burdens associated with their FX discovery. Moreover, on December 3, 2012, pursuant to the Court's November 16 Order, Securities Lead Plaintiff the Public Employees' Retirement Fund of Mississippi and named plaintiff Miami Beach Employees Retirement Plan sent Defendants a letter containing additional information on their proposed custodians. Lead Plaintiff Union Asset Management AG, with the assent of Defendants, is sent its additional information to Defendants on December 4, 2012.

6. As discussed by the Parties, State Street and its counsel are scheduled later this week to discuss Plaintiffs' November 30, 2012 proposal and to review information requests related to that proposal. The Parties will meet and confer early next week to discuss the production of the State Street Defendants' FX discovery in light of the November 21 Order and directive.

5. Based upon these initial discussions, the Parties also believe that the issues presented Plaintiffs' CA FX Motion to Compel, currently scheduled to be heard on December 10, 2012, should be continued, because those issues would be better reviewed again by the Parties in the context of the planned meet and confer process before further consideration by the Court. The Plaintiffs propose that the continued hearing be rescheduled during the following

week or at any time thereafter so ordered by the Court.  If no hearing is necessary in light of progress made during the planned meet and confer process, the Parties propose to so report to the Court promptly.

6. The Parties believe that the progress of discovery in this matter is best served by initially focusing their attention to review and consideration of the FX discovery issues presented by the November 21 Order.  Therefore, the State Street Defendants request that the date by which they must identify for the Court additional Securities Plaintiffs' custodians, if any, it believes should be added to the Securities Plaintiffs' list of custodians be briefly postponed to a date to be mutually agreed upon by the Parties during the planned meet and confer process and reported to the Court.

WHEREFORE, the State Street Defendants respectfully request that the Court enter an order that:

a) the December 10 Hearing to address Plaintiffs' CA FX Motion to Compel and any unresolved burden issues with respect to Defendants' FX discovery is continued until the following week on a date between December 17 – 20, 2012 or at any time thereafter so ordered by the Court;

b) the deadline set forth in the November 16 Order regarding Defendants' obligation to identify additional Plaintiffs' custodians, if any, and the reasons for their addition, are postponed until a date to be proposed mutually by the parties and reported to the Court; and

c) Three days before the rescheduled hearing (or the next business day thereafter) , the Parties will advise the Court as to whether the continued hearing is necessary,

and, if so, shall provide a status report to the Court on the progress of the meet and confer process regarding FX discovery.

Respectfully submitted by the State Street Defendants this 4th day of December, 2012,

**STATE STREET DEFENDANTS,**

By their attorneys,

/s/ James W. Prendergast
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: jeffrey.rudman@wilmerhale.com
Email: william.paine@wilmerhale.com
Email: james.prendergast@wilmerhale.com
Email: john.butts@wilmerhale.com

Dated: December 5, 2012

- 6 -

## CERTIFICATE OF SERVICE

I, James W. Prendergast, hereby certify that this document filed through the ECF system in *Kenney* and the Consolidated Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated December 5, 2012.

/s/ James W. Prendergast
James W. Prendergast