**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

————————————————————————————

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ———————————————————————— ) | Master Docket |
| ) | No. 1:09-cv-12146-GAO |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ) | |
| ACTIONS ) | |
| ———————————————————————— ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of Himself and ) | |
| a Class of Persons Similarly Situated ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 09-10750-DJC |
| ) | |
| STATE STREET CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ———————————————————————— ) | |

**ASSENTED-TO MOTION TO ADJOURN THE DECEMBER 17, 2012 HEARING,**
**SET DATE FOR STATUS CONFERENCE, AND ENLARGE TIME TO FILE**
**OBJECTIONS TO THE NOVEMBER 21, 2012 ORDER**

The State Street Defendants hereby move, with the assent of Plaintiffs, to adjourn the

hearing currently scheduled for December 17, 2012 to on or about January 15, 2013 in order to

allow the parties additional time to meet and confer as required by the Court's November 21,

2012 Order (Docket No. 232) (the "November 21 Order").  The State Street Defendants also

request, with the assent of Plaintiffs, that the Court extend the deadline for filing objections to

the November 21 Order pursuant to Fed. R. Civ. P. 72(a) to January 25, 2013 so that they can

complete the meet and confer process before considering whether to file any such objections.

As grounds for this motion, the parties state as follows:

1.      On November 21, 2012, the Court issued the November 21 Order granting Plaintiffs' FX Client Motion to Compel and holding that the scope of Defendants' discovery included "all custodial clients that engaged in indirect trades."  Recognizing that "this ruling will greatly expand State Street's discovery obligations beyond that in which it is presently engaged," the Court instructed the Parties to meet and confer prior to the hearing on December 10, 2012 with respect to discovery, and to evaluate the burden associated with specific requests.

2.      Pursuant to Fed. R. Civ. P. 72(a), the deadline for filing any objections to the November 21 Order would have been December 5, 2012.  On November 30, 2012, the Parties jointly moved to extend this deadline so that they could have time to meet and confer before the State Street Defendants considered whether to file any objections to the Order.  The Court allowed this motion and extended the objection deadline to January 5, 2013.

3.      During this time, counsel for the Parties also began discussing ways to resolve (or at least narrow) their discovery disputes, including, among other things, a proposal made by Plaintiffs for limiting the burdens associated with FX discovery.  In light of these ongoing discussions, the State Street Defendants filed an Assented-To Motion to Continue the December 10 Hearing to permit the parties to continue the meet-and-confer process.  The Court allowed this motion and rescheduled the December 10 Hearing to December 17, 2012 at 2:30 P.M.

4.      Since then, the parties have exchanged additional correspondence, held a teleconference on December 12, 2012, and exchanged further correspondence thereafter.  From that conference, the State Street Defendants agreed to provide certain additional information, including identification of all custody clients that engaged in indirect FX transactions during the class period.  The parties plan to next confer during the week of December 17-21, 2012.

5.      Based upon these continuing discussions, the parties believe that the December 17 Hearing should be adjourned to permit additional time for the parties to resolve, or at least substantially narrow, the scope of any remaining disputes.  To provide adequate time and given the intervening holidays, the parties therefore propose that the Court schedule a status conference for January 15, 2013, or any time thereafter so ordered by the Court, to review the parties' progress with regard to a plan for FX discovery and, if necessary, to consider the Plaintiffs' CA FX Motion to Compel.

6.      The parties further believe that it is most efficient and productive to complete their substantive discussions about the FX discovery disputes before State Street must decide whether to object to the November 21 Order.  The parties therefore request that the Court extend the January 5, 2013 deadline for filing any such objections to January 25, 2013.

WHEREFORE, the State Street Defendants, with Plaintiffs' assent, respectfully request that the Court enter an order:

a)      continuing the December 17 Hearing to January 15, 2013, or any date thereafter so ordered by the Court;

b)      requiring the parties to submit a joint status report to the Court, on a business day at least three days before the rescheduled hearing, describing the progress of the meet and confer process regarding FX discovery and whether Plaintiffs' CA FX Motion to Compel should be addressed at the rescheduled hearing; and

c)      extending until and through January 25, 2013 the deadline by which any objections to the November 21 Order must be filed pursuant to Fed. R. Civ. P. 72(a).

Respectfully submitted by the State Street Defendants  this 14 day of December, 2012,

**STATE STREET DEFENDANTS,**

By their attorneys,

/s/ *James W. Prendergast*
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jeffrey.rudman@wilmerhale.com
william.paine@wilmerhale.com
james.prendergast@wilmerhale.com
john.butts@wilmerhale.com

## <u>CERTIFICATE OF SERVICE</u>

I, James W. Prendergast, hereby certify that this document filed through the ECF system in *Kenney* and the Consolidated Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated December 14, 2012.

<u>/s/ *James W. Prendergast*</u>
James W. Prendergast