**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO THE    ) <br> SECURITIES ACTIONS                              ) <br> ) <br> DOCKET NO. 09-cv-12146-NG          ) | Master Docket No.1:09-cv-12146 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG, in the above-referenced matter.

Dated: January 11, 2013

Respectfully submitted,

/s/ Rebecca M. Katz
Rebecca M. Katz (Admitted *Pro Hac Vice*)
MOTLEY RICE LLC
275 Seventh Ave., 2nd Floor
New York, NY 10001
Telephone:  (212) 577-0041
Fax:  (212) 577-0054
Email:  rkatz@motleyrice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 11, 2013.

                                              /s/ Rebecca M. Katz
                                              Rebecca M. Katz