**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ | ) |
| | ) |
| HILL v. STATE STREET CORPORATION | ) |
| _____ | ) Master Docket |
| | ) No. 1:09-cv-12146-GAO |
| | ) |
| THIS DOCUMENT RELATES TO ALL CLASS | ) |
| ACTIONS | ) |
| _____ | ) |
| | |
| _____ | |
| | ) |
| THOMAS U. KENNEY, on Behalf of Himself and | ) |
| a Class of Persons Similarly Situated | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) No. 09-10750-DJC |
| | ) |
| STATE STREET CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |
| _____) | |

**JOINT MOTION TO ADJOURN THE JANUARY 23, 2013 HEARING,**
**SET DATE FOR STATUS CONFERENCE, AND ENLARGE TIME TO FILE**
**OBJECTIONS TO THE NOVEMBER 21, 2012 ORDER**

The parties hereby jointly move to briefly adjourn the hearing currently scheduled for

January 23, 2013 for two weeks, to be rescheduled on a date convenient for the Court after

February 6, 2013, in order to allow the parties additional time to meet and confer as required by

the Court's November 21, 2012 Order (Docket No. 232) (the "November 21 Order").  The

parties have made substantial progress in the past few weeks in resolving their dispute over FX

discovery, and are optimistic that a brief adjournment of two weeks will allow them to

significantly resolve or narrow the issues in dispute.  This will be the final adjournment of the

hearing requested by the parties.

In addition, the State Street Defendants request, with the assent of Plaintiffs, that the Court extend the deadline for filing objections to the November 21 Order pursuant to Fed. R. Civ. P. 72(a) to one week after the hearing date discussed herein so that they can complete the meet and confer process before considering whether to file any such objections.

As grounds for this motion, the parties state as follows:

1.      On November 21, 2012, the Court issued the November 21 Order granting Plaintiffs' FX Client Motion to Compel and holding that the scope of Defendants' discovery included "all custodial clients that engaged in indirect trades." Recognizing that "this ruling will greatly expand State Street's discovery obligations beyond that in which it is presently engaged," the Court instructed the Parties to meet and confer prior to the next hearing before the Court (then scheduled for December 10, 2012) with respect to discovery, and to evaluate the burden associated with specific requests.

2.      Pursuant to Fed. R. Civ. P. 72(a), the deadline for filing any objections to the November 21 Order would have been December 5, 2012. On November 30, 2012, the Parties jointly moved to extend this deadline so that they could have time to meet and confer before the State Street Defendants considered whether to file any objections to the Order. The Court allowed this motion and extended the objection deadline to January 5, 2013. Subsequently, the parties agreed to extend the objection deadline to January 25, 2013, which the Court allowed.

3.      Following the November 21 Order, counsel for the Parties began discussing ways to resolve (or at least narrow) their discovery disputes. In light of these ongoing discussions, the State Street Defendants filed an Assented-To Motion to Continue the December 10 Hearing to permit the parties to continue the meet-and-confer process. The Court allowed this motion and

rescheduled the December 10 Hearing to December 17, 2012.  Subsequently, due to the ongoing

discussions between the parties and the intervening holidays, the hearing date was moved to

January 14, 2013 and then, as a result of a scheduling conflict, it was rescheduled to January 23,

2013, which the Court allowed.

4.      The parties have used the time since the November 21 Order productively, believe

that significant progress is being made to resolve the discovery disputes and are optimistic that

the issues in dispute can be resolved or significantly narrowed.  The parties have exchanged

numerous letters and held multiple teleconferences, including lengthy conferences on December

12 and 19, 2012.  In particular, in response to Plaintiffs' request, Defendants recently provided

Plaintiffs with a list of all custody clients that engaged in indirect FX transactions during the

class period.  Plaintiffs have reviewed this material and requested additional information, as well

as making another proposal seeking to narrow or resolve this dispute.  The parties plan to next

confer on January 18, 2013.

