# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
             )
HILL v. STATE STREET CORPORATION  )
             )
_____)  Master Docket No. 1:09-cv-12146
             )
THIS DOCUMENT RELATES TO ALL CLASS )
ACTIONS           )
             )
_____)


_____
             )
THOMAS U. KENNEY, on Behalf of Himself and )
A Class of Persons Similarly Situated  )
             )
Plaintiff,        )
             )  Civil Action No. 09-10750-DJC
v.          )
             )
STATE STREET CORPORATION, et al.  )
_____)

## Joint Status Report In Advance Of The February 11, 2013 Hearing

   Pursuant to the Court's January 17, 2013 Order (Master Dkt. No. 252), the plaintiff and State Street parties involved in the FX portion of the above-captioned cases,[1] submit this Joint Status Report In Advance Of The February 11, 2013 Hearing.  As ordered by the Court, the parties describe below the progress of the meet and confer process regarding FX discovery and whether Plaintiffs' Motions to Compel (Master Dkt. Nos. 211 and 212) should be addressed at the February 11, 2013 hearing.

_____

[1] Matters related to ERISA, the conduits, and the investment portfolio are not scheduled for discussion at the February 11, 2013 hearing.

## A.  Status Of FX Discovery

The parties have been working diligently and have continuously exchanged information and proposals to resolve FX discovery disputes since the last hearing on November 14, 2012 and the Court's November 21, 2012 Order On The Richard/Hill Plaintiffs' Motion To Compel FX-Specific Discovery Re Institutional Custodial Clients (Master Dkt. No. 232).  They have made significant progress and resolved many issues, although some outstanding issues remain.

- With the exception of a dispute over the logged law enforcement communications (described below), the parties have resolved all outstanding issues relating to discovery from the California Attorney General litigation.

- The parties have been unable to resolve Plaintiffs' motion to compel production of regulatory and law enforcement communications already produced in California. (Master Dkt. No. 211 at 5-7).  This issue has already been fully briefed and is ripe for argument on February 11, 2013.

- The parties have resolved the issues raised in Plaintiffs' motion to compel a search for "dumb or smart or stupid /5 client!" *See* Master Dkt. No. 211 at 8-9.

- The parties have agreed that Defendants will produce reports that they have generated estimating State Street's indirect FX revenues and/or indirect FX profits and losses on both a per-client and an aggregate basis since 2005 or 2006.

- The parties are nearing an agreement resolving the production of custodial contracts, RFPs, RFP responses, the attached or incorporated materials (including fee schedules and amendments thereto) (the "Contract Materials") that was the subject of a previous motion to compel. *See* Master Dkt. No. 212-1 at 9-11.  The parties expect to reach agreement in the near term that Defendants need only produce Contract Materials from an agreed-upon sample of custodial clients.  Plaintiffs do not waive their right to later seek additional Contract Materials not already agreed to, with Defendants reserving all rights to object to any additional production of such Contract Materials.

- With one exception discussed below, the parties have agreed to FX custodians as follows:

  - The parties had previously agreed to a number of FX custodians.  This agreement still stands.

  - Plaintiffs previously moved to compel the use of 120 additional FX custodians used in the California Attorney General litigation.  *See* Master Dkt. No. 211 at 2-5. The parties have resolved this dispute as follows:

- ▪ The parties have agreed upon a list of FX custodians from State Street's SSGM group whose records will be searched as soon as practicable. The one exception is an ongoing dispute over the timeframe to be applied to one of these custodians.  The parties continue to meet-and-confer on this single issue, and expect to resolve this issue without Court involvement.

- ▪ The parties have agreed that once documents from the above custodians have been reviewed, they will meet-and-confer to discuss the possibility of searching additional custodians who are not from State Street's SSGM group, and the appropriate scope of any production.  The parties have reserved all rights with respect to these issues.

- • The parties have made substantial progress, but have not yet agreed on certain issues involving FX search terms.  The parties have exchanged proposals, and Defendants plan to provide data on hits of Plaintiffs' most recent proposal as soon as available to facilitate further discussion.

- • The parties are in discussions regarding the scope of review for FX documents, Plaintiffs have made an initial proposal which was generally favorably received by Defendants, and the parties hope to reach an agreement in the near term.

**B.  Proposed Agenda For February 11, 2013 Hearing**

1. Argument on Plaintiffs' motion to compel production of regulatory and law enforcement communications.

2. Update as needed on status of other issues listed above.

3. Scheduling of future conferences with the Court.

Dated: February 8, 2013

Respectfully submitted by the Plaintiffs,

| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>_/s/ Rebecca E. Boon_<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice) | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br>_/s/ Michelle H. Blauner_<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53  State Street |

Jeremy P. Robinson (Admitted Pro Hac Vice)
Rebecca E. Boon (Admitted Pro Hac Vice)
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel.: (212) 554-1400
Fax: (212) 501-0300
steven@blbglaw.com
johnb@blbglaw.com
jeremy@blbglaw.com
lauren@blbglaw.com,
rebecca.boon@blbglaw.com


**MOTLEY RICE LLC**
William H. Narwold (Admitted Pro Hac Vice)
James M. Hughes (Admitted Pro Hac Vice)
Badge Humphries (Admitted Pro Hac Vice)
Rebecca M. Katz (Admitted Pro Hac Vice)
William S. Norton (Admitted Pro Hac Vice)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
bnarwold@motleyrice.com
jhughes@motleyrice.com
bhumphries@motleyrice.com
rkatz@motleyrice.com
bnorton@motleyrice.com


*Co-Lead Counsel for Lead Plaintiffs and the
Proposed Class in the Securities Actions*


**BERMAN DEVALERIO**
Bryan A. Wood (BBO#648414)
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
bwood@bermandevalerio.com


*Liaison Counsel for Plaintiffs*

Boston, MA 02109
Tel.: (617) 439 ‑ 3939
Fax: (617) 439 ‑ 0134
tshapiro@shulaw.com
mblauner@shulaw.com
rditzion@shulaw.com

VITA LAW OFFICES P.C.
Richard Vita BBO # 510260
77 Franklin Street
Boston, MA 02109
Tel.: (617) 426 ‑ 6566
rjv@vitalaw.com

Respectfully submitted by the Defendants,

| | |
|---|---|
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>*/s/ James W. Prendergast*<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>    **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com<br>william.paine@wilmerhale.com<br>james.prendergast@wilmerhale.com<br>john.butts@wilmerhale.com | |

**CERTIFICATE OF SERVICE**

I, James W. Prendergast, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated February 8, 2013.

*/s/ James. W. Prendergast*
James. W. Prendergast