UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | MASTER DOCKET |
| THIS DOCUMENT RELATES ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS ) | |
| _____) | |
| and ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of ) | |
| Himself and a Class of Persons ) | |
| Similarly Situated, ) | CIVIL ACTION |
| ) | NO. 09-10750-DJC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STATE STREET CORPORATION, et al., ) | (filed concurrently in both actions) |
| ) | |
| Defendants. ) | |

**SCHEDULING ORDER AND ORDER ON
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
REGULATORY AND LAW ENFORCEMENT COMMUNICATIONS**

Following a hearing held today to consider oral argument on the plaintiffs' motion to compel the production of communications with regulatory and law enforcement officials that were already produced in the California AG Action (Docket No. 211 in C.A. No. 09-12146-GAO), it is hereby ORDERED as follows:

1. By **February 25, 2013**, State Street shall review the 25 communications at issue and shall produce any documents that contain substantive information. Unless otherwise agreed by the parties, any communications that are not produced shall be submitted to the court for <u>in camera</u> review.

2.  The parties shall attempt to resolve all open issues identified in their February 8, 2013 Joint Status Report by **February 25, 2013**.  Any remaining disputes regarding those issues shall be addressed at the next status conference.

3.  The next status conference will take place on **March 11, 2013 at 2:30 p.m.** in Courtroom #15 on the 5th floor.  At the conference, the parties shall be prepared to address any unresolved discovery disputes, as well as a time-line for State Street's production of outstanding documents.  All written materials regarding remaining disputes, if any, as well as a joint proposed agenda for the conference, shall be filed with the court no later than five (5) business days before the conference.

Dated: February 11, 2013

    / s / Judith Gail Dein  
Judith Gail Dein  
United States Magistrate Judge