## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION )<br> )<br> )<br> )<br>THIS DOCUMENT RELATES TO THE )<br>SECURITIES ACTIONS )<br> )<br>Docket No. 09-cv-12146 )<br> ) | Master Docket No. 1:09-cv-12146 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF KATHERINE B. DIRKS

Pursuant to Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, Katherine B. Dirks provides notice that she is leaving the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and will cease to act as counsel for Defendants State Street Corporation, Ronald E. Logue, Edward J. Resch, Pamela D. Gormley, Kennett F. Burnes, Peter Coym, Nader F. Darehshori, Amelia C. Fawcett, David P. Gruber, Linda A. Hill, Charles R. LaMantia, Maureen J. Miskovic, Richard P. Sergel, Ronald L. Skates, Gregory L. Summe, and Robert E. Weissman (collectively, "State Street Defendants") in the above-captioned matter.

This notice is not intended to affect the appearances of any other attorneys, including those other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter, who will continue to serve as counsel for the State Street Defendants.

| | |
|---|---|
| Dated: March 1, 2013 | Respectfully submitted, |

*/s/ Katherine B. Dirks*
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
Timothy Perla (BBO No. 660447)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Katherine B. Dirks (BBO No. 673674)
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for STATE STREET CORPORATION; RONALD E. LOGUE; EDWARD J. RESCH; PAMELA D. GORMLEY; KENNETT F. BURNES; PETER COYM; NADER F. DAREHSHORI; AMELIA C. FAWCETT; DAVID P. GRUBER; LINDA A. HILL; CHARLES R. LAMANTIA; MAUREEN J. MISKOVIC; RICHARD P. SERGEL; RONALD L. SKATES; GREGORY L. SUMME; ROBERT E. WEISSMAN*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on March 1, 2013.

                                      */s/ Katherine B. Dirks*
                                      Katherine B. Dirks