UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | MASTER DOCKET |
| THIS DOCUMENT RELATES ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS ) | |
| _____) | |
| and ) | |
| ) | |
| THOMAS U. KENNEY, on Behalf of ) | |
| Himself and a Class of Persons ) | |
| Similarly Situated, ) | CIVIL ACTION |
| ) | NO. 09-10750-DJC |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STATE STREET CORPORATION, et al., ) | (filed concurrently in both actions) |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. As agreed, State Street shall produce any custodial contract materials and FX revenue reports for which it is not seeking a protective order by **March 20, 2013**.

2. By **March 25, 2013**, State Street shall file any motion for a protective order concerning the FX related documents. The plaintiffs shall file any response by **April 3, 2013**.

3. By **April 9, 2013**, the plaintiffs shall submit a proposed schedule for the remainder of discovery, including but not limited to, a proposed schedule for fact witness

depositions relating to the plaintiffs' conduit claims.

4.      The next hearing will take place on **April 9, 2013 at 11:30 a.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to present oral argument on any motion for a protective order filed pursuant to paragraph 2 above. Additionally, the parties shall be prepared to address the following issues:

(i)     the status of the parties' efforts to resolve their dispute regarding the FX search terms;

(ii)    State Street's response to the plaintiffs' proposed discovery schedule; and

(iii)   the scheduling of future conferences with the court.

                / s / Judith Gail Dein
                Judith Gail Dein
                United States Magistrate Judge

Dated: March 11, 2013