**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | : <br> : <br> : <br> : <br> : **Master Docket No. 09-cv-12146-GAO** <br> : <br> THIS DOCUMENT RELATES TO THE : <br> SECURITIES ACTIONS : <br> : <br> DOCKET NO. 09-cv-12146- GAO : <br> : <br> : <br> : |

**PLAINTIFFS' ASSENTED TO MOTION TO RESCHEDULE HEARING**

Lead Plaintiffs, Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG (collectively, "Lead Plaintiffs"), respectfully submit this assented to motion to reschedule argument on Defendants' motion for clarification, which is currently scheduled for March 25, 2013, at 3:00 pm.  Defendants have assented to the relief requested by this motion.  As support for this motion, Lead Plaintiffs state the following:

1. On July 20, 2012, Defendants filed a motion for clarification seeking an Order stating that Lead Plaintiffs had abandoned certain claims alleged in the operative complaint.

2. On August 9, 2012, Lead Plaintiffs filed an opposition to Defendants' motion for clarification, which contended that Lead Plaintiffs had not abandoned any claims and that Judge Gertner had denied Defendants' motion to dismiss in its entirety in her August 3, 2011 Opinion and Order.

3. On March 12, 2013, Defendants filed a reply memorandum in further support of their motion for clarification.

4. On March 18, 2013, this Court entered an Order setting argument on Defendants' motion for clarification for 3:00 pm on March 25, 2013.

5. Counsel for Lead Plaintiffs has a pre-existing scheduling conflict with the March 25 hearing date.  Accordingly, Lead Plaintiff's counsel conferred with Defendants' counsel, who agreed to reschedule the hearing to a mutually convenient date.

6. Subsequently, the parties agreed upon two alternative dates – April 12 and April 16 – on which all parties are available to attend a hearing on the motion for clarification.

WHEREFORE, the parties respectfully request that this Court reschedule the date for argument on Defendants' motion for clarification from March 25, 2013, to April 12, 2013, or April 16, 2013, or another date that is convenient to the Court.

Respectfully submitted,

/s/ Bryan A. Wood
Bryan A. Wood (BBO #648414)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs*


John C. Browne (*Admitted Pro Hac Vice*)
Lauren A. McMillen (*Admitted Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel.: (212) 554-1400
Fax.: (212) 501-0300
Email: johnb@blbglaw.com

**MOTLEY RICE LLP**
Badge Humphries (*Admitted Pro Hac Vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (*Admitted Pro Hac Vice*)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel.: (860) 882-1676
(860) 882-1682

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*

**CERTIFICATE OF SERVICE**

  I, Bryan A. Wood, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2013:

              /s/ Bryan A. Wood
              Bryan A. Wood