**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | MASTER DOCKET |
| THIS DOCUMENT RELATES ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS ) | |
| ) | |
| DOCKET NO. 09-12146-GAO ) | |

**STATE STREET'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER CONCERNING DOCUMENTS SUBJECT TO LUXEMBOURG'S BANK SECRECY LAWS**

State Street respectfully moves, pursuant to Local Rule 7.1(B)(3), for leave to file the reply brief attached as Exhibit 1 in support of its Motion for Protective Order Concerning Documents Subject to Luxembourg's Bank Secrecy Laws (the "Motion"). State Street recognizes the short period between this filing and the status conference scheduled for 10:00 am tomorrow. The timing of this filing stems from the fact that Plaintiffs served a twenty page opposition along with a supporting declaration attaching 18 exhibits just prior to midnight on April 10, and the need to confer with State Street's expert on Luxembourg law, who resides in Luxembourg, as to Plaintiffs' statements about Luxembourg's bank secrecy laws.

The reasons for State Street's request to file the attached reply brief are as follows:

1. On March 20, State Street moved for a protective order against the disclosure of certain documents and information relating to customers of State Street Bank Luxembourg, S.A. ("State Street Luxembourg") because they are subject to Luxembourg's strict bank secrecy laws and producing them would subject State Street to the prospect of criminal liability in Luxembourg. This Motion presents significant and complex issues of international law and comity that must be carefully weighed against the discovery obligations under the Federal Rules

1

of Civil Procedure. *See Société Nationale Industrielle Aérospatiale v. United States District Court*, 482 U.S. 522, 546 (1987) (courts should give careful consideration when foreign comity issues are raised, and pay "due respect" to the "special problem" of competing sovereign interests).

2. State Street believes that a reply brief would be of substantial assistance to the Court in resolving these issues by fully airing the relevant considerations associated with an important issue of foreign comity.

3. State Street also believes that a reply is particularly necessary because Plaintiffs' opposition substantially distorted, among other things, (1) the nature of the relief that State Street is requesting, (2) the factual record that led to this dispute (including the record of the parties meet-and-confer discussions), and (3) the legal standards that apply to this motion. Under these circumstances, State Street believes that a reply brief is necessary to correct the record and provide the Court clarity as to the issues associated with State Street's Motion.

For the reasons set forth above, State Street respectfully requests that the Court grant this motion and permit it to file the reply brief attached as Exhibit 1.

Respectfully submitted:

STATE STREET DEFENDANTS

By their attorneys,

*/s/ John J. Butts*
Jeffrey B. Rudman (BBO No. 433380)
William H. Paine (BBO No. 550506)
James W. Prendergast (BBO No. 553073)
John J. Butts (BBO No. 643201)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109

|  |  |
|---|---|
| | Telephone: (617) 526-6000 |
| | jeffrey.rudman@wilmerhale.com |
| | william.paine@wilmerhale.com |
| | james.prendergast@wilmerhale.com |
| Dated: April 8, 2013 | john.butts@wilmerhale.com |

## RULE 7.1(A)(2) CERTIFICATION

I, John J. Butts, hereby certify pursuant to Local Rule 7.1(A)(2) that I conferred in good faith with counsel for the Plaintiffs in an attempt to resolve the issues presented in the foregoing motion. The parties could not reach agreement.

*/s/ John J. Butts*
John J. Butts

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via email to the registered participants of the ECF system in the above-captioned matters on April 8, 2013.

*/s/ John J. Butts*
John J. Butts