UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____   )
                                       )
HILL v. STATE STREET CORPORATION et al. )
                                       )
_____   )   Master Docket No. 1:09-cv-12146
                                       )
KENNEY v. STATE STREET CORPORATION    )
et al.                                 )
                                       )
_____   )
                                       )
THIS DOCUMENT RELATES TO THE          )
SECURITIES ACTION AND THE ERISA       )
ACTION                                 )
_____   )


**PLAINTIFFS' RESPONSE TO STATE STREET'S MOTION
FOR LEAVE TO FILE A BRIEF IN SUPPORT OF ITS MOTION FOR
PPROTECTIVE ORDER CONCERNING DOCUMENTS
<u>SUBJECT TO LUXEMBOURG'S BANK SECRECY LAWS</u>**


**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
John C. Browne
Jeremy P. Robinson
Rebecca E. Boon
1285 Avenue of the Americas
New York, NY  10019

**MOTLEY RICE LLC**
William H. Narwold
Badge Humphries
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464


*Counsel for Lead Plaintiffs and Proposed Class
in the Securities Action*

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro BBO # 454680
Michelle H. Blauner BBO # 549049
Robert E. Ditzion BBO #660962
53  State Street
Boston, MA 02109
Telephone: (617) 439‐3939
Facsimile: (617) 439‐0134

*Counsel for Casey J. Richard in the ERISA
Action*

Plaintiffs in the Securities Action and Plaintiff Casey J. Richard in the ERISA Action (collectively, "Plaintiffs") do not oppose State Street's State Street's Motion For Leave To File A Brief In Support Of Its Motion For Protective Order Concerning Documents Subject To Luxembourg's Bank Secrecy Laws on the condition that Plaintiffs be afforded the opportunity to file a sur-reply and the oral argument on these issues is postponed until after Plaintiffs file their sur-reply.

In support of this response, Plaintiffs state as follows:

1.  In the Court's March 11, 2013 Scheduling Order (Dkt. # 267), State Street was directed to filed any motion for protective order concerning the FX related documents by March 25, 2013, and Plaintiffs were required to file any response by April 3, 2013.

2.  The Court set a shortened schedule, which did not provide for a reply brief and in order to allow for a hearing on April 9, 2013.

3.  Plaintiffs submitted their opposition brief in accordance with the tight schedule forth in the Court's March 11, 2013 Scheduling Order.

4.  On April 5, State Street asked Plaintiffs for their consent to file a reply. Plaintiffs informed State Street that they would assent if "Defendants agree in good faith that they will not put in reply papers that advance new arguments or submit new affidavits or other evidence. If Defendants were to do so, it would be unfair and prejudicial to Plaintiffs."

5.  State Street filed its 18-page proposed reply and 20 pages of supporting material less than 24 hours before argument. In these documents, State Street raises a number of new arguments and includes a new affidavit raising new issues of Luxembourg law. Plaintiffs are severely prejudiced by the lack of time to respond adequately to State Street's new filing. Indeed, it is for this reason that the law in this Circuit disfavors such replies. *See Wills v. Brown Univ.*, 184 F.3d 20, 27 (1st Cir. 1999) ("[T]heories offered for the first time in the reply brief are

not preserved."); *see also Noonan v. Wonderland Greyhound Park Realty LLC*, 723 F. Supp. 2d 298, 349 (D. Mass. 2010) ("The purpose of a reply memorandum is not to file new arguments that could have been raised in a supporting memorandum."). This prejudice is particularly acute here given that State Street's motion seeks to apply Luxembourg law, and Plaintiffs only became aware that Luxembourg law was at issue approximately three weeks ago, on March 25, 2013, when Defendants filed their motion.

6. Nonetheless, Plaintiffs do not oppose State Street's filing its proposed reply, if the Court allows Plaintiffs sufficient time to address State Street's arguments in a sur-reply and postpones argument on State Street's motion for a protective order until after briefing is complete. Given that the Court has indicated that it is not sitting the weeks of April 15th and April 22nd, Plaintiff requests leave to file a sur-reply by April 26, 2013, with argument to take place as soon thereafter as is amenable to the Court. The Court can set an appropriate schedule when the parties are all in Court in April 9, 2013.

Dated: April 8, 2013

| LEAD PLAINTIFFS AND THE PROPOSED CLASS IN THE SECURITIES ACTION | CASEY J. RICHARD IN THE ERISA ACTION |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ John C. Browne | /s/ Michelle H. Blauner |
| John C. Browne<br>Jeremy P. Robinson<br>Rebecca E. Boon<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br>Email: johnb@blbglaw.com<br>Email: jeremy@blbglaw.com | Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439‐3939<br>Facsimile: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br>rditzion@shulaw.com |

2

Email: rebecca.boon@blbglaw.com

| | |
|---|---|
| William H. Narwold<br>**MOTLEY RICE LLC**<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, Connecticut 06103<br>Tel.: (860) 882-1676<br>Fax: (860) 882-1682<br>Email: bnarwold@motleyrice.com | Richard Vita BBO # 510260<br>Vita Law Offices P.C.<br>77 Franklin Street<br>Boston, MA 02109<br>Telephone: (617) 426-6566<br>rjv@vitalaw.com |

-and-

Badge Humphries
Christopher F. Moriarty
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
Email: bhumphries@motleyrice.com
Email: cmoriarty@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs and the
Proposed Class in the Securities Actions*


Bryan A. Wood
**BERMAN DEVALERIO**
One Liberty Square
Boston, Massachusetts 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs and the
Proposed Class in the Securities Actions*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2013.

    /s/ Michelle H. Blauner
    Michelle H. Blauner