# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL CLASS ) <br> ACTIONS ) <br> ) <br> _____ ) | Master Docket No. 1:09-cv-12146 |
| THOMAS U. KENNEY, on Behalf of Himself and ) <br> A Class of Persons Similarly Situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE STREET CORPORATION, et al. ) <br> _____ ) | Civil Action <br> No. 09-10750-DJC |

## PLAINTIFFS' PROPOSED FACT DISCOVERY SCHEDULE

| EVENT | DEADLINE |
|---|---|
| Fact Witness Depositions relating to the Conduit and ERISA Claims May Commence | May 15, 2013 |
| Fact Witness Depositions relating to the Foreign-Exchange ("FX") Claims May Commence | July 15, 2013 |
| Substantial Completion of Document Discovery relating to the Conduit and ERISA Claims | July 15, 2013 |
| Substantial Completion of Document Discovery relating to the FX Claims of documents from SSGM and other custodians as already agreed-upon. | August 30, 2013 |
| Substantial Completion of Document Discovery relating to the FX Claims of documents from non-SSGM custodians. | October 30, 2013 |
| Completion of Deposition Discovery relating to All Claims | February 28, 2014 |

Dated: April 9, 2013

Respectfully submitted by the Plaintiffs.

| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG<br><br>By their attorneys,<br><br>/s/ John C. Browne<br>John C. Browne (Admitted Pro Hac Vice)<br>Jeremy P. Robinson (Admitted Pro Hac Vice)<br>Rebecca E. Boon (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax.: (212) 501-0300<br>Email: johnb@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Rebecca M. Katz (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>William S. Norton (Admitted Pro Hac Vice)<br>Christopher F. Moriarty (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>Email: ppease@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | CASEY J. RICHARD<br><br>By his attorneys,<br><br>/s/ Michelle H. Blauner<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>Robert E. Ditzion BBO #660962<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439 - 3939<br>Facsimile: (617) 439 - 0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>VITA LAW OFFICES P.C.<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>(617) 426 - 6566<br>rjv@vitalaw.com |

| THOMAS U. KENNEY | |
|---|---|
| By his attorneys, | |
| /s/ Mark Levine<br>**STULL, STULL & BRODY**<br>Mark Levine<br>mlevine@ssbny.com<br>Patrick Slyne<br>pkslyne@ssbny.com<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022 | |
| *Counsel for Plaintiff Kenney* | |