UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HILL v. STATE STREET CORPORATION | ) | |
| | ) | MASTER DOCKET |
| THIS DOCUMENT RELATES | ) | NO. 09-12146-GAO |
| TO ALL CLASS ACTIONS | ) | |
| _____) | | |
| and | ) | |
| | ) | |
| THOMAS U. KENNEY, on Behalf of | ) | |
| Himself and a Class of Persons | ) | |
| Similarly Situated, | ) | CIVIL ACTION |
| | ) | NO. 09-10750-DJC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STATE STREET CORPORATION, et al., | ) | (filed concurrently in both actions) |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER AND ORDER ON
STATE STREET'S MOTION FOR PROTECTIVE ORDER**

On April 9, 2013, this court held a status conference pursuant to Fed. R. Civ. P.

16(a) and a hearing to consider oral argument on "State Street's Motion for Protective

Order Concerning Documents Subject to Luxembourg's Bank Secrecy Laws" (Docket

No. 277 in C.A. No. 09-12146-GAO).  After consideration of the parties' written

submissions and their oral arguments, it is hereby ORDERED as follows:

1.      State Street's motion for a protective order is ALLOWED as follows:

       a.      State Street may withhold from production any
          contract materials and information from revenue
          estimates for customers of State Street Luxembourg
          that State Street cannot produce under Luxembourg's
          bank secrecy laws.

b.      State Street shall replace the State Street Luxembourg customers in the sample group with at least 12 new foreign exchange customers in order to bring the volume of the FX trading revenue generated by the sample group back up to 73%.  The parties shall work together to identify the additional customers.

c.      State Street is precluded from using as a defense in this action any of the information contained in the documents that it has withheld pursuant to Luxembourg's bank secrecy laws.

d.      If State Street determines that it is necessary to withhold documents in the future pursuant to any bank secrecy laws, it shall list any such documents in a log and produce the log to the plaintiffs.

2.      By **April 12, 2013**, State street shall respond to the plaintiffs' letter regarding documents that have been produced to the SEC and other regulators.

3.      Any motion to compel the production of documents that have been produced to the SEC or other regulators shall be filed by **April 19, 2013**, and any opposition shall be filed by **May 3, 2013**.

4.      If the parties are able to reach agreement on a schedule for the remainder of fact discovery, they shall file a joint proposed schedule with the court.  If the parties are unable to reach an agreement, the defendants shall file a response to the plaintiffs' proposed fact discovery schedule by **April 30, 2013**.

5.      The next hearing will take place on **May 9, 2013 at 2:30 p.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to present oral

argument on any motion to compel filed pursuant to paragraph 3 above.  Additionally, the

parties shall be prepared to address (1) the schedule for the completion of fact discovery,

and (2) the scheduling of future conferences with the court.


                                                    / s / Judith Gail Dein
                                                  Judith Gail Dein
Dated: April 10, 2013                             United States Magistrate Judge