UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION et al. ) | |
| ) | Master Docket No. 1:09-cv-12146 |
| KENNEY v. STATE STREET CORPORATION et al. ) | |
| ) | |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTION AND THE ERISA ACTION ) | |

**PLAINTIFFS' MOTION TO COMPEL THE
PRODUCTION OF REGULATORY DOCUMENTS**

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
John C. Browne
Jeremy P. Robinson
Rebecca E. Boon
1285 Avenue of the Americas
New York, NY  10019

**MOTLEY RICE LLC**
William H. Narwold
Badge Humphries
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Counsel for Lead Plaintiffs and Proposed Class
in the Securities Action*

Dated:  April 22, 2013**[1]**

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro BBO # 454680
Michelle H. Blauner BBO # 549049
Robert E. Ditzion BBO #660962
53  State Street
Boston, MA 02109

*Counsel for Casey J. Richard in the ERISA
Action*

---

[1] By agreement of the parties, this motion is being filed one business day after the deadline due to disruptions associated with last week's tragic events in Boston.

Lead Plaintiffs in the Securities Action and Casey J. Richard in the ERISA Action (collectively, "Plaintiffs"), by and through the undersigned counsel respectfully request that the Court compel Defendants to produce the following documents and information related to regulatory investigations of the same conduct challenged in this action. Specifically, Plaintiffs move this Court to compel Defendants to produce the regulatory materials detained in Plaintiffs; Memorandum Of Law In Support Of Plaintiffs' Motion To Compel The Production Of Regulatory Documents ("Plaintiffs' Memorandum"), including the following:

1. to produce the transcripts and exhibits set forth in Appendix A to the Plaintiffs' Memorandum, and to order all additional transcripts and exhibits of regulatory depositions and interviews and produce those transcripts and exhibits, including but not limited to the transcripts set forth in Appendix A to Plaintiffs' Memorandum;

2. to produce the e-mails set forth in Appendix B to Plaintiffs' Memorandum, screened for relevance using the protocol used for California Attorney General ("California AG") production, as more fully described in Plaintiffs' Memorandum, and to identify any additional e-mails produced to regulators and to produce those e-mails following the same relevance screening protocol;

3. to produce the FX reports identified in Appendix C to Plaintiffs' Memorandum;

4. to produce the additional documents relating to FX trading set forth in Appendix D to Plaintiffs' Memorandum; and

5. to produce all communications with regulators not already produced to Plaintiffs, including any interrogatory responses that Defendants have provided to regulators.

Arguments and authorities in support of this requested relief are set forth in Plaintiffs' Memorandum. Pursuant to the protective order in this case, Plaintiffs have moved to file

Plaintiffs' Memorandum and its associated documents under seal. ECF No. 296. Plaintiffs will provide copies of these documents to the Court and to all counsel via email.

Dated: April 22, 2013

| LEAD PLAINTIFFS FOR THE PROPOSED CLASS IN THE SECURITIES ACTION | CASEY J. RICHARD IN THE ERISA ACTION |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ John C. Browne* | */s/ Michelle H. Blauner* |
| John C. Browne (admitted *pro hac vice*) | Thomas G. Shapiro, BBO # 454680 |
| Jeremy P. Robinson (admitted *pro hac vice*) | Michelle H. Blauner, BBO # 549049 |
| Rebecca E. Boon (admitted *pro hac vice*) | Robert E. Ditzion, BBO # 660962 |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **SHAPIRO HABER & URMY LLP** |
| 1285 Avenue of the Americas | 53 State Street |
| New York, New York 10019 | Boston, MA 02109 |
| Telephone: (212) 554-1400 | Telephone: (617) 439-3939 |
| Facsimile: (212) 554-1444 | Facsimile: (617) 439-0134 |
| Email: johnb@blbglaw.com | Email: tshapiro@shulaw.com |
| Email: jeremy@blbglaw.com | Email: mblauner@shulaw.com |
| Email: rebecca.boon@blbglaw.com | Email: rditzion@shulaw.com |
| | |
| William H. Narwold | Richard Vita, BBO # 510260 |
| **MOTLEY RICE LLC** | **VITA LAW OFFICES P.C.** |
| One Corporate Center | 77 Franklin Street |
| 20 Church Street, 17th Floor | Boston, MA 02109 |
| Hartford, Connecticut 06103 | Telephone: (617) 426-6566 |
| Telephone: (860) 882-1676 | rjv@vitalaw.com |
| Facsimile: (860) 882-1682 | |
| Email: bnarwold@motleyrice.com | |

-and-

James M. Hughes
Rebecca M. Katz
Badge Humphries
William S. Norton
Christopher F. Moriarty
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: jhughes@motleyrice.com
Email: rkatz@motleyrice.com
Email: bhumphries@motleyrice.com
Email: bnorton@motleyrice.com
Email: cmoriarty@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*

Bryan A. Wood
**BERMAN DEVALERIO**
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs and the Proposed Class in the Securities Actions*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Plaintiffs have conferred with counsel for the Defendants pursuant to Locale Rule 7.1(a)(2) and have been unable to narrow their disagreements with respect to the matters raised in this motion.

*/s/ Michelle H. Blauner*
Michelle H. Blauner

## CERTIFICATE OF SERVICE

I, Michelle H. Blauner, hereby certify that on this 22nd day of April, 2013, I caused a copy of the foregoing to be served by ECF filing to counsel for the parties in the above-captioned action.

*/s/ Michelle H. Blauner*
Michelle H. Blauner