UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION, et al. ) | |
| ) | Master Docket No. 1:09-cv-12146 |
| KENNEY v. STATE STREET CORPORATION, et al. ) | |
| ) | |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTION AND THE ERISA ACTION ) | |

**STIPULATION AND [PROPOSED] ORDER ALLOWING SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF REGULATORY DOCUMENTS, AND EXTENDING DEADLINE FOR OPPOSITION THERETO**

Lead Plaintiffs in the Securities Action and Plaintiff Casey J. Richard in the ERISA Action (collectively, "Plaintiffs") and the State Street Defendants ("Defendants"), through their undersigned counsel, hereby stipulate and agree (subject to Court approval) to the filing of Plaintiffs' Supplemental Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Regulatory Documents and associated documents, and to extend the deadline for Defendants' opposition to Plaintiffs' Motion to Compel. In support thereof, Plaintiffs and Defendants state as follows:

**WHEREAS,** on April 10, 2013, the Court ordered (Dkt. 292) that Plaintiffs file any motion to compel the production of regulatory documents by April 19, 2013; and

**WHEREAS,** on April 12, 2013, Defendants informed Plaintiffs that they had inadvertently failed to produce certain regulatory communications and would not be able to produce these communications until on or about April 19, 2013; and

1

**WHEREAS**, these new regulatory communications were potentially directly relevant to Plaintiffs' coming motion; and

**WHEREAS,** the parties met-and-conferred to resolve this logistical conflict and agreed that Plaintiffs should meet the already-set deadline for their motion but that Plaintiffs could file a supplemental memorandum on or before April 24, 2013 addressing any new issues raised by Defendants' coming production;

**WHEREAS,** Defendants served their new production on April 18, 2013 and Plaintiffs filed their Motion to Compel the Production of Regulatory Documents on April 22, 2013 (Dkt. 297); and

**WHEREAS**, due to disruptions associated with the recent tragic events in Boston, the parties agreed that Plaintiffs could take an additional business day after the deadline to file their Motion to Compel, and that the deadline for Defendants' opposition would commensurately be extended until May 6, 2013.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** that

1) Plaintiffs may file their [Proposed] Supplemental Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Regulatory Documents (with associated documents).  (A copy of this supplemental memorandum is being provided to the Court by hand.); and

2) The filing date for Defendants' Opposition to the Motion to Compel is extended to May 6, 2013.

Dated April 24, 2013                    Respectfully submitted by the Plaintiffs,

| LEAD PLAINTIFFS FOR THE PROPOSED CLASS IN THE SECURITIES ACTION | CASEY J. RICHARD IN THE ERISA ACTION |
|---|---|
| By their attorneys, | By his attorneys, |
| */s/ William H. Narwold* | */s/ Michelle H. Blauner* |
| William H. Narwold | Thomas G. Shapiro, BBO # 454680 |
| **MOTLEY RICE LLC** | Michelle H. Blauner, BBO # 549049 |
| One Corporate Center | Robert E. Ditzion, BBO # 660962 |
| 20 Church Street, 17th Floor | **SHAPIRO HABER & URMY LLP** |
| Hartford, Connecticut 06103 | 53 State Street |
| Telephone: (860) 882-1676 | Boston, Massachusetts 02109 |
| Facsimile: (860) 882-1682 | Telephone: (617) 439-3939 |
| Email: bnarwold@motleyrice.com | Facsimile: (617) 439-0134 |
|  | Email: tshapiro@shulaw.com |
| James M. Hughes | Email: mblauner@shulaw.com |
| Rebecca M. Katz | Email: rditzion@shulaw.com |
| Badge Humphries |  |
| William S. Norton | Richard Vita, BBO # 510260 |
| Christopher F. Moriarty | **VITA LAW OFFICES P.C.** |
| **MOTLEY RICE LLC** | 77 Franklin Street |
| 28 Bridgeside Boulevard | Boston, Massachusetts 02109 |
| Mt. Pleasant, South Carolina 29464 | Telephone: (617) 426-6566 |
| Telephone: (843) 216-9000 | Email: rjv@vitalaw.com |
| Facsimile: (843) 216-9450 |  |
| Email: jhughes@motleyrice.com |  |
| Email: rkatz@motleyrice.com |  |
| Email: bhumphries@motleyrice.com |  |
| Email: bnorton@motleyrice.com |  |
| Email: cmoriarty@motleyrice.com |  |

                -and-

John C. Browne
Jeremy P. Robinson
Rebecca E. Boon
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: johnb@blbglaw.com
Email: jeremy@blbglaw.com
Email: rebecca.boon@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the*
*Proposed Class in the Securities Actions*

Bryan A. Wood
**BERMAN DEVALERIO**
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs and the Proposed Class in the Securities Actions*


Respectfully submitted by the Defendants,


STATE STREET DEFENDANTS,

By their attorneys,

*/s/ James W. Prendergast*
Jeffrey B. Rudman, BBO # 433380
William H. Paine, BBO # 550506
James W. Prendergast, BBO # 553073
John J. Butts, BBO # 643201
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jeffrey.rudman@wilmerhale.com
william.paine@wilmerhale.com
james.prendergast@wilmerhale.com
john.butts@wilmerhale.com



**IT IS SO ORDERED**, this _____day of _____, 2013.


_____
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

      I, Michelle H. Blauner, hereby certify that on this 24th day of April, 2013, I caused a copy of the foregoing to be served by ECF filing to counsel for the parties in the above-captioned action.

                                          */s/ Michelle H. Blauner*
                                          Michelle H. Blauner