UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12146-GAO

TIMOTHY W. HILL, et al.,
Plaintiffs,

v.

STATE STREET CORPORATION, et al.,
Defendants.

ORDER
July 29, 2013

O'TOOLE, D.J.

This consolidated case, involving a federal securities action and an Employee Retirement Income Security Act ("ERISA") action, was originally before Judge Gertner. On August 3, 2011, Judge Gertner issued a detailed Order (dkt. no. 108) denying the defendants' motions to dismiss. One of the plaintiffs' claims was that the defendants had violated Generally Accepted Accounting Principles ("GAAP") by failing to consolidate the financial statements of certain off-balance-sheet "conduits" with State Street's financial statements. Although the defendants, in their motion to dismiss, attacked that claim as legally untenable, the plaintiffs did not address, much less defend, the claim either in their written opposition to the motion to dismiss or in their oral argument on the motion. By their present motion for clarification, the defendants seek a ruling that by failing to defend the claim, the plaintiffs should be regarded as having abandoned it.

I agree with the defendants. In her order, Judge Gertner gave careful consideration to several of the defendants' arguments for dismissal. She did not address the GAAP argument. In light of her extended discussion of other issues, it seems unlikely she simply overlooked the

claim. It seems rather more likely that she addressed the claims that the plaintiffs argued for in their opposition to the motion. Regardless, as an objective matter, the plaintiffs' failure to expressly object to the defendants' argument against the GAAP claim amounted to a waiver or abandonment of the claim. See Markert v. PNC Fin. Servs. Grp., Inc., 828 F. Supp. 2d 765, 773 (E.D. Pa. 2011); Adams v. N.Y. State Educ. Dept., 752 F. Supp. 2d 420, 426 (S.D.N.Y. 2010); Daylily Farms, Inc. v. Chao, 357 F. Supp. 2d 356, 359 (D. Mass. 2005).

Moreover, in their present motion the defendants ask, as an alternative, that if I were to rule that the claim had not been abandoned, I then now rule that the claim is insufficient, and the plaintiffs still make no argument in support of the viability of the claim. If it hadn't been abandoned before in front of Judge Gertner, it has been now.

The defendants' Motion for Clarification (dkt. no. 178) is GRANTED, and the claim for failure to consolidate financial statements based on GAAP principles is out of the case.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge