UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION | **Master Docket No.** |
| | **1:09-CV-12146-GAO** |
| THIS DOCUMENT RELATES TO THE SECURITIES ACTIONS | |
| DOCKET NO. 09-cv-12146-GAO | |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE THAT the undersigned, John R.S. McFarlane, hereby withdraws the appearance previously entered on behalf of plaintiffs. All other counsel for plaintiffs, including all other counsel from Milberg LLP, remain the same. Please remove the undersigned from all service lists and mailing lists in this case.

DATED: August 28, 2012
                                        MILBERG LLP

                                        _____
                                        John R.S. McFarlane
                                        One Pennsylvania Plaza
                                        49th Floor
                                        New York, NY 10119
                                        Telephone: (212) 594-5300
                                        Fax: (212) 868-1229
                                        Email: jmcfarlane@milberg.com

646174v1