# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

HILL v. STATE STREET CORPORATION

_____

THIS DOCUMENT RELATES TO THE
SECURITIES ACTIONS

DOCKET NO. 09-cv-12146-GAO

_____

**Master Docket No.
1:09-CV-12146-GAO**

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel on behalf of plaintiff Miami Beach Employees' Retirement Plan in this action.

Dated: August 28, 2013

    */s/* Leigh Smith_____
    Leigh Smith (BBO # 645835)
    MILBERG LLP
    One Pennsylvania Plaza
    New York, NY 10119-0165
    Telephone: 212-594-5300
    Facsimile: 212-868-1229
    lsmith@milberg.com