## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL v. STATE STREET CORPORATION <br><br> THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Master Docket No. 1:09-cv-12146 |
| THOMAS U. KENNEY, on Behalf of Himself and A Class of Persons Similarly Situated <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET CORPORATION, et al. | Civil Action No. 09-10750-DJC |

### JOINT STIPULATION REGARDING EXPERT DISCOVERY

The parties in the above-captioned cases agree to supplement Federal Rule of Civil Procedure 26(b) governing discovery from experts retained by the parties, as follows:

1. The parties agree that expert-related discovery in these proceedings will be governed by this stipulation. To the extent that this stipulation limits discovery of information that otherwise would be discoverable under the Federal Rules of Civil Procedure, the parties have agreed to such limitations. This stipulation does not imply that any of the information restricted from discovery in this stipulation would otherwise be discoverable. This stipulation applies to all prior and future work of the parties' experts.

2. No party shall be required to disclose or produce in discovery the following:

(a) any communications, whether oral, written or otherwise, between an expert (including the expert's support staff or consultants) and counsel for a party or parties in these actions, or between experts, or any materials prepared for the purpose of communicating an expert's views to counsel, except to the extent relied upon by the expert in forming the expert's opinions in this matter and except as may be necessary to verify the financial or legal terms of the expert's engagement or to determine the information upon which the expert's opinion was based;

(b) any notes taken by an expert (including the expert's support staff or consultants); and

(c) any drafts of reports, declarations or affidavits prepared by, for, or at the direction of, an expert.

3. This agreement shall not apply to data, documents, or other information or materials that an expert relies upon in formulating his or her opinion or report. If data, documents, or other information or materials that an expert relies upon in formulating his or her opinion or report is contained in or attached to a communication or correspondence between counsel and the expert – only the data, documents, or other information or materials that an expert relies upon in formulating his or her opinion or report need be disclosed or produced. For the avoidance of doubt, drafts of expert reports or attorneys' comments on such drafts are not considered materials that the expert preparing the draft relied upon in formulating his or her opinion or report. Further, unless relied upon by an expert in formulating his or her opinion or report, in no circumstance shall any party be required to

disclose or produce the theories, mental impressions, analyses or other work product of counsel.

4.  Each party will be responsible for compensating their own experts for all time spent related to this litigation, including without limitation time spent preparing for depositions, being deposed and any other testimony.

5.  This stipulation may be executed in counterparts.

6.  This stipulation shall become effective as a stipulation among the parties immediately upon its execution.

Dated:  December 2, 2013

Respectfully submitted by the Plaintiffs,

| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG<br><br>By their attorneys,<br><br>*/s/ Jeremy Robinson*<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen (Admitted Pro Hac Vice)<br>Jeremy P. Robinson (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER**<br>**& GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax: (212) 501-0300<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>lauren@blbglaw.com<br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>Rebecca M. Katz (Admitted Pro Hac Vice)<br>William S. Norton (Admitted Pro Hac Vice) | CASEY J. RICHARD<br><br>By his attorneys,<br><br>*/s/ Michelle H. Blauner*<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>**SHAPIRO HABER & URMY LLP**<br>53  State Street<br>Boston, MA 02109<br>Tel.: (617) 439‐3939<br>Fax: (617) 439‐0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>**VITA LAW OFFICES P.C.**<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>Tel.: (617) 426‐6566<br>rjv@vitalaw.com<br><br>*Attorneys for Plaintiff Casey J. Richard* |
|---|---|

3

| | |
|---|---|
| 28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br>bnarwold@motleyrice.com<br>jhughes@motleyrice.com<br>bhumphries@motleyrice.com<br>rkatz@motleyrice.com<br>bnorton@motleyrice.com<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions*<br><br><br>**BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>bwood@bermandevalerio.com<br><br>*Liaison Counsel for the Securities Plaintiffs* | **THOMAS U. KENNEY**<br><br>By his attorneys,<br><br>*/s/ Mark Levine*<br>Mark Levine<br>Patrick Slyne<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>E-mail: mlevine@ssbny.com<br><br>Theodore M. Hess-Mahan<br>**HUTCHINGS, BARSAMIAN,**<br>**MANDELCORN & ZEYTOONIAN, LLP**<br>110 Cedar Street, Suite 250<br>Wellesley Hills, MA 02481<br>Tel: (781) 431-2231 ext. 234<br>Fax: (781) 431-8726<br>thess-mahan@hutchingsbarasmian.com<br><br>Major Khan<br>**MAJOR KHAN, LLC**<br>1120 Avenue of the Americas<br>Suite 4100<br>New York, NY 10036<br>Tel: (646) 546-5664<br>Fax: (646) 546-5755<br><br>*Attorneys for Plaintiff Thomas Kenney* |

Respectfully submitted by the Defendants,

| STATE STREET DEFENDANTS,<br><br>By their attorneys,<br><br>*/s/ John J. Butts*_____<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com<br>william.paine@wilmerhale.com<br>james.prendergast@wilmerhale.com<br>john.butts@wilmerhale.com | **ERNST & YOUNG LLP,**<br><br>By their attorneys,<br><br>*/s/ Kara Fay*_____<br>Thomas J. Dougherty (BBO No. 132300)<br>Kara E. Fay (BBO No. 638260)<br>**SKADDEN, ARPS, SLATE, MEAGHER &**<br>**FLOM LLP**<br>One Beacon Street<br>31st Floor<br>Boston, MA 02108<br>617-573-4800<br>Fax: 617-573-4822<br>Kara.Fay@skadden.com<br>Dougherty@skadden.com |
|---|---|
|  | **THE UNDERWRITER DEFENDANTS,**<br><br>By their attorneys,<br><br>*/s/ Stephen Poss*_____<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>**GOODWIN PROCTER, LLP**<br>Exchange Place<br>53 Exchange Street<br>Boston, MA 02109<br>617-570-1886<br>Fax: 617-523-1231<br>sposs@goodwinprocter.com<br>droeser@goodwinprocter.com |

**CERTIFICATE OF SERVICE**

      I, Andrew S. Dulberg, hereby certify that this document filed through the ECF system in the *Kenney* and the *Hill* Action will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated December 2, 2013.

                                                  */s/ Andrew S. Dulberg*
                                                  Andrew S. Dulberg