**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | |
| ) | Master Docket No.1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO THE ) | |
| SECURITIES ACTION ) | |
| ) | |
| DOCKET NO. 09-cv-12146-GAO ) | |

**LEAD PLAINTIFFS' MOTION FOR
(I) PRELIMINARY APPROVAL OF SETTLEMENT,
(II) CERTIFICATION OF THE SETTLEMENT CLASS FOR PURPOSES OF
SETTLEMENT, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated July 8, 2014, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs Public Employees' Retirement System of Mississippi and Union Asset Management Holding AG ("Lead Plaintiffs") respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Settlement Class and appointing Lead Plaintiffs as class representatives and Co-Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses. Attached hereto as Exhibit 2 is the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice and its exhibits.

Dated: July 8, 2014                               Respectfully submitted,

                                                  **Public Employees' Retirement System of
                                                  Mississippi and Union Asset Management
                                                  Holding AG,**

By their attorneys,

/s/ John C. Browne

| | |
|---|---|
| **BERMAN DEVALERIO** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Bryan A. Wood (BBO#648414) | John C. Browne (Admitted *Pro Hac Vice*) |
| One Liberty Square | Jeremy P. Robinson (Admitted *Pro Hac Vice*) |
| Boston, Massachusetts 02109 | Lauren A. Ormsbee (Admitted *Pro Hac Vice*) |
| Telephone: (617) 542-8300 | Evan M. Berkow (Admitted *Pro Hac Vice*) |
| Facsimile: (617) 542-1194 | 1285 Avenue of the Americas, 38th Floor |
| Email: bwood@bermandevalerio.com | New York, New York 10019 |
| | Telephone: (212) 554-1400 |
| *Liaison Counsel for Plaintiffs* | Facsimile: (212) 501-0300 |
| | johnb@blbglaw.com |
| | jeremy@blbglaw.com |
| | lauren@blbglaw.com, |

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Action*

-and-

**MOTLEY RICE LLC**
William H. Narwold (Admitted *Pro Hac Vice*)
James M. Hughes (Admitted *Pro Hac Vice*)
Rebecca M. Katz (Admitted *Pro Hac Vice*)
Badge Humphries (Admitted *Pro Hac Vice*)
William S. Norton (Admitted *Pro Hac Vice*)
Christopher F. Moriarty (Admitted *Pro Hac Vice*)
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnarwold@motleyrice.com
jhughes@motleyrice.com
bhumphries@motleyrice.com
rkatz@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Action*

**CERTIFICATE OF SERVICE**

I hereby certify that the above Lead Plaintiffs' Motion for (I) Preliminary Approval of Settlement, (II) Certification of the Settlement Class for Purposes of Settlement, and (III) Approval of Notice to the Settlement Class filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 8, 2014.

>                              */s/ John C. Browne*
>                              John C. Browne