UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
HILL v. STATE STREET CORPORATION      )    Docket No. 1:09-cv-12146-GAO
                                      )
                                      )
_____)
                                      )
                                      )    Docket No. 1:10-cv-10184-GAO
RICHARD v. STATE STREET CORPORATION   )
                                      )
_____)

**JOINT STATUS REPORT, MOTION TO CONTINUE STAY,
AND MOTION FOR LIMITED REFERENCE TO MAGISTRATE JUDGE
TO CONSIDER SETTLEMENT APPROVAL**

All parties submit this status report and move jointly to continue the existing stay and for an order either: (i) referring all questions arising from the forthcoming settlement agreements between the parties of three related cases pending before two District Judges in this District (including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment) for final resolution by Magistrate Judge Dein; or (ii) referring all such questions to Magistrate Judge Dein for report and recommendation to the District Judges supervising each of the three cases to which the settlements apply.

By way of a report and as grounds for their motion, the parties state:

1.  The above-captioned action (the "*Hill* action") is related to and was coordinated for discovery purposes with two actions arising under ERISA and brought on behalf of participants in the same ERISA plan that is part of the settlement class in this action: (i) *Richard v. State Street Corporation,*, Docket No. 1:10-cv-10184-GAO; and (ii) *Kenney v. State Street Corporation,* Docket No. 1:09-cv-10750-DJC. *Kenney* is pending before Judge Casper. *Hill* and

1

*Richard* are pending before Judge O'Toole. Magistrate Judge Dein supervised the discovery process in the three cases and is very familiar with them. Among other things, she conducted approximately 20 hearings with respect to discovery matters, supervised the process pursuant to which State Street produced approximately 25 million pages of documents and made numerous rulings regarding the scope of discovery.

2. The parties to the *Kenney* action (pending before Judge Casper) and *Richard* action (pending before Judge O'Toole) have entered into a single agreement to settle both cases. Separately, the parties to the *Hill* action (also pending before Judge O'Toole) have agreed upon a settlement. All of the proposed settlements are class action settlements and require approval by the Court under Rule 23(e).

3. Because the *Kenney* and *Richard* actions are being settled together, but are pending before two different District Judges, because the *Hill* case addresses the same underlying facts as the *Kenney* and *Richard* cases, and because of Magistrate Dein's familiarity with the cases, the parties agree that it would be most efficient for the Court and for the parties if Magistrate Dein conducts the hearings necessary to consider approval of the settlement. Accordingly, they hereby request (and have made the same request to Judge Casper) that the Court enter one of the following orders: (a) an order assigning this case to Magistrate Dein for the limited purpose of finally resolving all questions arising from the forthcoming settlement in the *Kenney* action; or (b) an order referring all such questions arising in this case to Magistrate Judge Dein for a report and recommendation to this Court. The first form of order would obviate the need for successive reports and recommendations concerning preliminary approval and then final approval, but apparently would require approval either by a majority of the District Judges in this District or of the Chief Judge. The latter form of order could be entered by this Court without approval by other judges, but would result in multiple hearings or actions by two District Court judges, in addition to hearings before Magistrate Judge Dein.

4. It is provided in 28 U.S.C. § 636(c)(1) that a full-time Magistrate Judge "upon the consent of the parties … may conduct *any or all* proceedings in a jury or nonjury civil matter and order entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves." Such designation may be made by the "concurrence of a majority of the judges" of this Court, or "when there is no such concurrence, then by the chief judge."

5. Rule 8(b)(4) of the Rules for United States Magistrate Judges in this Court ("Local Magistrates Rules") provides that civil matters of a sort not enumerated in Local Magistrates Rules 8(b)(1) – (b)(3) may be referred to "the magistrate judges only by order of a district judge. The order must specify the matters to be considered and the action to be taken by the magistrate judge." Rule 20 of the Local Magistrates Rules provides that the form of any referral be made using the form annexed to the rule. The settlement matters for which the parties seek a limited reference to Magistrate Judge Dein are not enumerated in Magistrates Local Rules 8(b)(1) – (b)(3). Accordingly, they may be referred to Magistrate Judge Dein by order of the Court and approval by a majority of the district judges of this Court or the Chief Judge of this Court.

6. In order to permit the proceedings concerning approval of the settlement of these related cases to be managed in an efficient and coordinated fashion, the parties request that the Court, with the concurrence of a majority of the district judges or of the Chief Judge, enter a Form of Reference providing, upon consent of the parties, for final decision by Magistrate Judge Dein concerning all matters arising from the settlement agreement to be filed in this action, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment. A proposed form of order is attached.

7. In the alternative, the parties request that the Court enter a Form of Reference providing that Magistrate Judge Dein shall hold all necessary hearings and enter reports and

recommendations concerning all matters arising from the settlement agreement to be filed in this action, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment. An alternative proposed form of order is attached.

8. The stay of this case currently in effect should be extended indefinitely to permit consideration of whether to approve the forthcoming settlement agreements, which counsel believe will be concluded and ready for filing by July 8, 2014.

WHEREFORE, the parties request that the Court:

A. stay all activity in *Hill* and *Richard* pending final determination of approval of the settlement agreements between the parties; and

B. pursuant to 28 U.S.C. § 636(c)(1) and Local Magistrates Rules 8 and 20, enter an Order of Reference providing, upon consent of the parties, for final decision by Magistrate Judge Dein concerning all matters arising from the settlement agreement to be filed in the *Hill* and *Richard* actions, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment (in the form provided); or

C. pursuant to Rule 8 of the Local Magistrates Rules, enter a Form of Reference providing that Magistrate Judge Dein shall hold all necessary hearings and enter reports and recommendations concerning all matters arising from the settlement agreement to be filed in this action, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment.

