**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILL v. STATE STREET CORPORATION ) | |
| ) | |
| ) | Master Docket No.1:09-cv-12146-GAO |
| THIS DOCUMENT RELATES TO THE ) | |
| SECURITIES ACTION ) | |
| ) | |
| DOCKET NO. 09-cv-12146-GAO ) | |

**CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(h) and this

Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice dated July

21, 2014, and upon (i) the Joint Declaration of John C. Browne and William H. Narwold in

Support of: (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan

of Allocation, and (B) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and

Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Co-Lead

Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

and (iii) all other papers and proceedings herein, Co-Lead Counsel will and do hereby move this

Court, before the Honorable Judith G. Dein, on November 20, 2014 at 11:00 a.m. in Courtroom

15 of the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, or at

such other location and time as set by the Court, for entry of an Order awarding attorneys' fees

and reimbursement of litigation expenses.

Dated:  September 22, 2014                    Respectfully submitted,

                                             /s/ John C. Browne
**BERMAN DEVALERIO**              **BERNSTEIN LITOWITZ BERGER &**
Bryan A. Wood (BBO#648414)        **GROSSMANN LLP**
One Liberty Square                John C. Browne (Admitted *Pro Hac Vice*)
Boston, Massachusetts 02109       Jeremy P. Robinson (Admitted *Pro Hac Vice*)

Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: bwood@bermandevalerio.com

*Liaison Counsel for Plaintiffs*

Lauren A. Ormsbee (Admitted *Pro Hac Vice*)
Evan M. Berkow (Admitted *Pro Hac Vice*)
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 501-0300
johnb@blbglaw.com
jeremy@blbglaw.com
lauren@blbglaw.com,
Evan.Berkow@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the
Settlement Class in the Securities Action*

-and-

**MOTLEY RICE LLC**
William H. Narwold (Admitted *Pro Hac Vice*)
James M. Hughes (Admitted *Pro Hac Vice*)
Rebecca M. Katz (Admitted *Pro Hac Vice*)
William S. Norton (Admitted *Pro Hac Vice*)
Christopher F. Moriarty (Admitted *Pro Hac Vice*)
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
bnarwold@motleyrice.com
jhughes@motleyrice.com
rkatz@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs and the
Settlement Class in the Securities Action*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 22, 2014.

_/s/ John C. Browne_
John C. Browne

#831564