5.      The parties believe that the hearing scheduled for January 23, 2013 should be

adjourned for a brief two week period to permit additional time for the parties to resolve, or at

least substantially narrow the scope of, any remaining disputes.  Accordingly, the parties propose

that the Court schedule a status conference at its convenience on or after February 6, 2013 to

review the parties' progress with regard to a plan for FX discovery and, if necessary, to consider

the Plaintiffs' CA FX Motion to Compel.

6.      The parties further believe that it is most efficient and productive to complete

their substantive discussions about the FX discovery disputes before State Street must decide

whether to object to the November 21 Order.  The parties therefore request that the Court extend

the January 25, 2013 deadline for filing any such objections to seven calendar days after the

hearing date discussed above.

WHEREFORE, the parties respectfully request that the Court enter an order:

a)     continuing the January 23 hearing to a date convenient for the Court after

February 6, 2013;

b)     requiring the parties to submit a joint status report to the Court, on a business day

at least three days before the rescheduled hearing, describing the progress of the

meet and confer process regarding FX discovery and whether Plaintiffs' CA FX

Motion to Compel should be addressed at the rescheduled hearing; and

c)     extending the deadline by which any objections to the November 21 Order must

be filed pursuant to Fed. R. Civ. P. 72(a) to seven business days after the

rescheduled hearing date.

Respectfully submitted by the parties, by their undersigned attorneys, this 17th day of January,

2013.

<table>
<tr><td>

**PUBLIC EMPLOYEES' RETIREMENT**
**SYSTEM OF MISSISSIPPI AND UNION**
**ASSET MANAGEMENT HOLDING AG**

By their attorneys,


/s/ *John C. Browne*
John C. Browne (Admitted Pro Hac Vice)
Jeremy P. Robinson (Admitted Pro Hac Vice)
Rebecca E. Boon (Admitted Pro Hac Vice)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel.: (212) 554-1400
Fax.: (212) 501-0300

</td><td>

**CASEY J. RICHARD**

By his attorneys,

/s/ *Thomas G. Shapiro*
Thomas G. Shapiro BBO # 454680
Michelle H. Blauner BBO # 549049
**SHAPIRO HABER & URMY LLP**
53  State Street
Boston, MA 02109
Telephone: (617) 439‑3939
Facsimile: (617) 439‑0134
tshapiro@shulaw.com
mblauner@shulaw.com

</td></tr>
</table>

- 5 -

Email: johnb@blbglaw.com
Email: jeremy@blbglaw.com
Email: Rebecca.Boon@blbglaw.com

**MOTLEY RICE LLC**
William H. Narwold (Admitted Pro Hac Vice)
James M. Hughes (Admitted Pro Hac Vice)
Badge Humphries (Admitted Pro Hac Vice)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450

*Co-Lead Counsel for Lead Plaintiffs and the
Proposed Class in the Securities Actions*

**BERMAN DEVALERIO**
Bryan A. Wood (BBO#648414)
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
Email: ppease@bermandevalerio.com

*Liaison Counsel for Plaintiffs*

**WILMER CUTLER PICKERING HALE
AND DORR LLP**

Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: jeffrey.rudman@wilmerhale.com
Email: william.paine@wilmerhale.com
Email: james.prendergast@wilmerhale.com
Email: john.butts@wilmerhale.com

*Attorneys for the State Street Defendants*

VITA LAW OFFICES P.C.
Richard Vita BBO # 510260
77 Franklin Street
Boston, MA 02109
(617) 426‑6566
rjv@vitalaw.com

- 5 -

- 6 -

**<u>CERTIFICATE OF SERVICE</u>**

I, Jeremy P. Robinson, hereby certify that I caused the Joint Motion To Adjourn The January 23, 2013 Hearing, Set Date For Conference, And Enlarge Time To File Objections To The November 21, 2012 Order to be filed through the ECF system in the above-captioned actions, which will send notification of such filing to the counsel who have registered with this Court.

/s/ *Jeremy P. Robinson*
Jeremy P. Robinson