Dated: July 8, 2014

Respectfully submitted,

| | |
|---|---|
| **PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AND UNION ASSET MANAGEMENT HOLDING AG**<br><br>By their attorneys,<br><br>*/s/ John Browne*<br>Steven B. Singer (Admitted Pro Hac Vice)<br>John C. Browne (Admitted Pro Hac Vice)<br>Lauren A. McMillen Ormsbee (Admitted Pro Hac Vice)<br>Jeremy P. Robinson (Admitted Pro Hac Vice)<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel.: (212) 554-1400<br>Fax: (212) 501-0300<br>steven@blbglaw.com<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>lauren@blbglaw.com<br><br><br>**MOTLEY RICE LLC**<br>William H. Narwold (Admitted Pro Hac Vice)<br>James M. Hughes (Admitted Pro Hac Vice)<br>Badge Humphries (Admitted Pro Hac Vice)<br>Rebecca M. Katz (Admitted Pro Hac Vice)<br>William S. Norton (Admitted Pro Hac Vice)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br>bnarwold@motleyrice.com<br>jhughes@motleyrice.com<br>bhumphries@motleyrice.com<br>rkatz@motleyrice.com<br>bnorton@motleyrice.com<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class in the Securities Actions* | **CASEY J. RICHARD**<br><br>By his attorneys,<br><br>*/s/ Michelle Blauner*<br>Thomas G. Shapiro BBO # 454680<br>Michelle H. Blauner BBO # 549049<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Tel.: (617) 439‑3939<br>Fax: (617) 439‑0134<br>tshapiro@shulaw.com<br>mblauner@shulaw.com<br><br>**VITA LAW OFFICES P.C.**<br>Richard Vita BBO # 510260<br>77 Franklin Street<br>Boston, MA 02109<br>Tel.: (617) 426−6566<br>rjv@vitalaw.com<br><br>*Attorneys for Plaintiff Casey J. Richard* |

| | |
|---|---|
| **BERMAN DEVALERIO**<br>Bryan A. Wood (BBO#648414)<br>One Liberty Square<br>Boston, MA 02109<br>Tel.: (617) 542-8300<br>Fax: (617) 542-1194<br>bwood@bermandevalerio.com<br><br>*Liaison Counsel for Plaintiffs* | |
| **STATE STREET DEFENDANTS,**<br><br>By their attorneys,<br><br>/s/ *William H. Paine*<br>Jeffrey B. Rudman (BBO No. 433380)<br>William H. Paine (BBO No. 550506)<br>James W. Prendergast (BBO No. 553073)<br>John J. Butts (BBO No. 643201)<br>**WILMER CUTLER PICKERING<br>   HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>jeffrey.rudman@wilmerhale.com<br>william.paine@wilmerhale.com<br>james.prendergast@wilmerhale.com<br>john.butts@wilmerhale.com | **CREDIT SUISSE SECURITIES (USA) LLC;<br>GOLDMAN, SACHS & CO.; MORGAN<br>STANLEY & CO. LLC, formerly known as<br>MORGAN STANLEY & CO.<br>INCORPORATED;<br>AND UBS SECURITIES LLC,**<br><br>By their attorneys,<br><br>/s/ *Stephen D. Poss*<br>Stephen D. Poss (BBO No. 551760)<br>Daniel P. Roeser (BBO No. 675223)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: 617-570-1000<br>Fax: 617-523-1231<br>Email: sposs@goodwinprocter.com<br>Email: droeser@goodwinprocter.com |
| **ERNST & YOUNG LLP**<br><br>By its attorneys,<br><br>/s/ *Kara E. Fay*<br>Thomas J. Dougherty (BBO #132300)<br>Kara E. Fay (BBO #638260)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br>Email: dougherty@skadden.com<br>Email: Kara.Fay@skadden.com | |

## CERTIFICATE OF SERVICE

       I, Michael J. Bayer, hereby certify that a copy of the foregoing was served via email to the registered participants of the ECF system in the above-captioned matters on July 8, 2014.

Dated: July 8, 2014

                                    */s/ Michael J. Bayer*
                                    Michael J. Bayer

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
HILL v. STATE STREET CORPORATION           )    Docket No. 1:09-cv-12146-GAO
                                           )
                                           )
_____)
                                           )
                                           )    Docket No. 1:10-cv-10184-GAO
RICHARD v. STATE STREET CORPORATION        )
                                           )
_____)

# [PROPOSED] ORDER OF REFERENCE

In accordance with 28 U.S.C. 636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Dein for the following proceedings:

XXXX  Case referred for settlement.

XXXX  Special instructions: Having obtained consent of all parties, Magistrate Judge Dein shall, make final decisions concerning all matters arising from the settlement agreement to be filed in this action, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment.

Date: July __, 2014         _____
                     George A. O'Toole, United States District Judge

                     _____

                     Patti B. Saris, Chief Judge

                     _____

                     Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# [ALTERNATIVE] ORDER OF REFERENCE

| | | |
|---|---|---|
| HILL v. STATE STREET CORPORATION | ) ) ) ) | Docket No. 1:09-cv-12146-GAO |
| RICHARD v. STATE STREET CORPORATION | ) ) ) ) ) ) | Docket No. 1:10-cv-10184-GAO |

In accordance with 28 U.S.C. 636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Dein for the following proceedings:

XXXX      Case referred for settlement.

XXXX      Special instructions: Magistrate Judge Dein shall make a report and recommendation with respect to all matters arising from the settlement agreements to be filed in these actions, including, but not limited to, preliminary approval, class certification for settlement purposes, notice, any objections, final approval, fees and expenses of plaintiffs' counsel, case contribution awards, and entry of final judgment.

Date: July __, 2014

_____
George A. O'Toole, United States District Judge

_____
Deputy Clerk